UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | |
|---|---|---|
| Plaintiff(s): | C.M., on her own behalf and on behalf of her minor child, B.M. ; L.G., on her own behalf and on behalf of her minor child, B.G. ; M.R., on her own behalf and on behalf of her minor child, J.R. ; O.A., on her own behalf and on behalf of her minor child, L.A. ; V.C., on her own behalf and on behalf of her minor child, G.A. | Defendant(s): United States of America |
| County of Residence: | Outside the State of Arizona | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Yuma | | |

Plaintiff's Atty(s):

**David B. Rosenbaum**
**Osborn Maledon, P.A.**
**2929 North Central Avenue, 21st Floor**
**Phoenix, Arizona 85012**
**(602) 640-9000**

Defendant's Atty(s):

II. Basis of Jurisdiction:	2. U.S. Government Defendant

III. Citizenship of Principal Parties (Diversity Cases Only)
	Plaintiff:- N/A
	Defendant:- N/A

IV. Origin :	1. Original Proceeding

V. Nature of Suit:	360 Other Personal Injury

VI. Cause of Action:	28 USC §§ 2671 et seq., 1346(b)(1) (Federal Tort Claims Act)

VII. Requested in Complaint
	Class Action: No

Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:** s/ David B. Rosenbaum

**Date:** 9/19/2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Case 2:19-cv-05171-SRB Document 1-1 Filed 09/19/19 Page 2 of 2

**Revised: 01/2014**