IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS AND FOR A PROTECTIVE ORDER** |

The Court has considered Plaintiffs' Motion to Proceed Under Pseudonyms and For a Protective Order Ex Parte because the United States has not yet been served or entered an appearance;

IT IS ORDERED that the Motion is granted (Doc. 6). Accordingly:

1. Plaintiffs are granted leave to proceed in this matter under pseudonyms;
2. Defendant shall not publicly disclose the names or personally identifying information of Plaintiffs; and

      3.    All parties shall submit pleadings, briefing and evidence using Plaintiffs' pseudonyms instead of their real names and other personally identifying information.

IT IS FURTHER ORDERED that, because these motions were granted ex parte, the Court will allow Defendant to seek reconsideration if it wishes to oppose this Order within 30 days of the date of service on the United States.

Dated this 23rd day of September, 2019.

_____
Susan R. Bolton
United States District Judge