JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case no. 2:19-CV-05217-SRB <br><br> **NOTICE OF SERVICE OF DEFENDANT'S MANDATORY INTIAL DISCOVERY RESPONSES PURSUANT TO GENERAL ORDER 17-08** |

NOTICE IS HEREBY GIVEN that on June 12, 2020, Defendant United States of America served upon Plaintiffs its Mandatory Initial Discovery Responses by e-mail to Plaintiffs' counsel and by mailing to:

**Diana E. Reiter**
Arnold & Porter Kaye Scholer LLP

250 West 55th Street
New York, NY 10019
**David B. Rosenbaum**
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, AZ 85012-2793

Dated: June 12, 2020                    Respectfully Submitted,


                                         JAMES G. TOUHEY, JR.
                                         Director, Torts Branch

                                         *s/Phil MacWilliams*
                                         PHILIP D. MACWILLIAMS
                                         Trial Attorney
                                         D.C. Bar No. 482883
                                         THEODORE W. ATKINSON
                                         Trial Attorney
                                         D.C. Bar No. 458963
                                         E-mail: phil.macwilliams@usdoj.gov
                                         U.S. Department of Justice
                                         Civil Division, Torts Branch
                                         Benjamin Franklin Station, P.O. Box 888
                                         Washington, DC 20044
                                         Telephone: (202) 616-4285

                                         Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Diana E. Reiter**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

2

**David B. Rosenbaum**
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, AZ 85012-2793

*s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America

3