IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>            Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>            Defendant. | No. 2:19-cv-05217-SRB<br><br>**NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN that on June 12, 2020, attorneys for Plaintiffs served Plaintiffs' Mandatory Initial Discovery Responses on counsel for Defendant United States of America by e-mail.

DATED this 12th day of June, 2020.

ARNOLD & PORTER KAYE SCHOLER LLP


By      /s Diana Reiter
    Diana Reiter*
    Erik Walsh*
    Lucy McMillan*
    Harry K. Fidler**
    Kathryn Campbell**
    Kaitlyn Schaeffer*
    Arnold & Porter Kaye Scholer LLP
    250 West 55th Street

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler.arnoldporter.com
katie.campbell@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

*Attorneys for Plaintiffs*

2

R. Stanton Jones*
Daniel F. Jacobson*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
daniel.jacobson@arnoldporter.com
emily.reeder-richetti@arnoldporter.com

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

David B. Rosenbaum
Emma J. Cone-Roddy
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
602-640-9000
drosenbaum@omlaw.com
econe-roddy@omlaw.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Emma Winger*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
617-505-5325
ewinger@immcouncil.org

Claudia Valenzuela*
Katherine Melloy Goettel*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
cvalenzuela@immcouncil.org
kgoettel@immcouncil.org

*Attorneys for Plaintiffs*

* *Admitted pro hac vice*
** *Pro hac vice application forthcoming*