JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case no. 2:19-CV-05217-SRB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FIRST SUPPLEMENT TO MANDATORY INITIAL DISCOVERY RESPONSES PURSUANT TO GENERAL ORDER 17-08** |

NOTICE IS HEREBY GIVEN that on June 29, 2020, Defendant United States of America served upon Plaintiffs its first supplement to its Mandatory Initial Discovery Responses by e-mail to Plaintiffs' counsel and by mailing to:

**Diana E. Reiter**
Arnold & Porter Kaye Scholer LLP

250 West 55th Street
New York, NY 10019
**David B. Rosenbaum**
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, AZ 85012-2793

Dated: June 29, 2020				Respectfully Submitted,


						JAMES G. TOUHEY, JR.
						Director, Torts Branch

						*s/Phil MacWilliams*
						PHILIP D. MACWILLIAMS
						Trial Attorney
						D.C. Bar No. 482883
						THEODORE W. ATKINSON
						Trial Attorney
						D.C. Bar No. 458963
						E-mail: phil.macwilliams@usdoj.gov
						U.S. Department of Justice
						Civil Division, Torts Branch
						Benjamin Franklin Station, P.O. Box 888
						Washington, DC 20044
						Telephone: (202) 616-4285

						Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Diana E. Reiter**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

1
2
3

**David B. Rosenbaum**
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, AZ 85012-2793

4
5

*s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28