# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F., et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

On the request of Plaintiffs;

IT IS ORDERED setting a telephonic discovery dispute hearing on **March 11, 2021 at 11:00 a.m.** Counsel shall not appear in person. Counsel are directed to call (866) 390-1828; Access code 9667260 five minutes prior to the hearing. Counsel are advised that speaker phones are **not** permitted.

Dated this 2nd day of March, 2021.

_____
Susan R. Bolton
United States District Judge