**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:  Susan R. Bolton** | **Date: March 11, 2021** |
| **Case Number: CV-19-05217-PHX-SRB** | |
| **C.M. et al v. United States of America** | |

| | | |
|---|---|---|
| **APPEARANCES:** | **Diana Reiter, Jonathan Feinberg, Harry Fidler, Lucy McMillan, Emily Reeder, David Rosenbaum and Erik Walsh (all appearing telephonically)** | **Philip MacWilliams (appearing telephonically)** |
| | **Plaintiff(s) Counsel** | **Defense Counsel** |

### TELEPHONIC DISCOVERY DISPUTE HEARING

This is the time set for Telephonic Discovery Dispute Hearing held at the request of Plaintiffs' counsel.  Discussion held.  Regarding the Defendant's assertion of deliberative process privilege, executive privilege and attorney/client and work-product privilege, Plaintiffs' counsel shall file a Motion to Compel no later than **March 19, 2021** (not to exceed 20 pages); Response shall be filed no later than **April 2, 2021** (not to exceed 20 pages); Reply, if any shall be filed by **April 9, 2021** (page limit set forth in the local rules).

Regarding Plaintiffs' Request for Production of Documents related to a recent report from the Department of Justice Office of Inspector General entitled "Review of Department of Justice's Planning and Implementation of Its Zero Tolerance Policy,"  the Court is advised that Defense counsel has not produced documents in response to the request and had four general objections to said production.  Discussion held.  The Court finds that the objection regarding relevance is not a legitimate or well-taken objection to the production of any documents specifically referenced in the OIG report.   IT IS ORDERED directing Defense counsel produce the requested documents no later than **March 25, 2021.**

Regarding the requested documents that are not specifically referenced in the OIG report, the Court advises counsel it cannot resolve these issues related to this request for production in a discovery dispute hearing.  Plaintiffs may file a separate motion to compel with the same briefing schedule outlined above.

Deputy Clerk: Maureen Williams
Court Reporter: Hilda Lopez

**Start:  11:04 AM**
**Stop:  11:44 AM**