# DECLARATION OF G. BRADLEY WEINSHEIMER

# ATTACHMENT 1

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| CD-US-00007230A - CD-US-00007248A | CD-US-00007085A - CD-US-00007089A | CD-US-00007118A - CD-US-00007126A |
| CD-US-00007669A - CD-US-00007683A | CD-US-00007148A - CD-US-00007148A | CD-US-00007128A - CD-US-00007136A |
| CD-US-00007706A - CD-US-00007721A | CD-US-00007378A - CD-US-00007382A | CD-US-00007148A - CD-US-00007148A |
| CD-US-00007727A - CD-US-00007742A | CD-US-00008959A - CD-US-00008960A | CD-US-00007162A - CD-US-00007169A |
| CD-US-00007749A - CD-US-00007766A | CD-US-00009078A - CD-US-00009079A | CD-US-00007229A - CD-US-00007229A |
| CD-US-00007804A - CD-US-00007819A | CD-US-00009083A - CD-US-00009084A | CD-US-00007230A - CD-US-00007248A |
| CD-US-00007824A - CD-US-00007828A | CD-US-00009085A - CD-US-00009086A | CD-US-00007664A - CD-US-00007666A |
| CD-US-00007829A - CD-US-00007861A | CD-US-00009087A - CD-US-00009089A | CD-US-00007669A - CD-US-00007683A |
| CD-US-00007897A - CD-US-00007899A | CD-US-00009090A - CD-US-00009092A | CD-US-00007706A - CD-US-00007721A |
| CD-US-00007900A - CD-US-00007924A | CD-US-00009093A - CD-US-00009095A | CD-US-00007727A - CD-US-00007742A |
| CD-US-00007958A - CD-US-00007958A | CD-US-00009098A - CD-US-00009101A | CD-US-00007749A - CD-US-00007766A |
| CD-US-00007959A - CD-US-00008028A | CD-US-00009102A - CD-US-00009106A | CD-US-00007804A - CD-US-00007819A |
| CD-US-00008041A - CD-US-00008042A | CD-US-00015183A - CD-US-00015183A | CD-US-00007824A - CD-US-00007828A |
| CD-US-00008046A - CD-US-00008047A | CD-US-00015185A - CD-US-00015185A | CD-US-00007829A - CD-US-00007861A |
| CD-US-00008048A - CD-US-00008049A | CD-US-00015191A - CD-US-00015192A | CD-US-00007869A - CD-US-00007870A |
| CD-US-00008050A - CD-US-00008051A | CD-US-00015194A - CD-US-00015195A | CD-US-00007871A - CD-US-00007872A |
| CD-US-00008052A - CD-US-00008053A | CD-US-00015196A - CD-US-00015196A | CD-US-00007876A - CD-US-00007877A |
| CD-US-00008054A - CD-US-00008055A | CD-US-00015197A - CD-US-00015197A | CD-US-00007881A - CD-US-00007881A |
| CD-US-00008057A - CD-US-00008126A | CD-US-00015198A - CD-US-00015199A | CD-US-00007882A - CD-US-00007883A |
| CD-US-00008129A - CD-US-00008198A | CD-US-00015200A - CD-US-00015201A | CD-US-00007884A - CD-US-00007885A |
| CD-US-00008201A - CD-US-00008270A | CD-US-00015202A - CD-US-00015203A | CD-US-00007886A - CD-US-00007888A |
| CD-US-00008271A - CD-US-00008272A | CD-US-00015204A - CD-US-00015205A | CD-US-00007889A - CD-US-00007891A |
| CD-US-00008273A - CD-US-00008342A | CD-US-00015206A - CD-US-00015207A | CD-US-00007892A - CD-US-00007894A |
| CD-US-00008343A - CD-US-00008344A | CD-US-00015208A - CD-US-00015210A | CD-US-00007897A - CD-US-00007899A |
| CD-US-00008345A - CD-US-00008346A | CD-US-00015211A - CD-US-00015213A | CD-US-00007900A - CD-US-00007924A |
| CD-US-00008347A - CD-US-00008348A | CD-US-00015214A - CD-US-00015216A | CD-US-00007958A - CD-US-00007958A |
