BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-CV-05217-PHX-SRB <br><br> **STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf | No. 2:20-CV-00065-PHX-SRB |

and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendant.

The parties jointly move the Court for an order holding this action in abeyance for a period of fourteen (14) days while the parties explore settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in initial discussions relating to the potential settlement of the above-captioned actions. In order to more fully focus their attention on these settlement efforts, the parties request that this action, including all proceedings and case deadlines, be held in abeyance.

Specifically, the parties have agreed to and seek an order from the Court holding this action in abeyance for a period of fourteen (14) days, during which the parties agree to meet and continue the settlement discussions.

At the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance is not sought, the parties request that any existing deadlines be reset for fourteen (14) days from the current deadlines.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance. The party submitting this motion has obtained the permission of all signatories hereto. A proposed Order is submitted herewith.

Respectfully submitted this 19th day of April, 2021.

        BRIAN M. BOYNTON
        Acting Assistant Attorney General
        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        *s/ Philip D. MacWilliams*
        PHILIP D. MACWILLIAMS
        Trial Attorney
        D.C. Bar No. 482883
        THEODORE W. ATKINSON
        Trial Attorney
        D.C. Bar No. 458963
        E-mail: phil.macwilliams@usdoj.gov
        U.S. Department of Justice
        Civil Division, Torts Branch
        Benjamin Franklin Station, P.O. Box 888
        Washington, DC 20044
        Telephone: (202) 616-4285

        *Attorneys for the United States of America*

| | |
|---|---|
| COPPERSMITH BROCKELMAN PlC<br>Keith Beauchamp (012434)<br>D. Andrew Gaona (028414)<br>2800 N. Central Avenue, Suite 1900<br>Telephone: (602) 381-5490<br>Phoenix, AZ 85004<br>kbeauchamp@cblawyers.com<br>agaona@cblawyers.com<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>Gillian Gillers<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>gillian.gillers@splcenter.org<br>jim.knoepp@splcenter.org | *s/ Terra W. Fulham*<br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Teresa Park*<br>Terra White Fulham*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br><br>COVINGTON & BURLING LLP<br>Jessica R. Hanson*<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>jhanson@cov.com |

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for A.P.F. Plaintiffs*

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

R. Stanton Jones*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder@arnoldporter.com

David B. Rosenbaum
Emma J. Cone-Roddy
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

*s/ Diana E. Reiter*
Diana E. Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
Trina@immigrationlitigation.org
Mary@immigrationlitigation.org

Katherine Melloy Goettel*
Emma Winger*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Attorneys for C.M. Plaintiffs*

*\* Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Philip D. MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America