# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:19-cv-05217-SRB<br><br>**ORDER** |

The Court having reviewed the parties' stipulated motion to hold this action in abeyance,

IT IS HEREBY ORDERED that an abeyance of this action is GRANTED (Doc. 101) as follows:

This action is to be held in abeyance for a period of fourteen (14) days, until May 3, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by fourteen (14) days.

Dated this 19th day of April, 2021.

_____
Susan R. Bolton
United States District Judge