BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>　　　　　Defendant. | No. 2:19-CV-05217-PHX-SRB <br><br> **SECOND STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf | No. 2:20-CV-00065-PHX-SRB |

| | |
|---|---|
| 1 | and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., |
| 2 | |
| 3 | Plaintiffs, |
| 4 | |
| 5 | v. |
| 6 | United States of America, |
| 7 | Defendant. |

The parties jointly move the Court for an order holding this action in abeyance for an additional period of thirty (30) days while the parties continue to discuss settlement. In support of this motion, the parties respectfully state the following:

The parties have engaged in discussions relating to the potential settlement of the above-captioned actions. In order to more fully focus their attention on these settlement efforts, on April 19, 2021, the parties requested that this action, including all proceedings and case deadlines, be held in abeyance for a period of fourteen (14) days, during which the parties agreed to meet and continue the settlement discussions. The parties proposed that, at the close of this 14-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions. If an additional abeyance was not sought, the parties requested that any existing deadlines be reset for fourteen (14) days from the current deadlines. *C.M.* ECF 101; *A.P.F.* ECF 98.

On April 20, 2021, the Court granted the parties' motion for an abeyance, ordering that these actions are to be held in abeyance for a period of fourteen (14) days, until May 3, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by fourteen (14) days. *C.M.* ECF 102; *A.P.F.* ECF 98.

Based on the progress to date of the settlement discussions, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of thirty (30) days, for the parties to continue to focus their attention on these settlement efforts.  The parties propose that, at the close of this additional 30-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court to facilitate further settlement discussions.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional thirty (30) days—thus a total of forty-four (44) days—from the current deadlines.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A proposed Order is submitted herewith.

Respectfully submitted this 3rd day of May, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285
*Attorneys for the United States of America*

| | |
|---|---|
| COPPERSMITH BROCKELMAN PlC<br>Keith Beauchamp (012434)<br>D. Andrew Gaona (028414)<br>2800 N. Central Avenue, Suite 1900<br>Telephone: (602) 381-5490<br>Phoenix, AZ 85004<br>kbeauchamp@cblawyers.com<br>agaona@cblawyers.com<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>Gillian Gillers<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>gillian.gillers@splcenter.org<br>jim.knoepp@splcenter.org<br><br>SOUTHERN POVERTY LAW CENTER<br>Paul R. Chavez*<br>P.O. Box 370037<br>Miami, FL 33137<br>Telephone: (786) 347-2056<br>paul.chavez@splcenter.org | *s/ Terra Fulham*<br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Teresa Park*<br>Terra White Fulham*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br><br>COVINGTON & BURLING LLP<br>Jessica R. Hanson*<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>jhanson@cov.com |

*Attorneys for A.P.F. Plaintiffs*

| | |
|---|---|
| Jonathan H. Feinberg*<br>Kairys, Rudovsky, Messing,<br>Feinberg & Lin LLP<br>The Cast Iron Building<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106<br>215-925-4400<br>jfeinberg@krlawphila.com | *s/ Diana Reiter*<br>Diana E. Reiter*<br>Erik Walsh*<br>Lucy McMillan*<br>Harry Fidler*<br>Mark Osmond*<br>Kaitlyn Schaeffer*<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>212-836-8000<br>diana.reiter@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>lucy.mcmillan@arnoldporter.com<br>harry.fidler@arnoldporter.com<br>mark.osmond@arnoldporter.com<br>kaitlyn.schaeffer@arnoldporter.com |
| Mark Fleming*<br>National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604<br>312-660-1370<br>mfleming@heartlandalliance.org | |
| R. Stanton Jones*<br>Emily Reeder*<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-942-5000<br>stanton.jones@arnoldporter.com<br>emily.reeder@arnoldporter.com | Trina Realmuto*<br>Mary Kenney*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>617-819-4447<br>Trina@immigrationlitigation.org<br>Mary@immigrationlitigation.org |
| David B. Rosenbaum<br>Emma J. Cone-Roddy<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793 | Katherine Melloy Goettel*<br>Emma Winger*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>202-507-7552<br>kgoettel@immcouncil.org<br>ewinger@immcouncil.org |

*Attorneys for C.M. Plaintiffs*

*\* Admitted pro hac vice*

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Philip D. MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America