# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case No. 2:19-cv-05217-SRB <br><br> **ORDER** |

The Court having reviewed the parties' second stipulated motion to hold this action in abeyance (Doc. 104),

IT IS HEREBY ORDERED that an abeyance of this action is GRANTED as follows:

This action is to be held in abeyance for an additional period of thirty (30) days, until **June 2, 2021**, at which time the parties will advise the Court whether an additional abeyance

. . .

. . .

. . .

. . .

is sought or, if not, all existing deadlines will be extended by an additional thirty (30) days, for a total of forty-four (44) days from existing deadlines.

Dated this 3rd day of May, 2021.

_____
Susan R. Bolton
United States District Judge