BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-CV-05217-PHX-SRB <br><br> **FOURTH STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf | No. 2:20-CV-00065-PHX-SRB |

and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendant.

The parties jointly move the Court for an order holding this action in abeyance for an additional period of sixty (60) days while the parties continue to engage in settlement negotiations. In support of this motion, the parties respectfully state the following:

On June 1, 2021, the parties moved the Court to hold the action in abeyance for an additional sixty (60) days for the parties to continue to focus their attention on their ongoing settlement efforts. *C.M.* ECF 107; *A.P.F.* ECF 105. On June 1, 2021, the Court granted that motion, holding the case in abeyance until August 2, 2021, at which time the parties were to advise the Court whether an additional abeyance was sought. *C.M.* ECF 108; *A.P.F.* ECF 106.

The parties have made substantial progress in settlement discussions, but require additional time for ongoing discussions. The parties, along with additional plaintiffs' counsel, who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

In order to facilitate continued progress, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in

2

abeyance for an additional period of sixty (60) days, for the parties to continue to focus their attention on these settlement efforts. The parties propose that, at the close of this additional 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court. If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional sixty (60) days—thus a total of one-hundred sixty-four (164) days—from the current deadlines.

      Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance. The party submitting this motion has obtained the permission of all signatories hereto. A proposed Order is submitted herewith.

Respectfully submitted this 2nd day of August, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

*Attorneys for the United States of America*

*s/ Terra White Fulham*
COVINGTON & BURLING LLP

COPPERSMITH BROCKELMAN PlC
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
Gillian Gillers
James Knoepp*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
gillian.gillers@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com

COVINGTON & BURLING LLP
Jessica R. Hanson*
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
jhanson@cov.com

*Attorneys for A.P.F. Plaintiffs*

| | |
|---|---|
| Jonathan H. Feinberg* <br> Kairys, Rudovsky, Messing, Feinberg & Lin LLP <br> The Cast Iron Building <br> 718 Arch Street, Suite 501 South <br> Philadelphia, PA 19106 <br> 215-925-4400 <br> jfeinberg@krlawphila.com <br><br> Mark Fleming* <br> National Immigrant Justice Center <br> 224 S. Michigan Ave., Suite 600 <br> Chicago, IL 60604 <br> 312-660-1370 <br> mfleming@heartlandalliance.org <br><br> R. Stanton Jones* <br> Emily Reeder* <br> Arnold & Porter Kaye Scholer LLP <br> 601 Massachusetts Avenue, NW <br> Washington, DC 20001 <br> 202-942-5000 <br> stanton.jones@arnoldporter.com <br> emily.reeder@arnoldporter.com <br><br> David B. Rosenbaum <br> Emma J. Cone-Roddy <br> OSBORN MALEDON, P.A. <br> 2929 North Central Avenue, 21st Floor <br> Phoenix, Arizona 85012-2793 | *s/ Diana E. Reiter* <br> Diana E. Reiter* <br> Erik Walsh* <br> Lucy McMillan* <br> Harry Fidler* <br> Mark Osmond* <br> Kaitlyn Schaeffer* <br> Arnold & Porter Kaye Scholer LLP <br> 250 West 55th Street <br> New York, New York 10019-9710 <br> 212-836-8000 <br> diana.reiter@arnoldporter.com <br> erik.walsh@arnoldporter.com <br> lucy.mcmillan@arnoldporter.com <br> harry.fidler@arnoldporter.com <br> mark.osmond@arnoldporter.com <br> kaitlyn.schaeffer@arnoldporter.com <br><br> Trina Realmuto* <br> Mary Kenney* <br> National Immigration Litigation Alliance <br> 10 Griggs Terrace <br> Brookline, MA 02446 <br> 617-819-4447 <br> Trina@immigrationlitigation.org <br> Mary@immigrationlitigation.org <br><br> Katherine Melloy Goettel* <br> Emma Winger* <br> American Immigration Council <br> 1331 G Street NW, Suite 200 <br> Washington, DC 20005 <br> 202-507-7552 <br> kgoettel@immcouncil.org <br> ewinger@immcouncil.org |

<em>Attorneys for C.M. Plaintiffs</em>

*\* Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on Augusts 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Philip D. MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America