1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendants | Case No. 2:19-cv-05217-SRB <br><br> **ORDER** |

The Court having reviewed the parties' fourth stipulated motion to hold this action in abeyance,

IT IS HEREBY ORDERED that an abeyance of this action is GRANTED as follows:

This action is to be held in abeyance for an additional period of sixty (60) days, until October 1, 2021, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by an additional sixty (60) days, for a total of one hundred sixty-four (164) days from existing deadlines.