# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,

Plaintiffs,

v.

United States of America,

Defendants

Case No. 2:19-cv-05217-SRB

---

A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendants

Case No. 2:20-CV-00065-SRB

**ORDER**

On April 19, 2021, this Court was asked to hold these actions in abeyance for 14 days while the parties explored settlement. The stipulated motion was granted, and the

cases stayed until May 3, 2021.  Thereafter, the parties filed two additional stipulated motions to stay these cases, advising the Court that substantial progress was being made in settlement discussions, but more time was needed. Both motions were granted.

The parties have now filed their Fourth Stipulated Motion to Hold Action in Abeyance.  The parties continue to advise the Court that substantial progress is being made to settle these cases and that it is a nationwide effort to settle district court cases and administrative claims arising from family separations at the U.S. border with Mexico during the prior administration.  Due to the scale and complexity of the effort, the parties agree that more time is needed to achieve a global resolution.

The Court will grant the motion but will also deny the pending discovery motions without prejudice to refile if a settlement is not achieved and litigation of these cases resumes.

IT IS ORDERED that an abeyance of these actions is granted. These actions are held in abeyance for an additional period of sixty (60) days, until **October 1, 2021**, at which time the parties will advise the Court whether an additional abeyance is sought or, if not, all existing deadlines will be extended by an additional sixty (60) days, for a total of one hundred sixty-four (164) days from existing deadlines. (CV19-05217, Doc. 110). (CV20-00065-PHX-SRB, Doc. 108).

IT IS FURTHER ORDERED denying Plaintiffs' Motion to Compel Production of Relevant Documents and Plaintiffs' Motion to Compel Discovery Withheld by the Government Based on Improper Privilege without prejudice. (CV19-05217-PHX-SRB, Docs. 92 and 93).  (CV20-0065-PHX-SRB, Docs. 89 and 90).

Dated this 3rd day of August, 2021.

_____
Susan R. Bolton
United States District Judge