BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-CV-05217-PHX-SRB <br><br> **FIFTH STIPULATED MOTION TO HOLD ACTION IN ABEYANCE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf | No. 2:20-CV-00065-PHX-SRB |

and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

                    Plaintiffs,

v.

United States of America,

                    Defendant.

      The parties jointly move the Court for an order holding this action in abeyance for an additional period of sixty (60) days while the parties continue to engage in settlement negotiations. In support of this motion, the parties respectfully state the following:

      On August 2, 2021, the parties moved the Court to hold the action in abeyance for an additional sixty (60) days for the parties to continue to focus their attention on their ongoing settlement efforts. *C.M.* ECF 110; *A.P.F.* ECF 108. On August 3, 2021, the Court granted that motion, holding the case in abeyance until October 1, 2021, at which time the parties were to advise the Court whether an additional abeyance was sought. *C.M.* ECF 111; *A.P.F.* ECF 109.

      The parties have made substantial progress in settlement discussions, but require additional time for ongoing discussions. The parties, along with additional plaintiffs' counsel who are coordinating negotiations on behalf of plaintiffs and claimants, are engaged in a nationwide effort to settle district court cases and pending administrative tort claims arising from family separations at the U.S./Mexico border that occurred during the prior administration. During the current stay period, the United States and plaintiffs' counsel continued to meet frequently and narrowed their differences on important elements of the settlement framework. While significant progress has been made, due to the scale and complexity of the effort, additional time is needed to achieve a global resolution of these matters.

2

In order to facilitate continued progress, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of sixty (60) days, for the parties to continue to focus their attention on these settlement efforts.  The parties propose that, at the close of this additional 60-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court.  If an additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional sixty (60) days from the current deadlines.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance.  The party submitting this motion has obtained the permission of all signatories hereto.  A proposed Order is submitted herewith.

Respectfully submitted this 30th day of September, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

*Attorneys for the United States of America*

| | |
|---|---|
| COPPERSMITH BROCKELMAN PlC<br>Keith Beauchamp (012434)<br>D. Andrew Gaona (028414)<br>2800 N. Central Avenue, Suite 1900<br>Telephone: (602) 381-5490<br>Phoenix, AZ 85004<br>kbeauchamp@cblawyers.com<br>agaona@cblawyers.com<br><br>SOUTHERN POVERTY LAW CENTER<br>Norma Ventura*<br>James Knoepp*<br>P.O. Box 1287<br>Decatur, GA 30031<br>Telephone: (404) 521-6700<br>norma.ventura@splcenter.org<br>jim.knoepp@splcenter.org<br><br>SOUTHERN POVERTY LAW CENTER<br>Paul R. Chavez*<br>P.O. Box 370037<br>Miami, FL 33137<br>Telephone: (786) 347-2056<br>paul.chavez@splcenter.org | _s/ James Knoepp_<br>COVINGTON & BURLING LLP<br>Matthew Schlesinger*<br>Jason Carey*<br>Teresa Park*<br>Terra White Fulham*<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001-4956<br>Telephone: (202) 662-5581<br>mschlesinger@cov.com<br>jcarey@cov.com<br>tpark@cov.com<br>tfulham@cov.com<br><br>COVINGTON & BURLING LLP<br>Jessica R. Hanson*<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>jhanson@cov.com |

*Attorneys for A.P.F. Plaintiffs*

| | |
|---|---|
| Jonathan H. Feinberg*<br>Kairys, Rudovsky, Messing, Feinberg & Lin LLP<br>The Cast Iron Building<br>718 Arch Street, Suite 501 South<br>Philadelphia, PA 19106<br>215-925-4400<br>jfeinberg@krlawphila.com<br><br>Mark Fleming*<br>National Immigrant Justice Center<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604<br>312-660-1370<br>mfleming@heartlandalliance.org<br><br>R. Stanton Jones*<br>Emily Reeder*<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>202-942-5000<br>stanton.jones@arnoldporter.com<br>emily.reeder@arnoldporter.com<br><br>David B. Rosenbaum<br>Emma J. Cone-Roddy<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor<br>Phoenix, Arizona 85012-2793 | *s/ Diana E. Reiter*<br>Diana E. Reiter*<br>Erik Walsh*<br>Lucy McMillan*<br>Harry Fidler*<br>Mark Osmond*<br>Kaitlyn Schaeffer*<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>212-836-8000<br>diana.reiter@arnoldporter.com<br>erik.walsh@arnoldporter.com<br>lucy.mcmillan@arnoldporter.com<br>harry.fidler@arnoldporter.com<br>mark.osmond@arnoldporter.com<br>kaitlyn.schaeffer@arnoldporter.com<br><br>Trina Realmuto*<br>Mary Kenney*<br>National Immigration Litigation Alliance<br>10 Griggs Terrace<br>Brookline, MA 02446<br>617-819-4447<br>Trina@immigrationlitigation.org<br>Mary@immigrationlitigation.org<br><br>Katherine Melloy Goettel*<br>Emma Winger*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>202-507-7552<br>kgoettel@immcouncil.org<br>ewinger@immcouncil.org |

*Attorneys for C.M. Plaintiffs*

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America