BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
THEODORE W. ATKINSON
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,

Plaintiffs,

v.

United States of America,

Defendant.

No. 2:19-CV-05217-PHX-SRB

**SIXTH STIPULATED MOTION TO HOLD ACTION IN ABEYANCE**

A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf

No. 2:20-CV-00065-PHX-SRB

and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

Plaintiffs,

v.

United States of America,

Defendant.

The parties jointly move the Court for an order holding this action in abeyance for an additional period of forty (40) days while the parties continue to engage in settlement negotiations. In support of this motion, the parties respectfully state the following:

On September 30, 2021, the parties moved the Court to hold the action in abeyance for an additional sixty (60) days for the parties to continue to focus their attention on their ongoing settlement efforts. *C.M.* ECF 112; *A.P.F.* ECF 110. On September 30, 2021, the Court granted that motion, holding the case in abeyance until November 30, 2021, at which time the parties were to advise the Court whether an additional abeyance was sought. *C.M.* ECF 113; *A.P.F.* ECF 111.

The parties continue to engage in settlement discussions, and require additional time for ongoing discussions. A further abeyance will allow the parties to continue focusing their efforts on attempting to resolve these matters.

In order to facilitate continued progress, the parties respectfully move the Court for an order holding this action, including all proceedings and case deadlines, in abeyance for an additional period of forty (40) days, for the parties to continue to focus their attention on these settlement efforts. The parties propose that, at the close of this additional 40-day abeyance period, the parties may, depending on the progress of the settlement discussions, seek an additional abeyance from the Court. If an

additional abeyance is not sought, the parties request that any existing deadlines be reset for an additional forty (40) days from the current deadlines.

Counsel for Plaintiffs and the United States have conferred regarding this request and agreed to jointly move the Court to hold this action in abeyance. The party submitting this motion has obtained the permission of all signatories hereto. A proposed Order is submitted herewith.

Respectfully submitted this 30th day of November, 2021.

BRIAN M. BOYNTON
Acting Assistant Attorney General
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Trial Attorney
D.C. Bar No. 482883
THEODORE W. ATKINSON
Trial Attorney
D.C. Bar No. 458963
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4285

*Attorneys for the United States of America*

COPPERSMITH BROCKELMAN PlC
Keith Beauchamp (012434)
D. Andrew Gaona (028414)
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5490
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*s/ James Knoepp*
COVINGTON & BURLING LLP
Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fulham*
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com

tpark@cov.com
tfulham@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for A.P.F. Plaintiffs*

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

R. Stanton Jones*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder@arnoldporter.com

*s/ Diana E. Reiter*
Diana E. Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
Trina@immigrationlitigation.org
Mary@immigrationlitigation.org

David B. Rosenbaum
Emma J. Cone-Roddy
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793

Katherine Melloy Goettel*
Emma Winger*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Attorneys for C.M. Plaintiffs*

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America