David B. Rosenbaum, 009819
BriAnne Nichole Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | No. 2:19-cv-05217-SRB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO LIFT STAY AND REQUEST FOR STATUS CONFERENCE** |
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; and J.V.S., on his own behalf and on behalf of his minor child, H.Y.,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>       Defendant. | No. 2:20-cv-00065-SRB |

On December 16, 2021, the United States terminated the settlement negotiations in which the parties have been engaged for the last eight months. In light of this development, Plaintiffs now move to lift the stay currently in effect in this case (ECF No. 115). Defendant does not oppose this request.

Plaintiffs further request that the Court reinstate, or in the alternative, grant Plaintiffs leave to refile, and issue decisions on (1) their motion to compel production of relevant documents (ECF No. 92); and (2) Plaintiffs' motion to compel discovery withheld by the government based on improper privilege assertions (ECF No. 93). Both motions were dismissed "without prejudice to refile if a settlement is not achieved and litigation of these cases resumes." ECF No. 111. Plaintiffs further request a status conference at the Court's earliest convenience to discuss these matters as well as the reinstatement without further extension of the impending deadline for substantial completion of Defendant's production of policy-level ESI and a revision to the schedule for completion of all other discovery. Counsel for Plaintiffs will make themselves available at any time the Court designates.

RESPECTFULLY SUBMITTED this 16th day of December, 2021.

/s/ *Diana Reiter*
Diana Reiter*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com

*(Additional Counsel for Plaintiffs Listed on the Following Page)*

|   |   |   |
|---|---|---|
| 1 | Erik Walsh* | Jonathan H. Feinberg* |
| 2 | Lucy McMillan* | Kairys, Rudovsky, Messing, Feinberg |
|   | Harry Fidler* | & Lin LLP |
| 3 | Mark Osmond* | The Cast Iron Building |
| 4 | Kaitlyn Schaeffer* | 718 Arch Street, Suite 501 South |
|   | Arnold & Porter Kaye Scholer LLP | Philadelphia, PA 19106 |
| 5 | 250 West 55th Street | 215-925-4400 |
|   | New York, New York 10019-9710 | jfeinberg@krlawphila.com |

<pre>
1    Erik Walsh*                              Jonathan H. Feinberg*
2    Lucy McMillan*                           Kairys, Rudovsky, Messing, Feinberg
     Harry Fidler*                              & Lin LLP
3    Mark Osmond*                             The Cast Iron Building
4    Kaitlyn Schaeffer*                       718 Arch Street, Suite 501 South
     Arnold & Porter Kaye Scholer LLP         Philadelphia, PA 19106
5    250 West 55th Street                     215-925-4400
     New York, New York 10019-9710            jfeinberg@krlawphila.com
6    212-836-8000
     erik.walsh@arnoldporter.com              Mark Fleming*
7    lucy.mcmillan@arnoldporter.com           National Immigrant Justice Center
                                              224 S. Michigan Ave., Suite 600
8    harry.fidler@arnoldporter.com            Chicago, IL 60604
     mark.osmond@arnoldporter.com             312-660-1370
9    kaitlyn.schaeffer@arnoldporter.com       mfleming@heartlandalliance.org

10   R. Stanton Jones*                        Trina Realmuto*
11   Emily Reeder*                            Mary Kenney*
     Arnold & Porter Kaye Scholer LLP         National Immigration Litigation Alliance
12   601 Massachusetts Avenue, NW             10 Griggs Terrace
     Washington, DC 20001                     Brookline, MA 02446
13   202-942-5000                             617-819-4447
14   stanton.jones@arnoldporter.com           Trina@immigrationlitigation.org
     emily.reeder@arnoldporter.com            Mary@immigrationlitigation.org
15
     David B. Rosenbaum                       Katherine Melloy Goettel*
16   BriAnne Nichole Illich Meeds             Emma Winger*
17   OSBORN MALEDON, P.A.                     American Immigration Council
     2929 North Central Avenue, 21st Floor    1331 G Street NW, Suite 200
18   Phoenix, Arizona 85012-2793              Washington, DC 20005
                                              202-507-7552
19                                            kgoettel@immcouncil.org
20                                            ewinger@immcouncil.org

21
22                          Attorneys for CM Plaintiffs

23   * Admitted pro hac vice
24
25
26
27
28
</pre>