IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., et al., | No. CV-19-05217-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Upon consideration of Plaintiffs' Unopposed Motion to Lift Stay and Request for Status Conference,

IT IS HEREBY ORDERED that the Motion is GRANTED. The stay in this case (Doc. 115) is lifted. Plaintiffs' may refile their motion to compel production of relevant documents and motion to compel discovery withheld by the government based on improper privilege assertions.

IT IS FURTHER ORDERED setting a status conference on **January 27, 2022 at 10:30 a.m.**

. . .

. . .

. . .

IT IS FURTHER ORDERED that out of state counsel may appear telephonically. Counsel are directed to call (866) 390-1828; Access code: 9667260 five minutes prior to the hearing. Counsel are advised that speaker phones, headsets and connection through the internet are not permitted.

Dated this 21st day of December, 2021.

_____
Susan R. Bolton
United States District Judge