# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., et al., | No. CV-19-05217-PHX-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

At the request of the Chief Judge, the oral argument on Plaintiffs' Motion to Compel Discovery Withheld by the Government Based on Improper Privilege Assertions (Doc. 120) and Plaintiffs' Motion to Compel Production of Relevant Documents (Doc. 119) and Status Conference set on January 27, 2022 at 10:30 a.m. will be telephonic **only**. There shall be no in-person appearances for said hearing. Counsel are directed to call (866) 390-1828; Access Code: 9667260 five minutes prior to the scheduled hearing. Counsel are advised that speaker phones, headsets and connections through the internet are **not** permitted.

Dated this 19th day of January, 2022.

Susan R. Bolton
United States District Judge