**Exhibit A**

*Documents Not Included in Defendant's February 3, 2022 In Camera Production*

1. CD-US-00010903A
2. CD-US-00011128A*[1]
3. CD-US-00012702A
4. CD-US-00009607A
5. CD-US-00013235A
6. CD-US-00008345A
7. CD-US-00009315A*
8. CD-US-00012577A
9. CD-US-00012579A
10. CD-US-00010535A*
11. CD-US-00009120A*
12. CD-US-00009127A*
13. CD-US-00009143A*
14. CD-US-00009198A*
15. CD-US-00009137A*
16. CD-US-00009224A*
17. CD-US-00009214A*
18. CD-US-00015348A*
19. CD-US-00012690A
20. CD-US-00007892A*
21. CD-US-00013857A
22. CD-US-00013869A
23. CD-US-00013872A
24. CD-US-00013638A*
25. CD-US-00013639A*
26. CD-US-00010905A

---

[1] For documents marked with an asterisk, Defendant has asserted the attorney-client privilege and work product protection in addition to the deliberative process privilege. Plaintiffs request that the Court evaluate Defendant's assertion of all privileges for these documents.