David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Telephone: (602) 381-5493
Phoenix, AZ 85004
kbeauchamp@cblawyers.com
stolman@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **PLAINTIFFS' SUPPLEMENT TO JOINT STATUS REPORT** |

A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,

No. CV-20-00065-PHX-SRB

Plaintiffs,

v.

United States of America,

Defendant.

On February 4, 2022, the parties in *C.M. et al. v. U.S.* (CV-19-05217) and *A.P.F. et al. v. U.S.* (CV-20-00065) submitted a Joint Status Report.  Plaintiffs now respectfully submit this Supplement to update the information included in Plaintiffs' position regarding their request for 15 Policy Depositions (including Rule 30(b)(6) Depositions) included in that Joint Status Report.

On Friday, February 11, 2022, Defendant supplemented its Mandatory Initial Discovery Responses (MIDP) to include an additional 57 individuals who are likely to have information relevant to the parties' claims and defenses.  Many, if not all, of these additional individuals appear to be government officials with information related to the creation, development, and implementation of policies that resulted in the separation of Plaintiff parents and their children.  Further, at least half of these witnesses have never been identified by any party.

Respectfully submitted this 17th day of February, 2022.

2

1

2
_/s/_ Erik Walsh

3
Diana E. Reiter*

Erik C. Walsh*

4
Lucy McMillan*

5
Harry K. Fidler*

Mark Osmond*

6
Kaitlyn Schaeffer*

7
Arnold & Porter Kaye Scholer LLP

250 West 55th Street

8
New York, New York 10019-9710

9
212-836-8000

diana.reiter@arnoldporter.com

10
erik.walsh@arnoldporter.com

lucy.mcmillan@arnoldporter.com

11
harry.fidler@arnoldporter.com

mark.osmond@arnoldporter.com

12
kaitlyn.schaeffer@arnoldporter.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

27

28

R. Stanton Jones*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder-
ricchetti@arnoldporter.com

Trina Realmuto*
Mary Kenney*
National Immigration Litigation
Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
Osborn Maledon, P.A.
2929 North Central Avenue, Suite
2100
Phoenix, AZ 85012-2793
602-640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
  & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Katherine Melloy Goettel*
Emma Winger*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

4

1

<u>/s/ Keith Beauchamp</u>                          Paul R. Chavez*

2

Keith Beauchamp (012434)                SOUTHERN POVERTY LAW CENTER
D. Andrew Gaona (028414)                P.O. Box 370037

3

COPPERSMITH BROCKELMAN           Miami, FL 33137

4

PLC                                                        Telephone: (786) 347-2056
2800 N. Central Avenue, Suite 1900      paul.chavez@splcenter.org

5

Telephone: (602) 381-5493
Phoenix, AZ 85004

6

kbeauchamp@cblawyers.com

7

stolman@cblawyers.com

8

Norma Ventura*
James Knoepp*

9

SOUTHERN POVERTY LAW
CENTER

10

P.O. Box 1287
Decatur, GA 30031

11

Telephone: (404) 521-6700

12

norma.ventura@splcenter.org
jim.knoepp@splcenter.org

13

14

Matthew J. Schlesinger*
Jason A. Carey*

15

Terra White Fulham*
Teresa S. Park*

16

Kristin M. Cobb*
COVINGTON & BURLING LLP

17

One City Center, 850 Tenth Street,
NW

18

Washington, DC 20001-4956

19

Telephone: (202) 662-5581
mschlesinger@cov.com

20

jcarey@cov.com

21

tfulham@cov.com
tpark@cov.com

22

kcobb@cov.com

23

*Attorneys for Plaintiffs A.P.F. et al.*

24

*Admitted pro hac vice*

25

26

27

5

28