1   David B. Rosenbaum, 009819
Travis C. Hunt, 035491
2   BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
3   2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
4   (602) 640-9000
drosenbaum@omlaw.com
5   thunt@omlaw.com
billichmeeds@omlaw.com
6

7   *(Additional Counsel for Plaintiffs Listed on the Following Page)*

8

9

10          **IN THE UNITED STATES DISTRICT COURT**

11            FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>        Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>        Defendant. | No. 2:19-cv-05217-SRB<br><br>**NOTICE OF DEPOSITION OF JAMES AVANS, BORDER PATROL** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Diana Reiter*
Erik Walsh*
Lucy McMillan*
Kathryn Campbell**
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street |
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
katie.campbell@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Daniel F. Jacobson*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
daniel.jacobson@arnoldporter.com
emily.reeder@arnoldporter.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Katherine Melloy Goettel*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org
kgoettel@heartlandalliance.org

Trina Realmuto*
Emma Winger*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
857-305-3600
trealmuto@immcouncil.org
ewinger@immcouncil.org

Mary Kenney*
Claudia Valenzuela*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
mkenney@immcouncil.org
cvalenzuela@immcouncil.org

*Admitted pro hac vice
**Pro hac vice application forthcoming

1   Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by

2   and through undersigned counsel, hereby give notice of the following deposition

3   before an officer authorized by law to administer oaths:

4   **DEPONENT:**                   **James Avans**

5   **PLACE OF DEPOSITION:**        **Remote video deposition**

6   **DATE OF DEPOSITION:**         **April 13, 2022 at 10:00 a.m. EST**

7   The deposition will be taken remotely through Zoom video conference

8   technology before an officer authorized by law to administer oaths.  The deposition

9   shall be recorded by audiovisual and stenographic means.

10

11   RESPECTFULLY SUBMITTED this 24th day of March, 2022.

12                          */s/ David B. Rosenbaum*
                            David B. Rosenbaum
13                          Travis C. Hunt
                            BriAnne N. Illich Meeds
14                          OSBORN MALEDON, P.A.
                            2929 North Central Avenue,
15                          21st Floor
                            Phoenix, Arizona 85012-2793
16

17                          *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

9386539