David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*(Additional Counsel for Plaintiffs Listed on the Following Page)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. 2:19-cv-05217-SRB<br><br>**NOTICE OF DEPOSITION OF SARA FABIAN, CAYUGA DIRECTOR OF CASE MANAGEMENT** |

Diana Reiter*
Erik Walsh*
Lucy McMillan*
Kathryn Campbell**
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street |
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
katie.campbell@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Daniel F. Jacobson*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
daniel.jacobson@arnoldporter.com
emily.reeder@arnoldporter.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Katherine Melloy Goettel*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org
kgoettel@heartlandalliance.org

Trina Realmuto*
Emma Winger*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
857-305-3600
trealmuto@immcouncil.org
ewinger@immcouncil.org

Mary Kenney*
Claudia Valenzuela*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
mkenney@immcouncil.org
cvalenzuela@immcouncil.org

*Admitted pro hac vice
**Pro hac vice application forthcoming

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

| | |
|---|---|
| **DEPONENT:** | **Sara Fabian** |
| **PLACE OF DEPOSITION:** | **Remote video deposition** |
| **DATE OF DEPOSITION:** | **April 21, 2022 at 10:00 a.m. EST** |

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths. The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 24th day of March, 2022.

/s/ *David B. Rosenbaum*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue,
21st Floor
Phoenix, Arizona 85012-2793

*Attorneys for Plaintiffs*

9386680