David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*(Additional Counsel for Plaintiffs Listed on the Following Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br> **NOTICE OF DEPOSITION OF NANCY ZANELLO, ICE ERO** |

| | |
|---|---|
| Diana Reiter* | Jonathan H. Feinberg* |
| Erik Walsh* | Kairys, Rudovsky, Messing, Feinberg |
| Lucy McMillan* |   & Lin LLP |
| Kathryn Campbell** | The Cast Iron Building |
| Kaitlyn Schaeffer* | 718 Arch Street, Suite 501 South |
| Arnold & Porter Kaye Scholer LLP | Philadelphia, PA 19106 |
| 250 West 55th Street | | 215-925-4400 |
| New York, New York 10019-9710 | jfeinberg@krlawphila.com |
| 212-836-8000 | |
| diana.reiter@arnoldporter.com | Mark Fleming* |
| erik.walsh@arnoldporter.com | Katherine Melloy Goettel* |
| lucy.mcmillan@arnoldporter.com | National Immigrant Justice Center |
| katie.campbell@arnoldporter.com | 224 S. Michigan Ave., Suite 600 |
| kaitlyn.schaeffer@arnoldporter.com | Chicago, IL 60604 |
| | 312-660-1370 |
| R. Stanton Jones* | mfleming@heartlandalliance.org |
| Daniel F. Jacobson* | kgoettel@heartlandalliance.org |
| Emily Reeder* | |
| Arnold & Porter Kaye Scholer LLP | Trina Realmuto* |
| 601 Massachusetts Avenue, NW | Emma Winger* |
| Washington, DC 20001 | American Immigration Council |
| 202-942-5000 | 1318 Beacon Street, Suite 18 |
| stanton.jones@arnoldporter.com | Brookline, MA 02446 |
| daniel.jacobson@arnoldporter.com | 857-305-3600 |
| emily.reeder@arnoldporter.com | trealmuto@immcouncil.org |
| | ewinger@immcouncil.org |
| | |
| | Mary Kenney* |
| | Claudia Valenzuela* |
| | American Immigration Council |
| | 1331 G Street NW, Suite 200 |
| | Washington, DC 20005 |
| | 202-507-7512 |
| | 202-742-5619 |
| | mkenney@immcouncil.org |
| | cvalenzuela@immcouncil.org |

*Admitted pro hac vice
**Pro hac vice application forthcoming

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** **Nanchy Zanello**

**PLACE OF DEPOSITION:** **Remote video deposition**

**DATE OF DEPOSITION:** **April 28, 2022 at 10:00 a.m. EST**

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths.  The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 24th day of March, 2022.

/s/ *David B. Rosenbaum*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue,
21st Floor
Phoenix, Arizona 85012-2793

*Attorneys for Plaintiffs*

9386685