1  David B. Rosenbaum, 009819
2  Travis C. Hunt, 035491
   BriAnne N. Illich Meeds, 036094
3  OSBORN MALEDON, P.A.
   2929 North Central Avenue, 21st Floor
4  Phoenix, Arizona 85012-2793
   (602) 640-9000
5  drosenbaum@omlaw.com
   thunt@omlaw.com
6  billichmeeds@omlaw.com

7  *Counsel for C.M. Plaintiffs*

8  *(Additional Counsel for Plaintiffs Listed on Signature Page)*

9

10             **IN THE UNITED STATES DISTRICT COURT**

11                **FOR THE DISTRICT OF ARIZONA**

12

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br> **AMENDED NOTICE OF DEPOSITION OF KRISTIAN BRANNON, ORR FIELD SPECIALIST, NY** |

9393969

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:** **Kristian Brannon**

**PLACE OF DEPOSITION:** **Remote video deposition**

**DATE OF DEPOSITION:** **April 15, 2022 at 10:00 a.m. EST**

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths. The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 25th day of March, 2022.

/s/ *David B. Rosenbaum*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue,
21st Floor
Phoenix, Arizona 85012-2793

Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
  & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Mark Feldman*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Trina Realmuto*
Mary Kenney*
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
857-305-3600

| | | |
|---|---|---|
| 1 | stanton.jones@arnoldporter.com | trealmuto@immcouncil.org |
| 2 | emily.reeder@arnoldporter.com | mkenney@immcouncil.org |
| 3 | | Katherine Melloy Goettel* |
| 4 | | Emma Winger* |
| | | American Immigration Council |
| 5 | | 1331 G Street NW, Suite 200 |
| | | Washington, DC 20005 |
| 6 | | 202-507-7512 |
| | | 202-742-5619 |
| 7 | | kgoettel@immcouncil.org |
| | | ewinger@immcouncil.org |

*Counsel for C.M. Plaintiffs*

\* *Admitted pro hac vice*