David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

Counsel for C.M. Plaintiffs

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>　　　　　　　　Defendant. | No. 2:19-cv-05217-SRB<br><br>**AMENDED NOTICE OF DEPOSITION OF JOSEPH COMELLA, JR., SUPERVISORY BORDER PATROL AGENT** |

9386516

1    Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and
2 through undersigned counsel, hereby give notice of the following deposition before an
3 officer authorized by law to administer oaths:

4    **DEPONENT:**              **Joseph Comella , Jr.**
5    **PLACE OF DEPOSITION:**   **Remote video deposition**
6    **DATE OF DEPOSITION:**    **April 7, 2022 at 10:00 a.m. EST**

7    The deposition will be taken remotely through Zoom video conference
8 technology before an officer authorized by law to administer oaths.  The deposition
9 shall be recorded by audiovisual and stenographic means.

11   RESPECTFULLY SUBMITTED this 25th day of March, 2022.

12                                         /s/ *David B. Rosenbaum*
                                            David B. Rosenbaum
13                                          Travis C. Hunt
                                            BriAnne N. Illich Meeds
14                                          OSBORN MALEDON, P.A.
                                            2929 North Central Avenue,
15                                          21st Floor
                                            Phoenix, Arizona 85012-2793

17   Diana Reiter*                          Jonathan H. Feinberg*
     Erik Walsh*                            Kairys, Rudovsky, Messing, Feinberg
18   Lucy McMillan*                           & Lin LLP
     Harry Fidler*                          The Cast Iron Building
19   Mark Osmond*                           718 Arch Street, Suite 501 South
     Kaitlyn Schaeffer*                     Philadelphia, PA 19106
20   Arnold & Porter Kaye Scholer LLP       215-925-4400
     250 West 55th Street | New York, New   jfeinberg@krlawphila.com
21   York 10019-9710
     212-836-8000                           Mark Fleming*
22   diana.reiter@arnoldporter.com          Mark Feldman*
     erik.walsh@arnoldporter.com            National Immigrant Justice Center
23   lucy.mcmillan@arnoldporter.com         224 S. Michigan Ave., Suite 600
     harry.fidler@arnoldporter.com          Chicago, IL 60604
24   mark.osmond@arnoldporter.com           312-660-1370
     kaitlyn.schaeffer@arnoldporter.com     mfleming@heartlandalliance.org

26   R. Stanton Jones*                      Trina Realmuto*
     Emily Reeder*                          Mary Kenney*
27   Arnold & Porter Kaye Scholer LLP       American Immigration Council
     601 Massachusetts Avenue, NW           1318 Beacon Street, Suite 18
     Washington, DC 20001                   Brookline, MA 02446

| | |
|---|---|
| 202-942-5000<br>stanton.jones@arnoldporter.com<br>emily.reeder@arnoldporter.com | 857-305-3600<br>trealmuto@immcouncil.org<br>mkenney@immcouncil.org<br><br>Katherine Melloy Goettel*<br>Emma Winger*<br>American Immigration Council<br>1331 G Street NW, Suite 200<br>Washington, DC 20005<br>202-507-7512<br>202-742-5619<br>kgoettel@immcouncil.org<br>ewinger@immcouncil.org |

*Attorneys for C.M. Plaintiffs*

*\*Admitted pro hac vice*