David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Counsel for C.M. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>                    Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>                    Defendant. | No. 2:19-cv-05217-SRB<br><br>**AMENDED NOTICE OF DEPOSITION OF SARA FABIAN, CAYUGA DIRECTOR OF CASE MANAGEMENT** |

9386680

1   Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and
2  through undersigned counsel, hereby give notice of the following deposition before an
3  officer authorized by law to administer oaths:

4  **DEPONENT:**           **Sara Fabian**

5  **PLACE OF DEPOSITION:** **Remote video deposition**

6  **DATE OF DEPOSITION:**  **April 21, 2022 at 10:00 a.m. EST**

7   The deposition will be taken remotely through Zoom video conference
8  technology before an officer authorized by law to administer oaths.  The deposition
9  shall be recorded by audiovisual and stenographic means.

11  RESPECTFULLY SUBMITTED this 25th day of March, 2022.

12  /s/ *David B. Rosenbaum*
    David B. Rosenbaum
    Travis C. Hunt
    BriAnne N. Illich Meeds
    OSBORN MALEDON, P.A.
    2929 North Central Avenue,
    21st Floor
    Phoenix, Arizona 85012-2793

| | |
|---|---|
| Diana Reiter* | Jonathan H. Feinberg* |
| Erik Walsh* | Kairys, Rudovsky, Messing, Feinberg |
| Lucy McMillan* |   & Lin LLP |
| Harry Fidler* | The Cast Iron Building |
| Mark Osmond* | 718 Arch Street, Suite 501 South |
| Kaitlyn Schaeffer* | Philadelphia, PA 19106 |
| Arnold & Porter Kaye Scholer LLP | 215-925-4400 |
| 250 West 55th Street \| New York, New York 10019-9710 | jfeinberg@krlawphila.com |
| 212-836-8000 | Mark Fleming* |
| diana.reiter@arnoldporter.com | Mark Feldman* |
| erik.walsh@arnoldporter.com | National Immigrant Justice Center |
| lucy.mcmillan@arnoldporter.com | 224 S. Michigan Ave., Suite 600 |
| harry.fidler@arnoldporter.com | Chicago, IL 60604 |
| mark.osmond@arnoldporter.com | 312-660-1370 |
| kaitlyn.schaeffer@arnoldporter.com | mfleming@heartlandalliance.org |
| R. Stanton Jones* | Trina Realmuto* |
| Emily Reeder* | Mary Kenney* |
| Arnold & Porter Kaye Scholer LLP | American Immigration Council |
| 601 Massachusetts Avenue, NW | 1318 Beacon Street, Suite 18 |
| Washington, DC 20001 | Brookline, MA 02446 |
| 202-942-5000 | 857-305-3600 |

| | | |
|---|---|---|
| 1 | stanton.jones@arnoldporter.com | trealmuto@immcouncil.org |
| 2 | emily.reeder@arnoldporter.com | mkenney@immcouncil.org |
| 3 | | Katherine Melloy Goettel* |
| 4 | | Emma Winger* |
| | | American Immigration Council |
| 5 | | 1331 G Street NW, Suite 200 |
| | | Washington, DC 20005 |
| 6 | | 202-507-7512 |
| | | 202-742-5619 |
| 7 | | kgoettel@immcouncil.org |
| | | ewinger@immcouncil.org |

*Counsel for C.M. Plaintiffs*

\* *Admitted pro hac vice*