David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Counsel for C.M. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on Signature Page)*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB **AMENDED NOTICE OF DEPOSITION OF NANCY ZANELLO, ICE ERO** |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

9394395

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

| | |
|---|---|
| **DEPONENT:** | **Nanchy Zanello** |
| **PLACE OF DEPOSITION:** | **Remote video deposition** |
| **DATE OF DEPOSITION:** | **April 28, 2022 at 10:00 a.m. EST** |

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths.  The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 25th day of March, 2022.

/s/ *David B. Rosenbaum*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue,
21st Floor
Phoenix, Arizona 85012-2793

*Attorneys for Plaintiffs*

Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Emily Reeder*
Arnold & Porter Kaye Scholer LLP

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Mark Feldman*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Trina Realmuto*
Mary Kenney*
American Immigration Council

- 2 -

601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder@arnoldporter.com

1318 Beacon Street, Suite 18
Brookline, MA 02446
857-305-3600
trealmuto@immcouncil.org
mkenney@immcouncil.org

Katherine Melloy Goettel*
Emma Winger*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Counsel for C.M. Plaintiffs*

Norma Ventura*
James Knoepp*
Southern Poverty Law Center
PO Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
Norma.ventura@splcenter.org
Jim.knoepp@splcenter.org

Paul R. Chavez*
Southern Poverty Law Center
PO Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
            Paul.chavez@splcenter.org

Matthew Schlesinger*
Jason Carey*
Teresa Park*
Terra White Fullham*
Kristin Cobb*
Covington & Burling LLP
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesingera@cov.com
jcarey@cov.com
tpark@cov.com
tfulham@cov.com
kcobb@cov.gom

*Counsel for A.P.F. Plaintiffs*

* *Admitted pro hac vice*