```
 1  David B. Rosenbaum, 009819
    Travis C. Hunt, 035491
 2  BriAnne N. Illich Meeds, 036094
    OSBORN MALEDON, P.A.
 3  2929 North Central Avenue, 21st Floor
    Phoenix, Arizona 85012-2793
 4  (602) 640-9000
    drosenbaum@omlaw.com
 5  thunt@omlaw.com
    billichmeeds@omlaw.com
 6
    *Counsel for Plaintiffs*
 7
    *(Additional Counsel for Plaintiffs Listed on the Signature Page)*
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES & OBJECTIONS** |

**NOTICE IS GIVEN** that Plaintiffs served their Supplemental Responses and Objections to Defendant United States' First Set of Interrogatories to All Plaintiffs on counsel for Defendant by email on April 8, 2022.

RESPECTFULLY SUBMITTED this 8th day of April, 2022.

1

s/ BriAnne N. Illich Meeds
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793

///

///

///

9411359

Diana Reiter*
Lucy McMillan*
Erik Walsh*
Harry K. Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
lucy.mcmillan@arnoldporter.com
erik.walsh@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Mark Feldman*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
857-305-3600
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-507-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Attorneys for Plaintiffs*

* *Admitted pro hac vice*

9411359