Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF TRICIA SWARTZ, ORR** |

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>          Plaintiffs, <br><br>  v. <br><br>United States of America, <br><br>          Defendant. | No. 2:19-cv-05217-SRB |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**      Tricia Swartz

**DATE AND TIME OF APPEARANCE:**      May 24, 2022 at 9:00 am ET

**PLACE OF APPEARANCE:**      Remote video deposition

The deposition will be taken remotely through Zoom video conference technology before an officer authorized by law to administer oaths. The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 25th day of April, 2022.

                                            OSBORN MALEDON, P.A.

                                            By <u>/s/ BriAnne N. Illich Meeds</u>
                                                  David B. Rosenbaum
                                                  Travis C. Hunt
                                                  BriAnne N. Illich Meeds

                                            *Counsel for Plaintiffs C.M. et al.*

|   |   |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 |    Diana Reiter* |
| 3 |    Erik Walsh* |
|   |    Lucy McMillan* |

ARNOLD & PORTER KAYE SCHOLER LLP
   Diana Reiter*
   Erik Walsh*
   Lucy McMillan*
   Harry Fidler*
   Mark Osmond*
   Kaitlyn Schaeffer*
   250 West 55th Street
   New York, NY 10019-9710
   Telephone: (212) 836-8000
   diana.reiter@arnoldporter.com
   erik.walsh@arnoldporter.com
   lucy.mcmillan@arnoldporter.com
   harry.fidler@arnoldporter.com
   mark.osmond@arnoldporter.com
   kaitlyn.schaeffer@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   R. Stanton Jones*
   Emily Reeder-Ricchetti*
   601 Massachusetts Avenue, NW
   Washington, DC 20001
   Telephone: (202) 942-5000
   stanton.jones@arnoldporter.com
   emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
   Jonathan H. Feinberg*
   The Cast Iron Building
   718 Arch Street, Suite 501 South
   Philadelphia, PA 19106
   Telephone: (215) 925-4400
   jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
   Mark Fleming*
   Mark Feldman*
   224 S. Michigan Ave., Suite 600
   Chicago, IL 60604
   Telephone: (312) 660-1370
   mfleming@heartlandalliance.org
   mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446
   Telephone: (617) 819-4447
   trina@immigrationlitigation.org
   mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
   Katherine Melloy Goettel*
   Emma Winger*
   1331 G Street NW, Suite 200
   Washington, DC 20005
   Telephone: (202) 507-7512
   Telephone: (202) 742-5619
   kgoettel@immcouncil.org
   ewinger@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
\* *Admitted pro hac vice*

COPPERSMITH BROCKELMAN PLC


By  s/ Keith Beauchamp
   Keith Beauchamp
   D. Andrew Gaona

COVINGTON & BURLING LLP
   Matthew J. Schlesinger*
   Jason A. Carey*
   Terra White Fulham*
   Teresa Park*
   Kristin Cobb*
   Shadman Zaman*
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com
   szaman@cov.com

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   Sharada Jambulapati*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*