BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
Trial Attorney
E-mail: phil.macwilliams@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Room 11-1330
Washington, DC 20530
Telephone: (202) 616-4285
Facsimile: (202) 616-5200

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | Case no. 2:19-CV-05217-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on April 27, 2022, Defendant United States of America served upon Plaintiffs its Second Set of Requests for Production and Second Set of Interrogatories by e-mail to Plaintiffs' counsel.

Dated: April 27, 2022                          Respectfully Submitted,


                                              JAMES G. TOUHEY, JR.
                                              Director, Torts Branch

                                              *s/Phil MacWilliams*
                                              PHILIP D. MACWILLIAMS
                                              Trial Attorney
                                              D.C. Bar No. 482883
                                              IRINA M. MAJUMDAR
                                              D.C. Bar No. 252757
                                              E-mail: phil.macwilliams@usdoj.gov
                                              U.S. Department of Justice
                                              Civil Division, Torts Branch
                                              Benjamin Franklin Station, P.O. Box 888
                                              Washington, DC 20044
                                              Telephone: (202) 616-4285

                                              Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


*s/Phil MacWilliams*
PHILIP D. MACWILLIAMS
Attorney for United States of America