David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Counsel for Plaintiffs (Additional Counsel for Plaintiffs Listed on the Signature Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>  Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>  Defendant. | No. 2:19-cv-05217-SRB <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

**NOTICE IS GIVEN** that Plaintiffs served their Second Set of Interrogatories and Third Set of Requests for Production on counsel for Defendant by email on May 3, 2022.

s/ BriAnne Illich Meeds
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793

*Attorneys for Plaintiffs*

1

| | |
|---|---|
| Diana Reiter* | Mark Fleming* |
| Lucy McMillan* | Mark Feldman* |
| Erik Walsh* | National Immigrant Justice Center |
| Harry K. Fidler* | 224 S. Michigan Ave., Suite 600 |
| Mark Osmond* | Chicago, IL 60604 |
| Kaitlyn Schaeffer* | 312-660-1370 |
| Arnold & Porter Kaye Scholer LLP | mfleming@heartlandalliance.org |
| 250 West 55th Street | mfeldman@heartlandalliance.org |
| New York, New York 10019-9710 | |
| 212-836-8000 | Trina Realmuto* |
| diana.reiter@arnoldporter.com | Mary Kenney* |
| lucy.mcmillan@arnoldporter.com | Gianna Borroto |
| erik.walsh@arnoldporter.com | National Immigration Litigation Alliance |
| harry.fidler@arnoldporter.com | 10 Griggs Terrace |
| mark.osmond@arnoldporter.com | Brookline, MA 02446 |
| kaitlyn.schaeffer@arnoldporter.com | 857-305-3600 |
| | trina@immigrationlitigation.org |
| R. Stanton Jones* | mary@immigrationlitigation.org |
| Emily Reeder-Ricchetti* | |
| Arnold & Porter Kaye Scholer LLP | Katherine Melloy Goettel* |
| 601 Massachusetts Avenue, NW | Emma Winger* |
| Washington, DC 20001 | American Immigration Council |
| 202-942-5000 | 1331 G Street NW, Suite 200 |
| stanton.jones@arnoldporter.com | Washington, DC 20005 |
| emily.reeder-ricchetti@arnoldporter.com | 202-507-7512 |
| | 202-507-5619 |
| Jonathan H. Feinberg* | kgoettel@immcouncil.org |
| Kairys, Rudovsky, Messing, Feinberg & Lin LLP | ewinger@immcouncil.org |
| The Cast Iron Building | |
| 718 Arch Street, Suite 501 South | *Attorneys for Plaintiffs* |
| Philadelphia, PA 19106 | |
| 215-925-4400 | |
| jfeinberg@krlawphila.com | |

*Admitted pro hac vice*