Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>        Plaintiffs,<br><br>   v.<br><br>United States of America,<br><br>        Defendant. | No. CV-20-00065-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF JOHN BASH** |

|   |   |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**            **John Bash**

**DATE AND TIME OF APPEARANCE:**   **May 17, 2022 at 9:00 am CT**

**PLACE OF APPEARANCE:**              **Scott Douglass McConnico**
                                                              **303 Colorado Street, Suite 2400**
                                                              **Austin, TX 78701**

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 6th day of May, 2022.

OSBORN MALEDON, P.A.

By /s/ *Travis C. Hunt*
     David B. Rosenbaum
     Travis C. Hunt
     BriAnne N. Illich Meeds

*Counsel for Plaintiffs C.M. et al.*

2

ARNOLD & PORTER KAYE SCHOLER LLP
    Diana Reiter*
    Erik Walsh*
    Lucy McMillan*
    Harry Fidler*
    Mark Osmond*
    Kaitlyn Schaeffer*
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-8000
    diana.reiter@arnoldporter.com
    erik.walsh@arnoldporter.com
    lucy.mcmillan@arnoldporter.com
    harry.fidler@arnoldporter.com
    mark.osmond@arnoldporter.com
    kaitlyn.schaeffer@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
    R. Stanton Jones*
    Emily Reeder-Ricchetti*
    601 Massachusetts Avenue, NW
    Washington, DC 20001
    Telephone: (202) 942-5000
    stanton.jones@arnoldporter.com
    emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
    Jonathan H. Feinberg*
    The Cast Iron Building
    718 Arch Street, Suite 501 South
    Philadelphia, PA 19106
    Telephone: (215) 925-4400
    jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
    Mark Fleming*
    Mark Feldman*
    224 S. Michigan Ave., Suite 600
    Chicago, IL 60604
    Telephone: (312) 660-1370

mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446
   Telephone: (617) 819-4447
   trina@immigrationlitigation.org
   mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
   Katherine Melloy Goettel*
   Emma Winger*
   Gianna Borroto*
   1331 G Street NW, Suite 200
   Washington, DC 20005
   Telephone: (202) 507-7512
   Telephone: (202) 742-5619
   kgoettel@immcouncil.org
   ewinger@immcouncil.org
   gborroto@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

COVINGTON & BURLING LLP
   Matthew J. Schlesinger*
   Jason A. Carey*
   Jennifer Saulino*
   Terra White Fulham*
   Teresa Park*
   Kristin Cobb*
   Shadman Zaman*
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   jsaulino@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com
   szaman@cov.com

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

COPPERSMITH BROCKELMAN PLC
   Keith Beauchamp
   D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
   Norma Ventura*
   James Knoepp*
   Sharada Jambulapati*
   P.O. Box 1287
   Decatur, GA 30031
   Telephone: (404) 521-6700
   norma.ventura@splcenter.org
   jim.knoepp@splcenter.org
   sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
   Paul R. Chavez*
   P.O. Box 370037
   Miami, FL 33137
   Telephone: (786) 347-2056
   paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*