# ATTACHMENT B

| Prod_BEGDOC# | Prod_ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Subject and/or Description | Revised Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-00017259 | CD-US-00017266 | MSG | Redacted | Deliberative Process | PARENT | 4/25/2018 | Tsethlikai, Serra (USAAZ) </O=USA/OU=AZ/CN=RECIPIENTS/CN=STSETHLIKAI> | Abernathy, Terri (USANM) <TAbernathy@usa.doj.gov> | EO USO asking questions to inform ODAG of local considerations in implementing ZTP. USA NM answering those inquiries. | Pre-decisional discussion between EO USA and USAO NM regarding resource constraints related to the local implementation of ZTP. Document discusses potential changes related to the same that have yet to be decided upon |
| CD-US-00017269 | CD-US-00017269 | MSG | Redacted | Deliberative Process | PARENT | 4/24/2018 | Tsethlikai, Serra (USAAZ) </O=USA/OU=AZ/CN=RECIPIENTS/CN=STSETHLIKAI> | Abernathy, Terri (USANM) <TAbernathy@usa.doj.gov> | Seeking information for proposed response to ODAG OAG that willl be approved by the USA. | Pre-decisional document discussing an inquiry from the Attorney General regarding the potential use of USMS facilities |
| CD-US-00017478 | CD-US-00017479 | msg | Redacted | Deliberative Process | PARENT | 4/18/2018 | Anderson, Terri | Camacho, Renee | USAO NM discussing issues with implementing ZTP with USO TXW to gather information to present to USA for a decision. | Pre-decisional discussion between USANM and USA TXW regarding local implementation of ZTP |
| CD-US-00017809 | CD-US-00017815 | MSG | Redacted | Deliberative Process | PARENT | 5/5/2018 | Strange, Elizabeth (USAAZ) </O=USA/OU=AZ/CN=RECIPIENTS/CN=ESTRANGE> | Braverman, Adam (USACAS) <abraverman@usa.doj.gov> | Discussion among USAOs on Southwest Border regarding potential responses to various CBP sectors' policy of prosecuting all amenable adults for immigration violation. | (no change) |
| CD-US-0024980 | CD-US-0024981 | MSG | Redacted | Deliberative Process | PARENT | 5/19/2018 | PADILLA, MANUEL JR | PROVOST, CARLA (USBP) <CARLA.PROVOST@CBP.DHS.GOV> | Email between senior CBP officials; Pre-decisional discussion about Zero Tolerance Prosecutions | Pre- decisional deliberations regarding possible modification in priorities of prosecutions under Zero Tolerance policy. |
| CD-US-0026417A | CD-US-0026420A | doc | Redacted | Deliberative Process | ATTACHMENT | 12/8/2017 | Authorized User | | Decision memorandum setting forth options to decrease influx of family units at the border, describing the pros and cons of each option and listing CBP recommendations to be used in making a final decision | Predecisional deliberations and recommendations regarding possible prosecution policies for consideration relating to members of FAMUs in El Paso sector. |
| CD-US-0032257 | CD-US-0032258 | MSG | Redacted | Deliberative Process | PARENT | 4/6/2018 | MAGLIONE, WAYNE M | GOLDHAMER, SANDI I <SANDI.I.GOLDHAMER@CBP.DHS.GOV> | C1 is seeking input and suggestions reference ZTP. The redaction includes assumptions and pros and cons as suggestions which are part of deliberation C1 directed his question requesting input from agency counsel and other officials. | Predecisional deliberations regarding possible approaches for referrals of 1325 prosecutions under the Zero Tolerance Policy. |
| CD-US-0033684 | CD-US-0033687 | DOCX | Redacted | Deliberative Process | ATTACHMENT | | juliana.totaro@HQ.DHS.GOV | | Unapproved draft of options for consideration and approval during immigration discussion for enforcement policy changes. | Predecisional deliberations regarding immigration enforcement operations and policy proposals, including credible fear processes and limiting reliance of family detention |

| Prod_BEGDOC# | Prod_ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Subject and/or Description | Revised Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0039382 | CD-US-0039383 | MSG | Redacted | Deliberative Process | PARENT | 06/26/18 | BOYD, VALERIE S | HASTINGS, BRIAN S <BRIAN.S.HASTINGS@CBP.DHS.GOV>; AMOS, ASHLEY N <ashley.n.amos@cbp.dhs.gov>; HOOVER, CRINLEY S <crinley.s.hoover@cbp.dhs.gov>; SCHORR, STEPHEN <STEPHEN.SCHORR@CBP.DHS.GOV>; FLANAGAN, PATRICK S <Patrick.Flanagan@dhs.gov>; BUTLER, AMY J <AMY.J.BUTLER@cbp.dhs.gov>; PETERLIN, MEGHANN K <meghann.k.peterlin@cbp.dhs.gov>; HUDSON, RICHARD M <RICHARD.M.HUDSON@CBP.DHS.GOV>; MCCLAFFERTY, CARL <CARL.MCCLAFFERTY@cbp.dhs.gov>; ROGGOW, MATTHEW J <MATTHEW.J.ROGGOW@CBP.DHS.GOV> | The redaction is a CBP draft policy proposal and edits to the language to obtain approval and funding for the policy, not yet final. | The redaction is a CBP draft policy proposal regarding emotion care for children in Border Patrol custody, and edits to the language to obtain approval and funding for the policy, not yet final. |
| CD-US-0045770A | CD-US-0045771A | docx | Redacted | Deliberative Process | Attachment | 08/15/17 | Andrea Zortman | | 8/8/2017 issue paper discussing family unit alien deterrence options and the pros and cons of proposed actions to stem the flow of FMUA. | Pre-decisional deliberations, including pros and cons, regarding family unit separations and changes to credible fear process |
| CD-US-0048191 | CD-US-0048192 | MSG | Redacted | Deliberative Process | Parent | 04/03/18 | Lorenzen-Strait, Andrew R | PARENTAL INTERESTS [PARENTALINTERESTS@ice.dhs.gov] | Discussion of options among senior ICE staff for a potential policy to reunify separated family units prior to removal. Email makes clear that no final issue has been reached and that further deliberation on this subject is necessary | (no change) |
| CD-US-0050134 | CD-US-0050137 | doc | Redacted | Deliberative Process | Attachment | 11/30/2017 | Aaron Serrano | | Decision paper with options and recommendations but no decision. | (no change) |
| CD-US-0063242 | CD-US-0063247 | DOCX | Redacted | Deliberative Process | Attachment | | | | Memorandum from the Office of Civil Rights and Civil Liberties (CRCL) detailing serious constitutional, U.S. law and treaty concerns regarding the apprehension, custody, and transportation of alien children. | (no change) |

