1  Keith Beauchamp (012434)
   D. Andrew Gaona (028414)
2  COPPERSMITH BROCKELMAN PLC
   2800 N. Central Avenue, Suite 1900
3  Phoenix, AZ 85004
   Telephone: (602) 381-5493
4  kbeauchamp@cblawyers.com
   agaona@cblawyers.com
5  *Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

6

7  David B. Rosenbaum (009819)
   Travis C. Hunt (035491)
8  BriAnne N. Illich Meeds (036094)
   OSBORN MALEDON, P.A.
9  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
10 (602) 640-9000
   drosenbaum@omlaw.com
11 thunt@omlaw.com
   billichmeeds@omlaw.com
12 *Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

13                    **UNITED STATES DISTRICT COURT**
14                         **DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF CHAD WOLF** |

|   |   |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB |

Plaintiffs,

v.

United States of America,

Defendant.

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**         **Chad Wolf**

**DATE AND TIME OF APPEARANCE:**   **June 1, 2022 at 9:00 am ET**

**PLACE OF APPEARANCE:**           **Covington & Burling LLP**
                                    **850 10th St NW**
                                    **Washington, D.C., 20001**

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 9th day of May, 2022.

OSBORN MALEDON, P.A.

By /s/ *BriAnne Illich Meeds*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds

*Counsel for Plaintiffs C.M. et al.*

2

ARNOLD & PORTER KAYE SCHOLER LLP
    Diana Reiter*
    Erik Walsh*
    Lucy McMillan*
    Harry Fidler*
    Mark Osmond*
    Kaitlyn Schaeffer*
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-8000
    diana.reiter@arnoldporter.com
    erik.walsh@arnoldporter.com
    lucy.mcmillan@arnoldporter.com
    harry.fidler@arnoldporter.com
    mark.osmond@arnoldporter.com
    kaitlyn.schaeffer@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
    R. Stanton Jones*
    Emily Reeder-Ricchetti*
    601 Massachusetts Avenue, NW
    Washington, DC 20001
    Telephone: (202) 942-5000
    stanton.jones@arnoldporter.com
    emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
    Jonathan H. Feinberg*
    The Cast Iron Building
    718 Arch Street, Suite 501 South
    Philadelphia, PA 19106
    Telephone: (215) 925-4400
    jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
    Mark Fleming*
    Mark Feldman*
    224 S. Michigan Ave., Suite 600
    Chicago, IL 60604
    Telephone: (312) 660-1370

mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446
   Telephone: (617) 819-4447
   trina@immigrationlitigation.org
   mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
   Katherine Melloy Goettel*
   Emma Winger*
   Gianna Borroto*
   1331 G Street NW, Suite 200
   Washington, DC 20005
   Telephone: (202) 507-7512
   Telephone: (202) 742-5619
   kgoettel@immcouncil.org
   ewinger@immcouncil.org
   gborroto@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

COVINGTON & BURLING LLP
   Matthew J. Schlesinger*
   Jason A. Carey*
   Jennifer Saulino*
   Terra White Fulham*
   Teresa Park*
   Kristin Cobb*
   Shadman Zaman*
   One City Center, 850 Tenth Street, NW
   Washington, DC 20001-4956
   Telephone: (202) 662-5581
   mschlesinger@cov.com
   jcarey@cov.com
   jsaulino@cov.com
   tfulham@cov.com
   tpark@cov.com
   kcobb@cov.com
   szaman@cov.com

COPPERSMITH BROCKELMAN PLC
  Keith Beauchamp
  D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
  Norma Ventura*
  James Knoepp*
  Sharada Jambulapati*
  P.O. Box 1287
  Decatur, GA 30031
  Telephone: (404) 521-6700
  norma.ventura@splcenter.org
  jim.knoepp@splcenter.org
  sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
  Paul R. Chavez*
  P.O. Box 370037
  Miami, FL 33137
  Telephone: (786) 347-2056
  paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*

5