Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF MATTHEW ALBENCE** |

|   |   |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB |

Plaintiffs,

v.

United States of America,

Defendant.

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**        **Matthew Albence**

**DATE AND TIME OF APPEARANCE:**  **May 23, 2022 at 9:00 am ET**

**PLACE OF APPEARANCE:**          **Arnold & Porter**
                                  **601 Massachusetts Ave NW**
                                  **Washington, DC 20001**

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 9th day of May, 2022.

OSBORN MALEDON, P.A.


By /s/ BriAnne Illich Meeds
    David B. Rosenbaum
    Travis C. Hunt
    BriAnne N. Illich Meeds

*Counsel for Plaintiffs C.M. et al.*

2

ARNOLD & PORTER KAYE SCHOLER LLP
    Diana Reiter*
    Erik Walsh*
    Lucy McMillan*
    Harry Fidler*
    Mark Osmond*
    Kaitlyn Schaeffer*
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-8000
    diana.reiter@arnoldporter.com
    erik.walsh@arnoldporter.com
    lucy.mcmillan@arnoldporter.com
    harry.fidler@arnoldporter.com
    mark.osmond@arnoldporter.com
    kaitlyn.schaeffer@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
    R. Stanton Jones*
    Emily Reeder-Ricchetti*
    601 Massachusetts Avenue, NW
    Washington, DC 20001
    Telephone: (202) 942-5000
    stanton.jones@arnoldporter.com
    emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
    Jonathan H. Feinberg*
    The Cast Iron Building
    718 Arch Street, Suite 501 South
    Philadelphia, PA 19106
    Telephone: (215) 925-4400
    jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
    Mark Fleming*
    Mark Feldman*
    224 S. Michigan Ave., Suite 600
    Chicago, IL 60604
    Telephone: (312) 660-1370

    mfleming@heartlandalliance.org
    mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
    Trina Realmuto*
    Mary Kenney*
    10 Griggs Terrace
    Brookline, MA 02446
    Telephone: (617) 819-4447
    trina@immigrationlitigation.org
    mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
    Katherine Melloy Goettel*
    Emma Winger*
    Gianna Borroto*
    1331 G Street NW, Suite 200
    Washington, DC 20005
    Telephone: (202) 507-7512
    Telephone: (202) 742-5619
    kgoettel@immcouncil.org
    ewinger@immcouncil.org
    gborroto@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

COVINGTON & BURLING LLP
    Matthew J. Schlesinger*
    Jason A. Carey*
    Jennifer Saulino*
    Terra White Fulham*
    Teresa Park*
    Kristin Cobb*
    Shadman Zaman*
    One City Center, 850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: (202) 662-5581
    mschlesinger@cov.com
    jcarey@cov.com
    jsaulino@cov.com
    tfulham@cov.com
    tpark@cov.com
    kcobb@cov.com
    szaman@cov.com

COPPERSMITH BROCKELMAN PLC
  Keith Beauchamp
  D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
  Norma Ventura*
  James Knoepp*
  Sharada Jambulapati*
  P.O. Box 1287
  Decatur, GA 30031
  Telephone: (404) 521-6700
  norma.ventura@splcenter.org
  jim.knoepp@splcenter.org
  sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
  Paul R. Chavez*
  P.O. Box 370037
  Miami, FL 33137
  Telephone: (786) 347-2056
  paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*