Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs (Additional Counsel Listed on Signature Page)*

David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S., on his own behalf and on behalf of his minor child H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., | No. CV-20-00065-PHX-SRB |
| | **NOTICE OF DEPOSITION OF GENE HAMILTON** |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB |

Plaintiffs,

v.

United States of America,

Defendant.

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**      **Gene Hamilton**

**DATE AND TIME OF APPEARANCE:**      **May 25, 2022 at 9:00 am ET**

**PLACE OF APPEARANCE:**      **Southern Poverty Law Center**
     **150 E Ponce de Leon, Suite 340**
     **Decatur, GA 30030**

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 13th day of May, 2022.

OSBORN MALEDON, P.A.

By */s/ BriAnne Illich Meeds*
    David B. Rosenbaum
    Travis C. Hunt
    BriAnne N. Illich Meeds
    2929 N Central Avenue Suite 2100
    Phoenix, Arizona 85012

*Counsel for Plaintiffs C.M. et al.*

ARNOLD & PORTER KAYE SCHOLER LLP
   Diana Reiter*
   Erik Walsh*
   Lucy McMillan*
   Harry Fidler*
   Mark Osmond*
   Kaitlyn Schaeffer*
   250 West 55th Street
   New York, NY 10019-9710
   Telephone: (212) 836-8000
   diana.reiter@arnoldporter.com
   erik.walsh@arnoldporter.com
   lucy.mcmillan@arnoldporter.com
   harry.fidler@arnoldporter.com
   mark.osmond@arnoldporter.com
   kaitlyn.schaeffer@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
   R. Stanton Jones*
   Emily Reeder-Ricchetti*
   601 Massachusetts Avenue, NW
   Washington, DC 20001
   Telephone: (202) 942-5000
   stanton.jones@arnoldporter.com
   emily.reeder-ricchetti@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
   Jonathan H. Feinberg*
   The Cast Iron Building
   718 Arch Street, Suite 501 South
   Philadelphia, PA 19106
   Telephone: (215) 925-4400
   jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
   Mark Fleming*
   Mark Feldman*
   224 S. Michigan Ave., Suite 600
   Chicago, IL 60604
   Telephone: (312) 660-1370

3

mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION
LITIGATION ALLIANCE
    Trina Realmuto*
    Mary Kenney*
    10 Griggs Terrace
    Brookline, MA 02446
    Telephone: (617) 819-4447
    trina@immigrationlitigation.org
    mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
    Katherine Melloy Goettel*
    Emma Winger*
    Gianna Borroto*
    1331 G Street NW, Suite 200
    Washington, DC 20005
    Telephone: (202) 507-7512
    Telephone: (202) 742-5619
    kgoettel@immcouncil.org
    ewinger@immcouncil.org
    gborroto@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

COVINGTON & BURLING LLP
    Matthew J. Schlesinger*
    Jason A. Carey*
    Jennifer Saulino*
    Terra White Fulham*
    Teresa Park*
    Kristin Cobb*
    Shadman Zaman*
    One City Center, 850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: (202) 662-5581
    mschlesinger@cov.com
    jcarey@cov.com
    jsaulino@cov.com
    tfulham@cov.com
    tpark@cov.com
    kcobb@cov.com
    szaman@cov.com

COPPERSMITH BROCKELMAN PLC
    Keith Beauchamp
    D. Andrew Gaona

SOUTHERN POVERTY LAW CENTER
    Norma Ventura*
    James Knoepp*
    Sharada Jambulapati*
    P.O. Box 1287
    Decatur, GA 30031
    Telephone: (404) 521-6700
    norma.ventura@splcenter.org
    jim.knoepp@splcenter.org
    sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
    Paul R. Chavez*
    P.O. Box 370037
    Miami, FL 33137
    Telephone: (786) 347-2056
    paul.chavez@splcenter.org

*Counsel for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*