| | |
|---|---|
| 1 | David B. Rosenbaum (009819) |
| 2 | Travis C. Hunt (035491) |
|   | BriAnne N. Illich Meeds (036094) |
| 3 | OSBORN MALEDON, P.A. |
| 4 | 2929 North Central Avenue, 21st Floor |
|   | Phoenix, Arizona 85012-2793 |
| 5 | (602) 640-9000 |
|   | drosenbaum@omlaw.com |
| 6 | thunt@omlaw.com |
| 7 | billichmeeds@omlaw.com |
|   | *Counsel for C.M. Plaintiffs* (*Additional Counsel Listed on Signature Page*) |
| 8 | |
| 9 | Keith Beauchamp (012434) |
|   | D. Andrew Gaona (028414) |
| 10 | COPPERSMITH BROCKELMAN PLC |
|    | 2800 N. Central Avenue, Suite 1900 |
| 11 | Telephone: (602) 381-5493 |
| 12 | Phoenix, AZ 85004 |
|    | kbeauchamp@cblawyers.com |
| 13 | stolman@cblawyers.com |
|    | *Counsel for A.P.F. Plaintiffs* (*Additional Counsel Listed on Signature Page*) |
| 14 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND WRITTEN DISCOVERY DEADLINE** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB |

1 | Plaintiffs in *C.M. et al. v. U.S.* (CV-19-05217) ("*C.M.*") and *A.P.F. et al. v. U.S.*
2 | (CV-20-00065) ("*A.P.F.*") respectfully request that the Court extend the deadline for
3 | service of written discovery by **7 days**, to **June 7, 2022**. Plaintiffs' requested extension
4 | will not affect any other deadlines in the Amended Case Management Order.
5 | Under the Court's Amended Case Management Order (*A.P.F.* ECF No. 144;
6 | *C.M.* ECF No. 144), the current deadline for service of all written discovery is May 31,
7 | 2022. The parties have a discovery dispute conference before the Court on June 2,
8 | 2022, and briefing is ongoing with regard to Plaintiffs' Motion For Judicial
9 | Determination of Privilege Claim (*A.P.F.* ECF No. 167; *C.M.* ECF No. 188) and
10 | Motion to Compel In Camera Review of Documents (*A.P.F.* ECF No. 169; *C.M.* ECF
11 | No. 184). Plaintiffs believe that the outcome of one or more of these issues will impact
12 | the written discovery and documents they seek. Therefore, Plaintiffs respectfully
13 | request an additional seven (7) days for all parties to serve written discovery.
14 | Counsel for Plaintiffs and the United States conferred regarding Plaintiffs'
15 | request for a seven-day extension. The United States does not oppose Plaintiffs'
16 | request. A proposed Order is submitted herewith.

Respectfully submitted this 31st day of May, 2022,

3

<mark>
<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>

<mark>
<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>
<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>
<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>

<mark>

<mark>
<mark>
<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>
<mark>

<mark>
<mark>

<mark>
<mark>
<mark>

<mark>

<mark>

<mark>
<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>

<mark>

<mark>

<mark>
<mark>

<mark>

<mark>

<mark>

<mark>

<mark>
<mark>
<mark>
<mark>

<mark>

<mark>

Keith Beauchamp (012434)  
D. Andrew Gaona (028414)  
COPPERSMITH BROCKELMAN PLC  
2800 N. Central Avenue, Suite 1900  
Telephone: (602) 381-5493  
Phoenix, AZ 85004  
kbeauchamp@cblawyers.com  
stolman@cblawyers.com  

Norma Ventura*  
James Knoepp*  
Sharada Jambulapati*  
SOUTHERN POVERTY LAW CENTER  
P.O. Box 1287  
Decatur, GA 30031  
Telephone: (404) 521-6700  
norma.ventura@splcenter.org  
jim.knoepp@splcenter.org  
sharada.jambulapati@splcenter.org  

Matthew J. Schlesinger*  
Jason A. Carey*  
Terra White Fulham*  
Teresa S. Park*  
Kristin M. Cobb*  
Shadman Zaman*  
COVINGTON & BURLING LLP  
One City Center, 850 Tenth Street, NW  
Washington, DC 20001-4956  
Telephone: (202) 662-5581  
mschlesinger@cov.com  
jcarey@cov.com  
tfulham@cov.com  
tpark@cov.com  
kcobb@cov.com  
szaman@cov.com  

Paul R. Chavez*  
SOUTHERN POVERTY LAW CENTER  
P.O. Box 370037  
Miami, FL 33137  
Telephone: (786) 347-2056  
paul.chavez@splcenter.org  

*Attorneys for Plaintiffs A.P.F. et al.*  
*\* Admitted pro hac vice*

4

/s/ Diana E. Reiter
Diana E. Reiter*
Erik Walsh*
Lucy McMillan*
Harry K. Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com

R. Stanton Jones*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org

Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
Osborn Maledon, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
602-640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Attorneys for Plaintiffs C.M. et al.*
* *Admitted pro hac vice*