1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                      **FOR THE DISTRICT OF ARIZONA**

8   C.M., on her own behalf and on behalf of         No. 2:19-cv-05217-SRB
9   her minor child, B.M.; L.G., on her own
    behalf and on behalf of her minor child,
10  B.G.; M.R., on her own behalf and on             **ORDER**
    behalf of her minor child, J.R.; O.A., on
11  her own behalf and on behalf of her
    minor child, L.A.; and V.C., on her own
12  behalf and on behalf of her minor child,
    G.A.,
13                         Plaintiffs,
14              v.
15  United States of America,
16                         Defendant.

17  A.P.F., on his own behalf and on behalf         No. 2:20-cv-00065-SRB
18  of his minor child, O.B.; and J.V.S., on
    his own behalf and on behalf of his minor
19  child, H.Y.,
20                         Plaintiffs,
21              v.
22  United States of America,
23                         Defendant.
24

25          Pursuant to Plaintiffs' Unopposed Motion to File Under Seal Plaintiffs'

26  Unredacted Reply in Support of Plaintiffs' Motion to Compel *In Camera* Review and

27  Exhibit 20 Cited Therein, and good cause appearing:

28

**IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion to File Under Seal is granted.  The Clerk of the Court is directed to file under seal the lodged Plaintiffs' Unredacted Reply in Support of Plaintiffs' Motion to Compel *In Camera Review* and its Exhibit 20.

Dated this 14th day of June, 2022.

_____
Susan R. Bolton
United States District Judge