**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| F.R., on his own behalf and on behalf of his minor child A.A.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>The United States of America,<br><br>　　　　　Defendant. | No. CV-19cv5217-PHX-SRB<br><br><br>**ORDER** |

The Court having reviewed Defendant's Motion for Extension of Time to File Reply in Support of Amended Motion to Consolidate Cases for Common Policy-Based Discovery Only and good cause appearing,

IT IS ORDERED that the Motion for Extension is GRANTED. Defendant shall have until July 11, 2022 to file its reply in support of its Amended Motion to Consolidate Cases for Common Policy-Based Discovery Only.

Dated this 5th day of July, 2022.

_____
Susan R. Bolton
United States District Judge