IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB <br><br> **ORDER** |

The Court having reviewed the Parties' First Joint Motion to Extend Deadlines for Completion of Fact Discovery and Settlement Negotiations, and good cause appearing,

IT IS HEREBY ORDERED that the First Joint Motion to Extend Deadlines for Completion of Fact Discovery and Settlement Negotiations is GRANTED as follows:

The deadline for fact discovery is extended by **30 days** to **August 15, 2022**. The deadline by which the Parties will engage in good faith settlement negotiations is extended by **30 days** to **August 22, 2022**. The deadline for any depositions of current or former Cabinet level officials, heads of agencies, or White House officials and advisors is extended by **30 days** to **September 19, 2022**.

Dated this 15th day of July, 2022.

_____
Susan R. Bolton
United States District Judge