| | |
|---|---|
| 1 | David B. Rosenbaum, 009819 |
| 2 | Travis C. Hunt, 035491<br>BriAnne N. Illich Meeds, 036094 |
| 3 | OSBORN MALEDON, P.A.<br>2929 North Central Avenue, 21st Floor |
| 4 | Phoenix, Arizona 85012-2793<br>(602) 640-9000 |
| 5 | drosenbaum@omlaw.com<br>thunt@omlaw.com |
| 6 | billichmeeds@omlaw.com |

*Counsel for Plaintiffs (Additional Counsel for Plaintiffs Listed on the Signature Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

**NOTICE IS GIVEN** that Plaintiffs served their Amended First Set of Requests for Admission, Amended Third Set of Interrogatories and Amended Fourth Set of Requests for Production on counsel for Defendant by email on July 18, 2022.

s/ *Travis C. Hunt*
David B. Rosenbaum
Travis C. Hunt
BriAnne N. Illich Meeds
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, AZ 85012-2793
*Attorneys for Plaintiffs*

1

Diana Reiter*
Lucy McMillan*
Erik Walsh*
Harry K. Fidler*
Mark Osmond*
Kaitlyn Schaeffer*
Julia Kindlon*
Brian Auricchio*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
lucy.mcmillan@arnoldporter.com
erik.walsh@arnoldporter.com
harry.fidler@arnoldporter.com
mark.osmond@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
julia.kindlon@arnoldporter.com
brian.auricchio@arnoldporter.com

R. Stanton Jones*
Emily Reeder-Ricchetti*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

Sean Morris*
777 South Figueroa Street, 44th Floor
Los Angeles, CA 900017
213-243-4000
sean.morris@arnoldporter.com

Jonathan H. Feinberg*
Kairys, Rudovsky, Messing, Feinberg
   & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400

Mark Fleming*
Mark Feldman*
National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

Trina Realmuto*
Mary Kenney*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA 02446
857-305-3600
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Katherine Melloy Goettel*
Emma Winger*
American Immigration Council
1331 G Street NW, Suite 200
Washington, DC 20005
202-507-7512
202-507-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org

*Attorneys for Plaintiffs*

jfeinberg@krlawphila.com

* *Admitted pro hac vice*

3