David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF KEVIN K. MCALEENAN** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths:

**DEPONENT:**           Kevin K. McAleenan
**PLACE OF DEPOSITION:**   Arnold & Porter Kaye Scholer
                        601 Massachusetts Ave, NW
                        Washington, DC  20001-3743

**DATE OF DEPOSITION:**    September 13, 2022 at 9:00 a.m. EST

The deposition shall be recorded by audiovisual and stenographic means.

DATED this 25th day of August, 2022.

By s/*BriAnne N. Illich Meeds*
BriAnne N. Illich Meeds
David B. Rosenbaum
Travis C. Hunt
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, AZ 85012-2793
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

Erik Walsh*
Diana E. Reiter*
Lucy McMillan*
Harry K. Fidler*
Kaitlyn Schaeffer*
Brian E. Auricchio*
Julia F. Kindlon*
ARNOLD & PORTER KAYE SCHOLER
250 W. 55th Street
New York, NY 10019-9710
212-836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com

R. Stanton Jones*
David Hibey*
Emily Reeder-Ricchetti*
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, NW
Washington, DC 20001
202-942-5000
stanton.jones@arnoldporter.com
david.hibey@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

Sean Morris*
ARNOLD & PORTER KAYE SCHOLER
777 S. Figueroa Street
213-243-4222
Los Angeles, CA 90017-5844
sean.morris@arnoldporter.com

Trina Realmuto*
Mary Kenney*
NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA 02446
617-819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

Jonathan H. Feinberg*
KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
215-925-4400
jfeinberg@krlawphila.com

Mark Fleming*
Mark Feldman*
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
312-660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

1. Katherine Melloy Goettel*
2. Emma Winger*
3. Gianna Borroto*
   AMERICAN IMMIGRATION COUNCIL
   1331 G Street NW, Suite 200
   Washington, DC 20005
   202-507-7512
   202-742-5619
   kgoettel@immcouncil.org
   ewinger@immcouncil.org
   gborroto@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*