David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com

*Counsel for C.M. Plaintiffs*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com

*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel Listed on Signature Page)*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.<br><br>Plaintiffs,<br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**NOTICE OF DEPOSITION OF THOMAS D. HOMAN** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB |

1  Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through
2  undersigned counsel, hereby give notice of the following deposition before an officer
3  authorized by law to administer oaths:

4  **DEPONENT:**              **Thomas D. Homan**

5  **PLACE OF DEPOSITION:**   **Arnold & Porter**
                               **601 Massachusetts Ave NW**
6                              **Washington, D.C. 20001**

7  **DATE OF DEPOSITION:**    **September 9, 2022 at 9:00 a.m. EST**

8  The deposition shall be recorded by audiovisual and stenographic means.

9

10  DATED this 26th day of August, 2022.

11

12  By  s/*BriAnne N. Illich Meeds*                Sean Morris*
    BriAnne N. Illich Meeds                        ARNOLD & PORTER KAYE
13  David B. Rosenbaum                             SCHOLER
    Travis C. Hunt                                 777 S. Figueroa Street
14  OSBORN MALEDON, P.A.                           213-243-4222
    2929 N. Central Avenue, Suite 2100             Los Angeles, CA 90017-5844
15  Phoenix, AZ 85012-2793                         sean.morris@arnoldporter.com
    drosenbaum@omlaw.com
16  thunt@omlaw.com                                Trina Realmuto*
    billichmeeds@omlaw.com                         Mary Kenney*
17                                                 NATIONAL IMMIGRATION
    Erik Walsh*                                    LITIGATION ALLIANCE
18  Diana E. Reiter*                               10 Griggs Terrace
    Lucy McMillan*                                 Brookline, MA 02446
19  Harry K. Fidler*                               617-819-4447
    Kaitlyn Schaeffer*                             trina@immigrationlitigation.org
20  Brian E. Auricchio*                            mary@immigrationlitigation.org
    Julia F. Kindlon*
21  ARNOLD & PORTER KAYE SCHOLER                   Jonathan H. Feinberg*
    250 W. 55th Street                             KAIRYS, RUDOVSKY, MESSING,
22  New York, NY 10019-9710                        FEINBERG & LIN LLP
    212-836-8000                                   The Cast Iron Building
23  diana.reiter@arnoldporter.com                  718 Arch Street, Suite 501 South
    erik.walsh@arnoldporter.com                    Philadelphia, PA 19106
24  lucy.mcmillan@arnoldporter.com                 215-925-4400
    harry.fidler@arnoldporter.com                  jfeinberg@krlawphila.com
25  kaitlyn.schaeffer@arnoldporter.com
    brian.auricchio@arnoldporter.com
26  julia.kindlon@arnoldporter.com

27

28

- 1 -

| | | |
|---|---|---|
| 1 | R. Stanton Jones* | Mark Fleming* |
| 2 | David Hibey*<br>Emily Reeder-Ricchetti* | Mark Feldman*<br>NATIONAL IMMIGRANT JUSTICE |
| 3 | ARNOLD & PORTER KAYE SCHOLER<br>601 Massachusetts Avenue, NW | CENTER<br>224 S. Michigan Ave., Suite 600 |
| 4 | Washington, DC 20001<br>202-942-5000 | Chicago, IL 60604<br>312-660-1370 |
| 5 | stanton.jones@arnoldporter.com<br>david.hibey@arnoldporter.com | mfleming@heartlandalliance.org<br>mfeldman@heartlandalliance.org |
| 6 | emily.reeder-ricchetti@arnoldporter.com | Katherine Melloy Goettel*<br>Emma Winger* |
| 7 | | Gianna Borroto*<br>AMERICAN IMMIGRATION |
| 8 | | COUNCIL<br>1331 G Street NW, Suite 200 |
| 9 | | Washington, DC 20005<br>202-507-7512 |
| 10 | | 202-742-5619<br>kgoettel@immcouncil.org |
| 11 | | ewinger@immcouncil.org<br>gborroto@immcouncil.org |
| 12 | *Attorneys for Plaintiffs C.M. et al.*<br>*\* Admitted pro hac vice* | |
| 13 | By  s/*Keith Beauchamp wi permission* | Paul R. Chavez* |
| 14 | Keith Beauchamp (012434)<br>D. Andrew Gaona (028414) | SOUTHERN POVERTY LAW CENTER<br>P.O. Box 370037 |
| 15 | COPPERSMITH BROCKELMAN PLC<br>2800 N. Central Avenue, Suite 1900 | Miami, FL 33137<br>Telephone: (786) 347-2056 |
| 16 | Phoenix, AZ 85004<br>kbeauchamp@cblawyers.com | paul.chavez@splcenter.org |
| 17 | stolman@cblawyers.com | Norma Ventura*<br>James Knoepp* |
| 18 | Matthew J. Schlesinger*<br>Jason A. Carey* | Sharada Jambulapati*<br>SOUTHERN POVERTY LAW CENTER |
| 19 | Jennifer L. Saulino*<br>Terra White Fulham* | P.O. Box 1287<br>Decatur, GA 30031 |
| 20 | Teresa S. Park*<br>Kristin M. Cobb* | Telephone: (404) 521-6700<br>norma.ventura@splcenter.org |
| 21 | Shadman Zaman*<br>COVINGTON & BURLING LLP | jim.knoepp@splcenter.org<br>sharada.jambulapati@splcenter.org |
| 22 | One City Center, 850 Tenth Street, NW<br>Washington, DC 20001-4956 | |
| 23 | Telephone: (202) 662-5581<br>mschlesinger@cov.com | |
| 24 | jcarey@cov.com<br>jsaulino@cov.com | |
| 25 | tfulham@cov.com<br>tpark@cov.com | |
| 26 | kcobb@cov.com<br>szaman@cov.com | |
| 27 | *Attorneys for Plaintiffs A.P.F. et al.*<br>*\* Admitted pro hac vice* | |
| 28 | | |