David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs* (*Additional Counsel Listed on Signature Page*)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

Pursuant to United States District Court for the District of Arizona Local Rule Civ. 83.3, please take notice that effective September 2, 2022, Mark A. Osmond withdraws as counsel for Plaintiffs C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A. ("Plaintiffs"), with respect to the above matters due to a change in employment effective September 16, 2022. Arnold & Porter (and all other attorneys of record) will continue to represent Plaintiffs.

Respectfully submitted this 2nd day of September, 2022.

/s/ Mark A. Osmond

Mark A. Osmond
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
mark.osmond@arnoldporter.com

| | |
|---|---|
| Erik Walsh* | Trina Realmuto* |
| Diana E. Reiter* | Mary Kenney* |
| Lucy McMillan* | NATIONAL IMMIGRATION LITIGATION |
| Harry K. Fidler* | ALLIANCE |
| Kaitlyn Schaeffer* | 10 Griggs Terrace |
| Brian E. Auricchio* | Brookline, MA 02446 |
| Julia F. Kindlon* | 617-819-4447 |
| ARNOLD & PORTER KAYE SCHOLER LLP | trina@immigrationlitigation.org |
| 250 West 55th Street | mary@immigrationlitigation.org |
| New York, New York 10019-9710 | |
| 212-836-8000 | Jonathan H. Feinberg* |
| diana.reiter@arnoldporter.com | KAIRYS, RUDOVSKY, MESSING, FEINBERG |
| erik.walsh@arnoldporter.com | & LIN LLP |
| lucy.mcmillan@arnoldporter.com | The Cast Iron Building |
| harry.fidler@arnoldporter.com | 718 Arch Street, Suite 501 South |
| kaitlyn.schaeffer@arnoldporter.com | Philadelphia, PA 19106 |
| brian.auricchio@arnoldporter.com | 215-925-4400 |
| julia.kindlon@arnoldporter.com | jfeinberg@krlawphila.com |
| | |
| R. Stanton Jones* | Mark Fleming* |
| David Hibey* | Mark Feldman* |
| Emily Reeder-Ricchetti* | NATIONAL IMMIGRANT JUSTICE CENTER |
| ARNOLD & PORTER KAYE SCHOLER LLP | 224 S. Michigan Ave., Suite 600 |
| 601 Massachusetts Avenue, NW | Chicago, IL 60604 |
| Washington, DC 20001 | 312-660-1370 |
| 202-942-5000 | mfleming@heartlandalliance.org |
| stanton.jones@arnoldporter.com | mfeldman@heartlandalliance.org |
| david.hibey@arnoldporter.com | |
| emily.reeder-ricchetti@arnoldporter.com | Katherine Melloy Goettel* |
| | Emma Winger* |
| Sean Morris* | Gianna Borroto* |
| ARNOLD & PORTER KAYE SCHOLER LLP | AMERICAN IMMIGRATION COUNCIL |
| 777 South Figueroa Street | 1331 G Street NW, Suite 200 |
| Los Angeles, CA 90017-5844 | Washington, DC 20005 |
| 213-243-4222 | 202-507-7512 |
| sean.morris@arnoldporter.com | 202-742-5619 |
| | kgoettel@immcouncil.org |
| | ewinger@immcouncil.org |
| | gborroto@immcouncil.org |

*Attorneys for Plaintiffs*
*\* Admitted pro hac vice*