# EXHIBIT 3

# DOCUMENT SUBMITTED UNDER SEAL