1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF ARIZONA

8  | C.M., on her own behalf and on behalf | No. CV-19-05217-PHX-SRB
9  | of her minor child, B.M.; et al.      |
10 |             Plaintiffs,               | **ORDER**
11 |    v.                                 |
12 | United States of America,             |
13 |             Defendant.                |
14 | A.P.F. on his own behalf and on behalf| No. CV-20-00065-PHX-SRB
15 | of his minor child, O.B.; et al.      |
16 |             Plaintiffs,               | **ORDER**
17 |    v.                                 |
18 | United States of America,             |
19 |             Defendant.                |
20

21      The Court having reviewed the parties' Third Unopposed Motion to Extend Case
22 Deadline,
23      IT IS HEREBY ORDERED that the Third Unopposed Motion to Extend Case
24 Deadlines is GRANTED as follows:
25   . . .
26   . . .
27   . . .
28

1   The deadline for the deposition of Kirstjen Nielsen, should the court grant leave to
2 do so, is extended to no later than 30 days after the Court resolves the issue of whether to
3 grant leave to take this deposition.

4   Dated this 25th day of October, 2022.

_____
Susan R. Bolton
United States District Judge