**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Susan R. Bolton | **Date:** October 25, 2022 |
| **Case Number:** CV-19-05217-PHX-SRB | |
| **C.M. et al v. United States of America** | |

| APPEARANCES: | **Plaintiff(s) Counsel** | **Defendant(s) Counsel** |
|---|---|---|
| | Lucy Sarah McMillan | Philip Davis MacWilliams |
| | | Ashley Rebecca Garman |

### DISCOVERY DISPUTE HEARING:

Counsel argue the discovery dispute to the Court. Plaintiff's counsel shall file a pleading outlining the outstanding issues along with the sanctions being requested by Plaintiffs. Defendants shall file a response under the time limits imposed by the local rule.

| | |
|---|---|
| Deputy Clerk: Molly Williams | Discv Hrg: 21m |
| Court Reporter: Christine Coaly | Start: 1:59 pm |
| | Stop: 2:20 pm |