IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A. on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-CV-05217-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Defendant's Unopposed Motion to File Under Seal Exhibit 3 Attached to Defendant's Reply in Support of its Motion to Compel the Adult Plaintiffs to Submit to Rule 35 Psychological Examinations and Second Motion to Extend Expert Discovery Deadlines. The motion does not contain any facts justifying sealing other than that the deposition excerpts contain information Plaintiffs have designated confidential. The Court has read Exhibit 3 and is not apparent that it should be sealed.

IT IS ORDERED denying Defendant's Unopposed Motion to File Under Seal Exhibit 3 Attached to Defendant's Reply in Support of its Motion to Compel the Adult Plaintiffs to Submit to Rule 35 Psychological Examinations and Second Motion to Extend

. . .

. . .

Expert Discovery Deadlines. (Doc. 297)

Dated this 8th day of November, 2022.

*Susan R. Bolton*
United States District Judge