```
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF ARIZONA

 3                              Case No. 2:19-CV-05217-SRB

 4    - - - - - - - - - - - - - - - - - - - - - - - - -

 5    C.M., on her own behalf and on behalf of her

 6    minor child, B.M.; L.G., on her own behalf and

 7    on behalf of her minor child, B.G.; M.R., on

 8    her own behalf and on behalf of her minor child,

 9    J.R.; O.A., on her own behalf and on behalf of

10    her minor child, L.A.; and V.C., on her own

11    behalf and on behalf of her minor child, G.A.,

12                        Plaintiffs,

13      v.

14    UNITED STATES OF AMERICA,

15                        Defendant.

16    - - - - - - - - - - - - - - - - - - - - - - - - -

17      Job No. CS5287246

18              AUDIOVISUAL DEPOSITION of M█████ R█████

19    ████████████████, a witness called by counsel for the

20    Defendant, taken pursuant to the Federal Rules of Civil

21    Procedure before Kristen L. Kelly, MA CSR No. 115893/

22    RPR, and Notary Public in and for the Commonwealth of

23    Massachusetts, at the Offices of SIRTEX, 300 Unicorn

24    Park, 2nd Floor, Woburn, Massachusetts, on Friday,

25    July, 8, 2022, commencing at 8:07 AM
```

```
 1    likes to make things with clay.
 2              MR. NAZAROV:  I'm sorry.  Did I hear you
 3    say clay?
 4              THE INTERPRETER:  He likes to make
 5    things with clay.
 6              MR. NAZAROV:  Clay.
 7       Q    And where does he do that?
 8       A    At school.
 9       Q    Does he sell them?
10       A    No, he brings them home, and he puts them on
11    the table.
12       Q    Is he very proud of them?
13       A    Yes.  On the bottom he signs his name.
14       Q    Okay.  I want to talk a little bit about help
15    for your headaches and the inability to sleep that
16    you've described.  Since you've been released from
17    detention have you seen any psychologists or any
18    psychiatrist?
19       A    No.
20       Q    Have you seen any doctors that have
21    prescribed medicine for your headaches?
22       A    Um, the female doctor where I went when I was
23    pregnant, I asked her to prescribe something for my
24    headaches because they were very bad and then she gave
25    me Tylenol.
```

| | |
|---|---|
| 1 | that correct? |
| 2 | A    Yes. |
| 3 | Q    In the United States, okay. |
| 4 | A    Yes. |
| 5 | Q    Who is Annie? |
| 6 | A    I don't remember. |
| 7 | Q    Okay.  Have you met with any psychologist or |
| 8 | psychiatrist named Annie? |
| 9 | A    I believe so.  I don't know.  I don't |
| 10 | remember. |
| 11 | Q    Do you remember when you met with Annie? |
| 12 |           MS. REALMUTO:  Objection. |
| 13 | A    No, I don't remember. |
| 14 | Q    So clarify just for me.  You have met with |
| 15 | somebody named Annie; you just don't remember? |
| 16 | A    I remember the name a little bit, but I don't |
| 17 | remember. |
| 18 | Q    What do you remember about Annie? |
| 19 | A    Uh, I don't remember. |
| 20 | Q    Did your lawyers have you meet with Annie? |
| 21 | A    I don't remember. |
| 22 | Q    Is there anything you want to tell me about |
| 23 | this case today that I haven't asked? |
| 24 |           MS. REALMUTO:  Objection. |
| 25 | A    Um, when I was in Arizona, the second time I |

| | |
|---|---|
| 1 | Q    Okay.  Do you recall that your attorneys set |
| 2 | up an appointment for you to meet with someone? |
| 3 | A    Yes. |
| 4 | Q    Could that person have been named Annie? |
| 5 | A    Yes. |
| 6 | MS. REALMUTO:  I have no further |
| 7 | questions. |
| 8 | MR. NAZAROV:  Just a quick redirect. |
| 9 | REDIRECT EXAMINATION |
| 10 | BY MR. NAZAROV: |
| 11 | Q    When is your appointment with Annie? |
| 12 | MS. REALMUTO:  Objection.  Work product. |
| 13 | I'm instructing her not to answer.  I'm instructing you |
| 14 | not to answer. |
| 15 | Q    Are you going to follow your attorney's |
| 16 | instructions? |
| 17 | A    Yes. |
| 18 | Q    Have you met with Annie before today? |
| 19 | MS. REALMUTO:  Obstruct -- objection. |
| 20 | I'm instructing her not to answer.  Work product. |
| 21 | Q    Are you going to follow your attorney's |
| 22 | instructions? |
| 23 | A    Yes. |
| 24 | Q    Is there anything you can tell me about |
| 25 | Annie? |