David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**DECLARATION OF LUCY MCMILLAN IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB |

Lucy McMillan hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the State Bar of New York, and have been admitted to the bar of the District of Arizona pro hac vice. I am a counsel with the law firm of Arnold & Porter, which serves as counsel to Plaintiffs C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Motion for Sanctions.

3. The parties substantially completed fact discovery in the above-captioned case on July 15, 2022, and extended the deadline only for the purpose of completing specific limited discovery. Defendant produced handwritten notes and other hard copy documents for key witnesses after the July 15, 2022 fact discovery deadline.

4. Defendant produced hard copy documents and handwritten notes for former Customs and Border Protection ("CBP") Commissioner Kevin McAleenan on September 30, 2022.

5. On October 14, 2022, Defendant informed Plaintiffs that it had produced handwritten notes penned by Matthew Albence, former Executive Associate Director for ICE's Enforcement and Removal Operations, and hardcopy documents with annotations by former Acting Secretary Elaine Duke, on August 15, 2022.

6. Defendant produced hard copy documents for former Department of Homeland Security ("DHS") Secretary Kirstjen Nielsen, some of which include handwritten comments, on September 28, 2022 and November 2, 2022.

7. Defendant produced handwritten notes and hard copy documents for former DHS Secretary John Kelly on October 24, 2022 and November 2, 2022.

8. Defendant produced handwritten notes for former United States Citizenship and Immigration Services ("USCIS") Director Francis Cissna on October 26, 2022.

9. Defendant re-produced thousands of pages of ICE documents that were originally produced stripped of their track changes and comments on August 31, 2022, September 7, 2022, September 14, 2022, and September 16, 2022 (the "Annotated Documents").

10. On October 5, 2022, the parties held a meet and confer to discuss Defendant's failure to timely collect and produce the Annotated Documents and certain handwritten notes and hardcopy documents. During the call, the government suggested re-opening depositions to allow Plaintiffs to examine witnesses with the Annotated Documents and belatedly produced handwritten notes and hardcopy documents. Plaintiffs suggested that the Annotated Documents and late-produced handwritten notes and hardcopy documents be admitted at trial if offered by Plaintiffs, and that Defendant be precluded from contesting or otherwise using the late-produced handwritten notes and hardcopy documents at trial. The parties were unable to reach resolution on the appropriate remedy.

11. Attached to this declaration are 25 exhibits, lettered A-Y:

   a. Exhibit A is a copy of an October 26, 2022 email exchange between Terra Fulham, counsel for *A.P.F.* Plaintiffs, and Phil MacWilliams, counsel for Defendant, recapping an October 23, 2020 call regarding Defendant's document search efforts and MIDP obligations;

   b. Exhibit B is a copy of an August 10, 2022 email from Irina Majumdar, counsel for Defendant, to Teresa Park, counsel for the *A.P.F.* Plaintiffs, notifying Plaintiffs that Defendant had discovered that some ICE documents were produced without track changes and comments and that Defendant was working to produce new versions of these documents;

   c. Exhibit C is a copy of a June 15, 2020 email exchange between Phil MacWilliams, counsel for Defendant, and Diana Reiter, counsel for the *C.M.* Plaintiffs, with an attachment that contains proposed custodians identified by Defendant;

d. Exhibit D is a copy of an August 3, 2020 email exchange between Phil MacWilliams, counsel for Defendant, and Erik Walsh, counsel for the *C.M.* Plaintiffs, with an attachment that contains an updated list of proposed policy-level custodians by Defendant;

e. Exhibit E is a copy of an excerpt of the transcript of the September 9, 2022 deposition of Thomas Homan, former Acting ICE Director;

f. Exhibit F is a copy of an October 7, 2022 email exchange between Phil MacWillliams, counsel for Defendant, and Lucy McMillan, counsel for the *C.M.* Plaintiffs, concerning the destruction of Thomas Blank's notes;

g. Exhibit G is a copy of an October 3, 2022 email exchange between Phil MacWilliams, counsel for Defendant, and Erik Walsh, counsel for the *C.M.* Plaintiffs, stating that DOJ alerted Plaintiffs during Kevin McAleenan's deposition that Mr. McAleenan maintained handwritten notes;

h. Exhibit H is a copy of an excerpt of the transcript of the September 13, 2022 deposition of Kevin McAleenan, former CBP Commissioner;

i. Exhibit I is a copy of an October 14, 2022 email exchange between Phil MacWilliams, counsel for Defendant, and Lucy McMillan, counsel for the *C.M.* Plaintiffs, in which Defendant declined to provide a detailed summary of its efforts to collect relevant handwritten notes at the outset of discovery, explained it had asked agencies to search for handwritten notes in June 2022, outlined its renewed efforts to collect handwritten notes, and noted it had produced handwritten notes for Matthew Albence and hard copy documents for Elaine Duke two months prior;

j. Exhibit J is a copy of CD-US-0033959T, a re-produced ICE document that was originally produced stripped of its track changes and comments;

k. Exhibit K is a copy of CD-US-0102694T, a re-produced ICE document that was originally produced stripped of its track changes and comments;

