# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**ORDER** |

Upon consideration of Plaintiffs' Unopposed Motion to Extend Expert Deadlines (Doc. 364),

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for expert rebuttal report disclosure and the deadline for the completion of expert depositions in the Court's Amended Case Management Order are amended as follows:

1. The deadline for rebuttal expert disclosures is extended to **March 10, 2023**.
2. The deadline to complete expert depositions is extended to **May 1, 2023**.

Dated this 22nd day of February, 2023.

_____
Susan R. Bolton
United States District Judge