David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al. | No. 2:19-cv-05217-SRB |
| Plaintiffs, | |
| v. | |
| United States of America, | **SUPPLEMENT TO PLAINTIFFS' MOTION FOR SANCTIONS** |
| Defendant. | |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al. | No. 2:20-cv-00065-SRB |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

The *C.M.* and *A.P.F.* Plaintiffs respectfully submit this Supplement in support of their pending Motion for Sanctions (*C.M.* Dkt. 333; *A.P.F.* Dkt. 328), to inform the Court of an additional late production of handwritten notes by Defendant and to request that any relief granted also applies to these notes.

On February 21, 2023, Defendant produced to Plaintiffs a batch of handwritten notes taken by Scott Lloyd, who served as the Director of the Office of Refugee Resettlement ("ORR") from March 2017–November 2018.[1]  The notes, which are attached as Exhibit A, are highly relevant to Plaintiffs' claims.  For instance, in an undated note, Lloyd writes that there is a "███████" of "███████████████████████████████████████████ ███." Ex. A, at CD-US-0219829.  Lloyd further writes, "███████████████████████" and "█████████████████████████████." *Id.*  Another document (also undated) includes Lloyd's handwriting on ████████████████████████████████████████████ ████████████████—which applied to two of the *A.P.F.* Plaintiffs—██████████████ ██████████████████████████. *See id.* at CD-US-0219823–24.  Lloyd also took notes on ██████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████. *See id.* at CD-US-0219825.

As with the handwritten notes that are at issue in Plaintiffs' pending Motion for Sanctions, Plaintiffs have been prejudiced by the late production of Lloyd's notes,[2] as

---

[1] After Plaintiffs inquired as to the dates of the documents and why the notes had been produced seven months after the close of fact discovery, Defendant responded:  "The additional notes responsive to Plaintiffs' final requests for production were recently discovered by the agency (HHS), and produced to you as promptly as possible.  As for the dates of the documents, the government cannot provide further information other than what is stated on the documents themselves."  Ex. B, Feb. 27, 2023 MacWilliams Email.

[2] Lloyd's notes should have been produced to Plaintiffs as part of Defendant's initial MIDP responses, *see* Mot. for Sanctions at 3 (*C.M.* Dkt. 333; *A.P.F.* Dkt. 328), and Plaintiffs specifically requested that Defendant produce, "[f]or the time period of January 1, 2017 to June 26, 2018, all handwritten notes relating to any policy or practice to separate or separately detain immigrant parents and children after apprehension at the Southwest Border, or the Zero Tolerance Policy, for the HHS/ORR custodians whose ESI documents

Plaintiffs were unable to take these notes into consideration when deciding which witnesses to depose (including whether to depose Lloyd), what questions to pose to witnesses, or what documents to question witnesses about. *See SiteLock LLC v. GoDaddy.com LLC*, 2021 WL 2895503, at *9 (D. Ariz. July 9, 2021), *reconsideration denied*, 2021 WL 9597871 (D. Ariz. July 21, 2021) (imposing sanctions for the disclosure of evidence on the discovery deadline because belated disclosure prevented a party from pursuing additional, related discovery). Nor could Plaintiffs "have substantially probed the substance of [Lloyd's] documents during depositions," Opp. at 7 (*C.M.* Dkt. 344; *A.P.F.* Dkt. 338), because Plaintiffs did not have these notes or know about their existence until after the close of fact discovery—and less than three weeks before the summary judgment deadline.

Accordingly, for the reasons stated above and in the Motion for Sanctions, Plaintiffs respectfully request that the Court include Lloyd's notes in the relief Plaintiffs requested in the Motion for Sanctions: (1) that the notes be deemed admitted at trial if offered by Plaintiffs; and (2) that Defendant be precluded from contesting or otherwise using the late-produced notes at trial. Given Defendant's failure to provide basic information about the notes—such as when they were taken—Plaintiffs further request leave of the Court to depose Lloyd regarding his late-produced notes.

---

were produced in this matter, *including . . . Scott Lloyd*." Ex. C, *A.P.F.* RFP No. 27 (emphasis added). Defendant also represented that it was producing all relevant documents it produced in response to Congressmen Nadler and Pallone's inquiries from January 2019, including hardcopy documents from Scott Lloyd. *See* Ex. D, Aug. 28, 2020 MacWilliams Email at 4 ("███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████); *see also id.* at 17 (stating that ██████████████████████████████. Moreover, Defendant's statement that Lloyd's notes were not produced until 2023 because they "were recently discovered by the agency (HHS)," Ex. B, Feb. 27, 2023 MacWilliams Email, is contradicted by the metadata for the notes, which indicates they were collected and scanned in February 2019. *See* Ex. E, Production Log (noting that the "DOCDATEs" for the pdf versions of Lloyd's notes—the dates on which the notes appear to have been scanned—were February 7 and 11, 2019).

Respectfully submitted this 3rd day of March, 2023.

By */s/ David B. Rosenbaum*

OSBORN MALEDON, P.A.
David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)

ARNOLD & PORTER KAYE SCHOLER LLP
Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Kaitlyn Schaeffer*
Brian Auricchio*
Julia Kindlon*
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
R. Stanton Jones*
David Hibey*
Emily Reeder-Ricchetti*
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
stanton.jones@arnoldporter.com
david.hibey@arnoldporter.com
emily.reeder-ricchetti@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP
Sean Morris*
777 South Figueroa Street
Los Angeles, CA 90017-5844
sean.morris@arnoldporter.com

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
Jonathan H. Feinberg*
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

NATIONAL IMMIGRANT JUSTICE CENTER
Mark Fleming*
Mark Feldman*
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1370
mfleming@heartlandalliance.org
mfeldman@heartlandalliance.org

NATIONAL IMMIGRATION LITIGATION ALLIANCE
Trina Realmuto*
Mary Kenney*
10 Griggs Terrace
Brookline, MA 02446
Telephone: (617) 819-4447
trina@immigrationlitigation.org
mary@immigrationlitigation.org

AMERICAN IMMIGRATION COUNCIL
Katherine Melloy Goettel*
Emma Winger*
Gianna Borroto*
1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
Telephone: (202) 742-5619
kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Attorneys for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

By */s/ Keith Beauchamp*
COPPERSMITH BROCKELMAN PLC
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Emily R. Woods*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*†
Paulina Slagter*
Samuel Greeley*
Joshua Silver*

Patrick Lee*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
rwoods@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org
sharada.jambulapati@splcenter.org

SOUTHERN POVERTY LAW CENTER
Paul R. Chavez*
2 S. Biscayne Boulevard, Suite 3750
Miami, FL 33137
Telephone: (786) 347-2056
paul.chavez@splcenter.org

*Attorneys for Plaintiffs A.P.F. et al.*
*\* Admitted pro hac vice*
*† Admitted only in Illinois, not admitted*
*in the District of Columbia, and*
*supervised by principals of the firm.*