David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs (Additional Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF RICARDO WINKEL** |

Pursuant to Federal Rules of Civil Procedure 26 and 30, Plaintiffs, by and through undersigned counsel, hereby give notice of the following deposition before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**   Ricardo Winkel

**DATE AND TIME OF APPEARANCE:**   April 20 at 9:00 am PT

**PLACE OF APPEARANCE:**   Arnold & Porter, Three Embarcadero Center, 10th Floor, San Francisco, CA 94111-4024

The deposition shall be recorded by audiovisual and stenographic means.

RESPECTFULLY SUBMITTED this 21st day of March, 2023.

| | |
|---|---|
| Diana Reiter* | By */s Travis C. Hunt* |
| Erik Walsh* | David B. Rosenbaum |
| Lucy McMillan* | Travis C. Hunt |
| Harry Fidler* | BriAnne N. Illich Meeds |
| Kaitlyn Schaeffer* | Osborn Maledon, P.A. |
| Brian E. Auricchio* | 2929 North Central Avenue, 21st |
| Julia F. Kindlon* | Floor Phoenix, AZ 85012 |
| Arnold & Porter Kaye Scholer LLP | |
| 250 West 55th Street | Jonathan H. Feinberg* |
| New York, NY 10019 | Kairys, Rudovsky, Messing, |
| Telephone: (212) 836-8000 | Feinberg & Lin LLP |
| diana.reiter@arnoldporter.com | The Cast Iron Building |
| erik.walsh@arnoldporter.com | 718 Arch Street, Suite 501 South |
| lucy.mcmillan@arnoldporter.com | Philadelphia, PA 19106 |
| harry.fidler@arnoldporter.com | Telephone: (215) 925-4400 |
| mark.osmond@arnoldporter.com | jfeinberg@krlawphila.com |
| kaitlyn.schaeffer@arnoldporter.com | |
| brian.auricchio@arnoldporter.com | Mark Fleming* |
| julia.kindlon@arnoldporter.com | Mark Feldman* |
| | National Immigrant Justice Center |
| | 224 S. Michigan Ave., Suite 600 |
| R. Stanton Jones* | Chicago, IL 60604 |
| David Hibey* | Telephone: (312) 660-1370 |
| Emily Reeder-Ricchetti* | mfleming@heartlandalliance.org |
| Arnold & Porter Kaye Scholer LLP | mfeldman@heartlandalliance.org |
| 601 Massachusetts Avenue, NW | |
| Washington, DC 20001 | Trina Realmuto* |
| Telephone: (202) 942-5000 | Mary Kenney* |
| stanton.jones@arnoldporter.com | National Immigration Litigation |
| david.hibey@arnoldporter.com | Alliance |
| emily.reeder-ricchetti@arnoldporter.com | 10 Griggs Terrace |
| | Brookline, MA 02446 |
| Sean Morris* | Telephone: (617) 819-4447 |
| Arnold & Porter Kaye Scholer | trina@immigrationlitigation.org |
| 777 South Figueroa Street | mary@immigrationlitigation.org |
| Los Angeles, CA 90017 | |
| Telephone: (213) 243-4222 | Katherine Melloy Goettel* |
| sean.morris@arnoldporter.com | Emma Winger* |
| | Gianna Borroto* |
| | American Immigration Council |
| | 1331 G Street NW, Suite 200 |
| | Washington, DC 20005 |
| | Telephone: (202) 507-7512 |
| | Telephone: (202) 742-5619 |

kgoettel@immcouncil.org
ewinger@immcouncil.org
gborroto@immcouncil.org

*Counsel for Plaintiffs C.M. et al.*
*\* Admitted pro hac vice*

3