| CD-US-00008350A - CD-US-00008421A | CD-US-00010381A - CD-US-00010382A | CD-US-00007959A - CD-US-00008028A |
| CD-US-00008423A - CD-US-00008494A | CD-US-00015332A - CD-US-00015332A | CD-US-00008041A - CD-US-00008042A |
| CD-US-00008498A - CD-US-00008573A | CD-US-00015334A - CD-US-00015334A | CD-US-00008046A - CD-US-00008047A |
| CD-US-00008630A - CD-US-00008706A | CD-US-00015340A - CD-US-00015341A | CD-US-00008048A - CD-US-00008049A |
| CD-US-00008778A - CD-US-00008794A | CD-US-00015343A - CD-US-00015344A | CD-US-00008050A - CD-US-00008051A |
| CD-US-00008795A - CD-US-00008813A | CD-US-00015345A - CD-US-00015347A | CD-US-00008052A - CD-US-00008053A |
| CD-US-00009115A - CD-US-00009115A | CD-US-00015348A - CD-US-00015350A | CD-US-00008054A - CD-US-00008055A |
| CD-US-00009118A - CD-US-00009118A | CD-US-00015351A - CD-US-00015353A | CD-US-00008057A - CD-US-00008126A |
| CD-US-00009119A - CD-US-00009119A | CD-US-00015354A - CD-US-00015355A | CD-US-00008129A - CD-US-00008198A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| CD-US-00009120A - CD-US-00009121A | CD-US-00015356A - CD-US-00015357A | CD-US-00008201A - CD-US-00008270A |
| CD-US-00009122A - CD-US-00009122A | CD-US-00015358A - CD-US-00015359A | CD-US-00008271A - CD-US-00008272A |
| CD-US-00009123A - CD-US-00009124A | CD-US-00015360A - CD-US-00015360A | CD-US-00008273A - CD-US-00008342A |
| CD-US-00009125A - CD-US-00009126A | CD-US-00015361A - CD-US-00015361A | CD-US-00008343A - CD-US-00008344A |
| CD-US-00009127A - CD-US-00009128A | CD-US-00015362A - CD-US-00015363A | CD-US-00008345A - CD-US-00008346A |
| CD-US-00009129A - CD-US-00009130A | CD-US-00015364A - CD-US-00015365A | CD-US-00008347A - CD-US-00008348A |
| CD-US-00015163A - CD-US-00015164A | CD-US-00010903A - CD-US-00010904A | CD-US-00008350A - CD-US-00008421A |
| CD-US-00009131A - CD-US-00009133A | CD-US-00011092A - CD-US-00011094A | CD-US-00008423A - CD-US-00008494A |
| CD-US-00009134A - CD-US-00009136A | CD-US-00011095A - CD-US-00011097A | CD-US-00008498A - CD-US-00008573A |
| CD-US-00009137A - CD-US-00009137A | CD-US-00011106A - CD-US-00011113A | CD-US-00008574A - CD-US-00008574A |
| CD-US-00009138A - CD-US-00009139A | CD-US-00011149A - CD-US-00011150A | CD-US-00008575A - CD-US-00008575A |
| CD-US-00009140A - CD-US-00009142A | CD-US-00011151A - CD-US-00011158A | CD-US-00008576A - CD-US-00008576A |
| CD-US-00009143A - CD-US-00009145A | CD-US-00011159A - CD-US-00011166A | CD-US-00008577A - CD-US-00008577A |
| CD-US-00009180A - CD-US-00009182A | CD-US-00011167A - CD-US-00011175A | CD-US-00008578A - CD-US-00008578A |
| CD-US-00009183A - CD-US-00009184A | CD-US-00011178A - CD-US-00011182A | CD-US-00008579A - CD-US-00008579A |
| CD-US-00009185A - CD-US-00009185A | CD-US-00011331A - CD-US-00011339A | CD-US-00008580A - CD-US-00008580A |
| CD-US-00009186A - CD-US-00009187A | CD-US-00011341A - CD-US-00011349A | CD-US-00008581A - CD-US-00008581A |