| Prod_BEGDOC# | Prod_ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Subject and/or Description | Revised Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0097310 | CD-US-0097310 | MSG | Redacted | Deliberative Process | E-Mail | 12/16/2017 | Nealon, James | Short, Tracy <tracy.short@hq.dhs.gov>; Wolf, Chad <chad.wolf@hq.dhs.gov>; Nealon, James <james.nealon@hq.dhs.gov>; Petyo, Briana <briana.petyo@hq.dhs.gov>; Dougherty, Michael <michael.dougherty@hq.dhs.gov> | Draft of policy options to deal with border surge. Pre-decisional as options are not final decisions. | Predecisional deliberations regarding various options presented for discussion in UAC Options memorandum |
| CD-US-0099382A | CD-US-0099385A | docx | Redacted | Deliberative Process | Attachment | 11/21/2017 | Juliana Totaro | | The document in in draft format, marked pre-decisional deliberative. It is in track changes with comments and edits attached and visible. It is circulated for comments. | Predecisional deliberations relating to various immigration enforcement operations and policy proposals, including credible fear process, limiting reliance on family detention, and agreements with other countries |
| CD-US-0108517A | CD-US-0108521A | MSG | Redacted | Deliberative Process | Parent | 10/19/2017 | Johnson, Tae D | Russell, Ashly M [Ashly.M.Russell@ice.dhs.gov] | email discussing recommendations for draft memo on family units and detention for review | Predecisional deliberations regarding proposal relating to separate housing of family members. |
| CD-US-0127737A | CD-US-0127738A | DOCX | Redacted | Deliberative Process | Attachment | 8/16/2017 | Philip T Miller | | Internal ICE memo dealing with family unit alien deterrence options | Predecisional deliberations relating to mitigation efforts to stem the flow of FMUAs. |
| CD-US-0153446 | CD-US-0153448 | PDF | Redacted | Deliberative Process | Attachment | 10/18/2017 | James D. Nealon | | Decision memo for Secretary DHS, signed by Assistant Secretary for International Affairs, re: family separation | Predecisional deliberations regarding options other than family detention during pending removal proceedings. |
| CD-US-0190917 | CD-US-0190922 | MSG | Redacted | Deliberative Process | | 8/9/2017 | Blank, Thomas | Homan, Thomas [Thomas.Homan@ice.dhs.gov] | Email discussing uptick in family units and unaccompanied children border crossings | Predecisional deliberations relating to addressing increase in family units and unaccompanied children border crossings |
| CD-US-0192240 | CD-US-0192245 | PDF | REDACTED | Deliberative Process | Parent | No Date | DHS | | Draft document containing pre-decisional deliberations regarding maintaining family unity during immigration proceedings. | Draft document containing pre-decisional deliberations regarding streamlining immigration processes, including expedited credible fear processing, while maintaining family unity and co-location. |
| CD-US-0192263 | CD-US-0192265 | PDF | REDACTED | Deliberative Process | Parent | 10/17/2017 | Nealon, James D | | Document which contains predecisional deliberations regarding family detention options. | Predecisional deliberations regarding options other than family detention during pending removal proceedings. |

| Prod_BEGDOC# | Prod_ENDDOC# | File Ext. | Redacted or Withheld | Basis for Claim | Parent or Attachment | DOCDATE | Author | Recipient | Subject and/or Description | Revised Subject and/or Description |
|---|---|---|---|---|---|---|---|---|---|---|
| CD-US-0192513 | CD-US-0192514 | PDF | REDACTED | Deliberative Process | Parent | 8/8/2017 | U.S. Border Patrol | | Pre-decisional deliberations regarding family unit separations and changes to credible fear process | Pre-decisional deliberations, including pros and cons, regarding family unit separations and changes to credible fear process |
| CD-US-0192515 | CD-US-0192517 | PDF | REDACTED | Attorney Client Privilege; Deliberative Process | Parent | 4/10/2018 | ICE Office of Policy and Legal Affairs-M. Woodall | | Draft document containing pre-decisional deliberations and legal analysis regarding limiting use of family detention and housing adult and children separately. | (no change) |
| CD-US-0199569 | CD-US-0199571 | DOCX | REDACTED | Deliberative Process | Attachment | 8/21/2017 | | | Predecisional deliberations discussing limiting reliance on family detention. | Predecisional deliberations regarding options other than family detention during pending removal proceedings. |