1. l. Exhibit L is a copy of CD-US-0044527T, a re-produced ICE document that was originally produced stripped of its track changes and comments;
2. m. Exhibit M is a copy of an excerpt of the transcript of the September 9, 2022 deposition of Thomas Homan, former Acting ICE Director;
3. n. Exhibit N is a copy an excerpt of the transcript of the June 7, 2022 deposition of Chad F. Wolf, former Chief of Staff to Department of Homeland Security Secretary Kirstjen Nielsen;
4. o. Exhibit O is a copy an excerpt of the transcript of the July 15, 2022 deposition of Judge Tracy Short, former counselor to DHS Secretary Nielsen;
5. p. Exhibit P is a copy of CD-US-0219621, handwritten notes by former DHS Secretary John Kelly produced by Defendant on October 24, 2022, with highlights added;
6. q. Exhibit Q is a copy of CD-US-0219533, handwritten notes by former CBP Commissioner Kevin McAleenan produced by Defendant on September 30, 2022, with highlights added;
7. r. Exhibit R is a copy of an excerpt of the transcript of the September 13, 2022 deposition of Kevin McAleenan, former CBP Commissioner;
8. s. Exhibit S is a copy of CD-US-0219492, handwritten notes by former CBP Commissioner Kevin McAleenan produced by Defendant on September 30, 2022, with highlights added;
9. t. Exhibit T is a copy of an excerpt of the transcript of the September 13, 2022 deposition of Kevin McAleenan, former CBP Commissioner;
10. u. Exhibit U is a copy of CD-US-0219498, handwritten notes by former CBP Commissioner Kevin McAleenan produced by Defendant on September 30, 2022, with highlights added;
11. v. Exhibit V is a copy of an excerpt of the transcript of the September 13, 2022 deposition of Kevin McAleenan, former CBP Commissioner;

w. Exhibit W is a copy of CD-US-0219534, handwritten notes by former CBP Commissioner Kevin McAleenan produced by Defendant on September 30, 2022, with highlights added;

x. Exhibit X is a copy of an excerpt of the transcript of the June 24, 2022 deposition of Matthew Albence, former Executive Associate Director for ICE's Enforcement and Removal Operations;

y. Exhibit Y is a copy of CD-US-0198073AT, a re-produced ICE document that was originally produced stripped of its track changes and comments.

12. I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2022 in New York, New York.

By  /s/ Lucy McMillan
Lucy McMillan*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
212-836-8000
lucy.mcmillan@arnoldporter.com

OSBORN MALEDON, P.A.
David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)

ARNOLD & PORTER KAYE SCHOLER LLP
Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Kaitlyn Schaeffer*
Brian Auricchio*
Julia Kindlon*
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com

| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | R. Stanton Jones* |
| 2 | David Hibey* |
| | Emily Reeder-Ricchetti* |
| 3 | 601 Massachusetts Avenue, NW |
| | Washington, DC 20001 |
| 4 | Telephone: (202) 942-5000 |
| | stanton.jones@arnoldporter.com |
| 5 | david.hibey@arnoldporter.com |
| | emily.reeder-ricchetti@arnoldporter.com |
| 6 | |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| 7 | Sean Morris* |
| | 777 South Figueroa Street |
| 8 | Los Angeles, CA 90017-5844 |
| | sean.morris@arnoldporter.com |
| 9 | |
| | KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP |
| 10 | Jonathan H. Feinberg* |
| | The Cast Iron Building |
| 11 | 718 Arch Street, Suite 501 South |
| | Philadelphia, PA 19106 |
| 12 | Telephone: (215) 925-4400 |
| | jfeinberg@krlawphila.com |
| 13 | |
| | NATIONAL IMMIGRANT JUSTICE CENTER |
| 14 | Mark Fleming* |
| | Mark Feldman* |
| 15 | 224 S. Michigan Ave., Suite 600 |
| | Chicago, IL 60604 |
| 16 | Telephone: (312) 660-1370 |
| | mfleming@heartlandalliance.org |
| 17 | mfeldman@heartlandalliance.org |
| 18 | NATIONAL IMMIGRATION LITIGATION ALLIANCE |
| | Trina Realmuto* |
| 19 | Mary Kenney* |
| | 10 Griggs Terrace |
| 20 | Brookline, MA 02446 |
| | Telephone: (617) 819-4447 |
| 21 | trina@immigrationlitigation.org |
| | mary@immigrationlitigation.org |
| 22 | |
| | AMERICAN IMMIGRATION COUNCIL |
| 23 | Katherine Melloy Goettel* |
| | Emma Winger* |
| 24 | Gianna Borroto* |
| | 1331 G Street NW, Suite 200 |
| 25 | Washington, DC 20005 |
| | Telephone: (202) 507-7512 |
| 26 | Telephone: (202) 742-5619 |
| | kgoettel@immcouncil.org |
| 27 | ewinger@immcouncil.org |
| | gborroto@immcouncil.org |
| 28 | *Attorneys for Plaintiffs C.M. et al.* |
| | *\* Admitted pro hac vice* |

COPPERSMITH BROCKELMAN PLC
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Emily R. Woods*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*†
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
rwoods@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
P.O. Box 1287
Decatur, GA 30031
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
P.O. Box 370037
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted in the District of Columbia, and supervised by principals of the firm.*