| CD-US-00009188A - CD-US-00009190A | CD-US-00011351A - CD-US-00011358A | CD-US-00008582A - CD-US-00008582A |
| CD-US-00009191A - CD-US-00009193A | CD-US-00011733A - CD-US-00011733A | CD-US-00008583A - CD-US-00008583A |
| CD-US-00009194A - CD-US-00009197A | CD-US-00015611A - CD-US-00015612A | CD-US-00008584A - CD-US-00008584A |
| CD-US-00009198A - CD-US-00009201A | CD-US-00015613A - CD-US-00015614A | CD-US-00008585A - CD-US-00008586A |
| CD-US-00009202A - CD-US-00009205A | CD-US-00015616A - CD-US-00015618A | CD-US-00008630A - CD-US-00008706A |
| CD-US-00009206A - CD-US-00009208A | CD-US-00012524A - CD-US-00012525A | CD-US-00008778A - CD-US-00008794A |
| CD-US-00009209A - CD-US-00009209A | CD-US-00015739A - CD-US-00015740A | CD-US-00008795A - CD-US-00008813A |
| CD-US-00009210A - CD-US-00009210A | CD-US-00015758A - CD-US-00015758A | CD-US-00008959A - CD-US-00008960A |
| CD-US-00009211A - CD-US-00009211A | CD-US-00015769A - CD-US-00015770A | CD-US-00009078A - CD-US-00009079A |
| CD-US-00009212A - CD-US-00009212A | CD-US-00015790A - CD-US-00015791A | CD-US-00009083A - CD-US-00009084A |
| CD-US-00009213A - CD-US-00009213A | CD-US-00015792A - CD-US-00015792A | CD-US-00009085A - CD-US-00009086A |
| CD-US-00009214A - CD-US-00009215A | CD-US-00015798A - CD-US-00015800A | CD-US-00009087A - CD-US-00009089A |
| CD-US-00009220A - CD-US-00009223A | CD-US-00015801A - CD-US-00015802A | CD-US-00009090A - CD-US-00009092A |
| CD-US-00009224A - CD-US-00009227A | CD-US-00012725A - CD-US-00012733A | CD-US-00009093A - CD-US-00009095A |
| CD-US-00009228A - CD-US-00009231A | CD-US-00012735A - CD-US-00012743A | CD-US-00009098A - CD-US-00009101A |
| CD-US-00009232A - CD-US-00009235A | CD-US-00012788A - CD-US-00012795A | CD-US-00009102A - CD-US-00009106A |
| CD-US-00009236A - CD-US-00009240A | CD-US-00012797A - CD-US-00012804A | CD-US-00015163A - CD-US-00015164A |
| CD-US-00009241A - CD-US-00009245A | CD-US-00013129A - CD-US-00013129A | CD-US-00009272A - CD-US-00009277A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| CD-US-00009246A - CD-US-00009250A | CD-US-00013470A - CD-US-00013470A | CD-US-00009315A - CD-US-00009315A |
| CD-US-00009251A - CD-US-00009253A | CD-US-00013479A - CD-US-00013479A | CD-US-00015183A - CD-US-00015183A |
| CD-US-00009254A - CD-US-00009258A | CD-US-00013480A - CD-US-00013480A | CD-US-00015185A - CD-US-00015185A |
| CD-US-00009259A - CD-US-00009260A | CD-US-00013521A - CD-US-00013521A | CD-US-00015191A - CD-US-00015192A |
| CD-US-00009261A - CD-US-00009265A | CD-US-00013522A - CD-US-00013522A | CD-US-00015194A - CD-US-00015195A |
| CD-US-00009266A - CD-US-00009271A | CD-US-00013583A - CD-US-00013583A | CD-US-00015196A - CD-US-00015196A |
| CD-US-00009282A - CD-US-00009287A | CD-US-00016103A - CD-US-00016104A | CD-US-00015197A - CD-US-00015197A |
| CD-US-00009290A - CD-US-00009295A | CD-US-00016106A - CD-US-00016107A | CD-US-00015198A - CD-US-00015199A |
| CD-US-00009475A - CD-US-00009489A | CD-US-00013637A - CD-US-00013637A | CD-US-00015200A - CD-US-00015201A |
| CD-US-00009494A - CD-US-00009509A | CD-US-00013638A - CD-US-00013638A | CD-US-00015202A - CD-US-00015203A |
| CD-US-00009515A - CD-US-00009519A | CD-US-00013639A - CD-US-00013639A | CD-US-00015204A - CD-US-00015205A |
| CD-US-00009520A - CD-US-00009552A | CD-US-00016108A - CD-US-00016108A | CD-US-00015206A - CD-US-00015207A |
| CD-US-00009557A - CD-US-00009572A | CD-US-00016110A - CD-US-00016112A | CD-US-00015208A - CD-US-00015210A |
| CD-US-00009579A - CD-US-00009581A | CD-US-00014113A - CD-US-00014114A | CD-US-00015211A - CD-US-00015213A |
| CD-US-00009582A - CD-US-00009606A | CD-US-00014300A - CD-US-00014304A | CD-US-00015214A - CD-US-00015216A |
| CD-US-00009607A - CD-US-00009607A | CD-US-00014305A - CD-US-00014309A | CD-US-00009475A - CD-US-00009489A |
| CD-US-00009608A - CD-US-00009646A | CD-US-00014313A - CD-US-00014316A | CD-US-00009494A - CD-US-00009509A |
| CD-US-00009651A - CD-US-00009651A | CD-US-00014319A - CD-US-00014321A | CD-US-00009515A - CD-US-00009519A |
| CD-US-00009652A - CD-US-00009721A | CD-US-00014322A - CD-US-00014324A | CD-US-00009520A - CD-US-00009552A |
| CD-US-00009728A - CD-US-00009729A | CD-US-00014325A - CD-US-00014327A | CD-US-00009553A - CD-US-00009554A |
| CD-US-00009738A - CD-US-00009739A | CD-US-00014328A - CD-US-00014330A | CD-US-00009557A - CD-US-00009572A |
| CD-US-00009740A - CD-US-00009810A | CD-US-00014362A - CD-US-00014363A | CD-US-00009579A - CD-US-00009581A |
| CD-US-00009818A - CD-US-00009887A | CD-US-00014370A - CD-US-00014372A | CD-US-00009582A - CD-US-00009606A |
| CD-US-00009890A - CD-US-00009959A | CD-US-00014373A - CD-US-00014374A | CD-US-00009607A - CD-US-00009607A |
| CD-US-00009960A - CD-US-00009961A | CD-US-00014375A - CD-US-00014376A | CD-US-00009608A - CD-US-00009646A |
| CD-US-00009967A - CD-US-00010043A | CD-US-00014377A - CD-US-00014378A | CD-US-00009651A - CD-US-00009651A |
| CD-US-00010045A - CD-US-00010116A | CD-US-00014379A - CD-US-00014380A | CD-US-00009652A - CD-US-00009721A |
| CD-US-00010118A - CD-US-00010189A | CD-US-00016252A - CD-US-00016253A | CD-US-00009728A - CD-US-00009729A |
| CD-US-00010206A - CD-US-00010283A | CD-US-00016273A - CD-US-00016274A | CD-US-00009738A - CD-US-00009739A |
| CD-US-00010285A - CD-US-00010301A | CD-US-00016300A - CD-US-00016300A | CD-US-00009740A - CD-US-00009810A |
| CD-US-00010302A - CD-US-00010320A | CD-US-00016303A - CD-US-00016304A | CD-US-00009811A - CD-US-00009813A |
| CD-US-00015318A - CD-US-00015319A | CD-US-00016346A - CD-US-00016347A | CD-US-00009814A - CD-US-00009815A |
| CD-US-00010488A - CD-US-00010490A | CD-US-00016348A - CD-US-00016348A | CD-US-00009818A - CD-US-00009887A |
| CD-US-00010525A - CD-US-00010529A | CD-US-00016349A - CD-US-00016351A | CD-US-00009890A - CD-US-00009959A |
| CD-US-00010530A - CD-US-00010530A | CD-US-00016352A - CD-US-00016354A | CD-US-00009960A - CD-US-00009961A |

ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER

| Column A | Column B | Column C |
|---|---|---|
| CD-US-00010535A - CD-US-00010540A | CD-US-00016355A - CD-US-00016356A | CD-US-00009967A - CD-US-00010043A |
| CD-US-00010541A - CD-US-00010541A | CD-US-00016357A - CD-US-00016358A | CD-US-00010045A - CD-US-00010116A |
| CD-US-00010542A - CD-US-00010547A | | CD-US-00010118A - CD-US-00010189A |
| CD-US-00010548A - CD-US-00010548A | | CD-US-00010190A - CD-US-00010190A |
| CD-US-00010549A - CD-US-00010552A | | CD-US-00010203A - CD-US-00010203A |
| CD-US-00010557A - CD-US-00010557A | | CD-US-00010206A - CD-US-00010283A |
| CD-US-00010562A - CD-US-00010562A | | CD-US-00010285A - CD-US-00010301A |
| CD-US-00010696A - CD-US-00010697A | | CD-US-00010302A - CD-US-00010320A |
| CD-US-00010699A - CD-US-00010768A | | CD-US-00010381A - CD-US-00010382A |
| CD-US-00010863A - CD-US-00010883A | | CD-US-00015318A - CD-US-00015319A |
| CD-US-00010884A - CD-US-00010902A | | CD-US-00015334A - CD-US-00015334A |
| CD-US-00010933A - CD-US-00011010A | | CD-US-00015340A - CD-US-00015341A |
| CD-US-00011011A - CD-US-00011087A | | CD-US-00015343A - CD-US-00015344A |
| CD-US-00011128A - CD-US-00011148A | | CD-US-00015345A - CD-US-00015347A |
| CD-US-00011309A - CD-US-00011329A | | CD-US-00015348A - CD-US-00015350A |
| CD-US-00011470A - CD-US-00011489A | | CD-US-00015351A - CD-US-00015353A |
| CD-US-00011493A - CD-US-00011510A | | CD-US-00015354A - CD-US-00015355A |
| CD-US-00011515A - CD-US-00011535A | | CD-US-00015356A - CD-US-00015357A |
| CD-US-00011551A - CD-US-00011583A | | CD-US-00015358A - CD-US-00015359A |
| CD-US-00011588A - CD-US-00011620A | | CD-US-00015360A - CD-US-00015360A |
| CD-US-00011632A - CD-US-00011664A | | CD-US-00015361A - CD-US-00015361A |
| CD-US-00011738A - CD-US-00011757A | | CD-US-00015362A - CD-US-00015363A |
| CD-US-00011759A - CD-US-00011779A | | CD-US-00015364A - CD-US-00015365A |
| CD-US-00011781A - CD-US-00011801A | | CD-US-00010456A - CD-US-00010458A |
| CD-US-00011805A - CD-US-00011823A | | CD-US-00010462A - CD-US-00010462A |
| CD-US-00011825A - CD-US-00011843A | | CD-US-00015386A - CD-US-00015390A |
| CD-US-00015725A - CD-US-00015727A | | CD-US-00010696A - CD-US-00010697A |
| CD-US-00012550A - CD-US-00012554A | | CD-US-00010699A - CD-US-00010768A |
| CD-US-00012555A - CD-US-00012557A | | CD-US-00010769A - CD-US-00010770A |
| CD-US-00012702A - CD-US-00012702A | | CD-US-00010771A - CD-US-00010771A |
| CD-US-00012703A - CD-US-00012723A | | CD-US-00010772A - CD-US-00010773A |
| CD-US-00012830A - CD-US-00012850A | | CD-US-00010774A - CD-US-00010775A |
| CD-US-00012856A - CD-US-00012875A | | CD-US-00010828A - CD-US-00010832A |
| CD-US-00012882A - CD-US-00012899A | | CD-US-00010863A - CD-US-00010883A |
| CD-US-00012964A - CD-US-00012996A | | CD-US-00010884A - CD-US-00010902A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| CD-US-00013000A - CD-US-00013032A | | CD-US-00010903A - CD-US-00010904A |
| CD-US-00013036A - CD-US-00013068A | | CD-US-00010905A - CD-US-00010905A |
| CD-US-00013095A - CD-US-00013112A | | CD-US-00010933A - CD-US-00011010A |
| CD-US-00013173A - CD-US-00013192A | | CD-US-00011011A - CD-US-00011087A |
| CD-US-00013194A - CD-US-00013214A | | CD-US-00011092A - CD-US-00011094A |
| CD-US-00013216A - CD-US-00013234A | | CD-US-00011095A - CD-US-00011097A |
| CD-US-00013236A - CD-US-00013254A | | CD-US-00011106A - CD-US-00011113A |
| CD-US-00013256A - CD-US-00013274A | | CD-US-00011114A - CD-US-00011114A |
| CD-US-00013308A - CD-US-00013308A | | CD-US-00011115A - CD-US-00011116A |
| CD-US-00013311A - CD-US-00013331A | | CD-US-00011117A - CD-US-00011118A |
| CD-US-00013336A - CD-US-00013337A | | CD-US-00011128A - CD-US-00011148A |
| CD-US-00013371A - CD-US-00013372A | | CD-US-00011149A - CD-US-00011150A |
| CD-US-00013373A - CD-US-00013374A | | CD-US-00011151A - CD-US-00011158A |
| CD-US-00013380A - CD-US-00013455A | | CD-US-00011159A - CD-US-00011166A |
| CD-US-00014395A - CD-US-00014397A | | CD-US-00011167A - CD-US-00011175A |
| CD-US-00016261A - CD-US-00016263A | | CD-US-00011178A - CD-US-00011182A |
| | | CD-US-00011198A - CD-US-00011199A |
| | | CD-US-00011279A - CD-US-00011280A |
| | | CD-US-00011281A - CD-US-00011282A |
| | | CD-US-00011283A - CD-US-00011284A |
| | | CD-US-00011285A - CD-US-00011286A |
| | | CD-US-00011287A - CD-US-00011288A |
| | | CD-US-00011289A - CD-US-00011290A |
| | | CD-US-00011291A - CD-US-00011294A |
| | | CD-US-00011296A - CD-US-00011299A |
| | | CD-US-00011300A - CD-US-00011303A |
| | | CD-US-00011304A - CD-US-00011307A |
| | | CD-US-00011309A - CD-US-00011329A |
| | | CD-US-00011360A - CD-US-00011367A |
| | | CD-US-00011384A - CD-US-00011386A |
| | | CD-US-00011407A - CD-US-00011409A |
| | | CD-US-00011416A - CD-US-00011416A |
| | | CD-US-00011436A - CD-US-00011437A |
| | | CD-US-00011438A - CD-US-00011438A |
| | | CD-US-00011439A - CD-US-00011440A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| | | CD-US-00011445A - CD-US-00011446A |
| | | CD-US-00011447A - CD-US-00011448A |
| | | CD-US-00011449A - CD-US-00011450A |
| | | CD-US-00011470A - CD-US-00011489A |
| | | CD-US-00011493A - CD-US-00011510A |
| | | CD-US-00011511A - CD-US-00011511A |
| | | CD-US-00011515A - CD-US-00011535A |
| | | CD-US-00011536A - CD-US-00011537A |
| | | CD-US-00011538A - CD-US-00011539A |
| | | CD-US-00011551A - CD-US-00011583A |
| | | CD-US-00011588A - CD-US-00011620A |
| | | CD-US-00011632A - CD-US-00011664A |
| | | CD-US-00011666A - CD-US-00011667A |
| | | CD-US-00011738A - CD-US-00011757A |
| | | CD-US-00011759A - CD-US-00011779A |
| | | CD-US-00011781A - CD-US-00011801A |
| | | CD-US-00011805A - CD-US-00011823A |
| | | CD-US-00011824A - CD-US-00011824A |
| | | CD-US-00011825A - CD-US-00011843A |
| | | CD-US-00011896A - CD-US-00011896A |
| | | CD-US-00011897A - CD-US-00011897A |
| | | CD-US-00015611A - CD-US-00015612A |
| | | CD-US-00015613A - CD-US-00015614A |
| | | CD-US-00015616A - CD-US-00015618A |
| | | CD-US-00012089A - CD-US-00012091A |
| | | CD-US-00012133A - CD-US-00012135A |
| | | CD-US-00012197A - CD-US-00012198A |
| | | CD-US-00012207A - CD-US-00012208A |
| | | CD-US-00012222A - CD-US-00012223A |
| | | CD-US-00012231A - CD-US-00012233A |
| | | CD-US-00012234A - CD-US-00012236A |
| | | CD-US-00012239A - CD-US-00012239A |
| | | CD-US-00012241A - CD-US-00012242A |
| | | CD-US-00012304A - CD-US-00012305A |
| | | CD-US-00012306A - CD-US-00012307A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| | | CD-US-00012308A - CD-US-00012309A |
| | | CD-US-00012310A - CD-US-00012311A |
| | | CD-US-00012312A - CD-US-00012313A |
| | | CD-US-00012439A - CD-US-00012439A |
| | | CD-US-00012524A - CD-US-00012525A |
| | | CD-US-00015725A - CD-US-00015727A |
| | | CD-US-00015739A - CD-US-00015740A |
| | | CD-US-00012571A - CD-US-00012571A |
| | | CD-US-00012577A - CD-US-00012577A |
| | | CD-US-00012578A - CD-US-00012578A |
| | | CD-US-00012579A - CD-US-00012579A |
| | | CD-US-00012580A - CD-US-00012580A |
| | | CD-US-00012581A - CD-US-00012581A |
| | | CD-US-00015758A - CD-US-00015758A |
| | | CD-US-00015769A - CD-US-00015770A |
| | | CD-US-00015790A - CD-US-00015791A |
| | | CD-US-00015792A - CD-US-00015792A |
| | | CD-US-00015798A - CD-US-00015800A |
| | | CD-US-00015801A - CD-US-00015802A |
| | | CD-US-00012672A - CD-US-00012673A |
| | | CD-US-00012674A - CD-US-00012675A |
| | | CD-US-00012676A - CD-US-00012679A |
| | | CD-US-00012680A - CD-US-00012681A |
| | | CD-US-00012682A - CD-US-00012683A |
| | | CD-US-00012684A - CD-US-00012685A |
| | | CD-US-00012686A - CD-US-00012687A |
| | | CD-US-00012688A - CD-US-00012689A |
| | | CD-US-00012690A - CD-US-00012693A |
| | | CD-US-00012694A - CD-US-00012697A |
| | | CD-US-00012698A - CD-US-00012701A |
| | | CD-US-00012702A - CD-US-00012702A |
| | | CD-US-00012703A - CD-US-00012723A |
| | | CD-US-00012751A - CD-US-00012753A |
| | | CD-US-00012756A - CD-US-00012758A |
| | | CD-US-00012797A - CD-US-00012804A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| | | CD-US-00012806A - CD-US-00012806A |
| | | CD-US-00012808A - CD-US-00012809A |
| | | CD-US-00012811A - CD-US-00012813A |
| | | CD-US-00012830A - CD-US-00012850A |
| | | CD-US-00012853A - CD-US-00012853A |
| | | CD-US-00012856A - CD-US-00012875A |
| | | CD-US-00012882A - CD-US-00012899A |
| | | CD-US-00012932A - CD-US-00012933A |
| | | CD-US-00012934A - CD-US-00012935A |
| | | CD-US-00012936A - CD-US-00012936A |
| | | CD-US-00012964A - CD-US-00012996A |
| | | CD-US-00013000A - CD-US-00013032A |
| | | CD-US-00013036A - CD-US-00013068A |
| | | CD-US-00013076A - CD-US-00013077A |
| | | CD-US-00013078A - CD-US-00013079A |
| | | CD-US-00013095A - CD-US-00013112A |
| | | CD-US-00013129A - CD-US-00013129A |
| | | CD-US-00013173A - CD-US-00013192A |
| | | CD-US-00013194A - CD-US-00013214A |
| | | CD-US-00013216A - CD-US-00013234A |
| | | CD-US-00013235A - CD-US-00013235A |
| | | CD-US-00013236A - CD-US-00013254A |
| | | CD-US-00013255A - CD-US-00013255A |
| | | CD-US-00013256A - CD-US-00013274A |
| | | CD-US-00013308A - CD-US-00013308A |
| | | CD-US-00013311A - CD-US-00013331A |
| | | CD-US-00013336A - CD-US-00013337A |
| | | CD-US-00013357A - CD-US-00013359A |
| | | CD-US-00013364A - CD-US-00013366A |
| | | CD-US-00013368A - CD-US-00013369A |
| | | CD-US-00013371A - CD-US-00013372A |
| | | CD-US-00013373A - CD-US-00013374A |
| | | CD-US-00013380A - CD-US-00013455A |
| | | CD-US-00013470A - CD-US-00013470A |
| | | CD-US-00013479A - CD-US-00013479A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| | | CD-US-00013480A - CD-US-00013480A |
| | | CD-US-00013521A - CD-US-00013521A |
| | | CD-US-00013522A - CD-US-00013522A |
| | | CD-US-00013583A - CD-US-00013583A |
| | | CD-US-00016103A - CD-US-00016104A |
| | | CD-US-00016106A - CD-US-00016107A |
| | | CD-US-00013637A - CD-US-00013637A |
| | | CD-US-00013638A - CD-US-00013638A |
| | | CD-US-00013639A - CD-US-00013639A |
| | | CD-US-00016108A - CD-US-00016108A |
| | | CD-US-00016110A - CD-US-00016112A |
| | | CD-US-00013686A - CD-US-00013688A |
| | | CD-US-00013758A - CD-US-00013759A |
| | | CD-US-00013842A - CD-US-00013843A |
| | | CD-US-00013857A - CD-US-00013858A |
| | | CD-US-00013869A - CD-US-00013871A |
| | | CD-US-00013872A - CD-US-00013872A |
| | | CD-US-00013879A - CD-US-00013880A |
| | | CD-US-00013952A - CD-US-00013954A |
| | | CD-US-00013955A - CD-US-00013957A |
| | | CD-US-00014113A - CD-US-00014114A |
| | | CD-US-00014239A - CD-US-00014240A |
| | | CD-US-00014241A - CD-US-00014242A |
| | | CD-US-00014243A - CD-US-00014244A |
| | | CD-US-00014245A - CD-US-00014246A |
| | | CD-US-00014300A - CD-US-00014304A |
| | | CD-US-00014305A - CD-US-00014309A |
| | | CD-US-00014313A - CD-US-00014316A |
| | | CD-US-00014319A - CD-US-00014321A |
| | | CD-US-00014322A - CD-US-00014324A |
| | | CD-US-00014325A - CD-US-00014327A |
| | | CD-US-00014328A - CD-US-00014330A |
| | | CD-US-00014362A - CD-US-00014363A |
| | | CD-US-00014370A - CD-US-00014372A |
| | | CD-US-00014373A - CD-US-00014374A |

**ATTACHMENT TO THE DECLARATION OF G. BRADLEY WEINSHEIMER**

| Column A | Column B | Column C |
|---|---|---|
| | | CD-US-00014375A - CD-US-00014376A |
| | | CD-US-00014377A - CD-US-00014378A |
| | | CD-US-00014379A - CD-US-00014380A |
| | | CD-US-00016252A - CD-US-00016253A |
| | | CD-US-00016261A - CD-US-00016263A |
| | | CD-US-00016273A - CD-US-00016274A |
| | | CD-US-00014421A - CD-US-00014421A |
| | | CD-US-00014434A - CD-US-00014434A |
| | | CD-US-00014532A - CD-US-00014532A |
| | | CD-US-00016300A - CD-US-00016300A |
| | | CD-US-00016303A - CD-US-00016304A |
| | | CD-US-00016346A - CD-US-00016347A |
| | | CD-US-00016348A - CD-US-00016348A |
| | | CD-US-00016349A - CD-US-00016351A |
| | | CD-US-00016352A - CD-US-00016354A |
| | | CD-US-00016355A - CD-US-00016356A |
| | | CD-US-00016357A - CD-US-00016358A |