David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

Keith Beauchamp (012434)
D. Andrew Gaona (028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 381-5493
kbeauchamp@cblawyers.com
agaona@cblawyers.com
*Counsel for A.P.F. Plaintiffs*

*(Additional Counsel for Plaintiffs Listed on the Signature Page)*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br><br>**REPLY IN SUPPORT OF PLAINTIFFS' SUPPLEMENT TO MOTION FOR SANCTIONS** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB |

Defendant argues that the late production of Mr. Lloyd's notes did not harm Plaintiffs because the government was not required to produce them until Plaintiffs served an RFP seeking the notes in July 2022. Opp. at 3–4. Defendant is incorrect.

During a discovery meet and confer on October 23, 2020, Defendant confirmed that "in addition to emails and non-email ESI, relevant hard copy documents are being collected from the identified custodians and produced." Ex. A, at 2. During that same meet and confer, the parties agreed that "Plaintiffs will propose search terms, custodians, and [a] date range for a supplemental HHS search and production." *Id*. The parties subsequently agreed to additional HHS custodians, including Mr. Lloyd. *See* Supplement at 1–2 n.2. The government produced Mr. Lloyd's ESI documents as part of MIDP.

During fact discovery, Defendant took the position that "once the Government has completed an initial production under MIDP, its obligation to produce documents is complete." Ex. A, at 2. "[T]o the extent that Plaintiffs s[ought] additional documents (even if such documents are relevant to the parties' claims and defenses) or identif[ied] documents missing from the MIDP production," Defendant asserted that "Plaintiffs are required to serve RFPs to request such documents." *Id.* Plaintiffs "disagreed and explained that the Government's obligations under MIDP were ongoing." *Id.*

Plaintiffs issued the RFP at issue after Tricia Swartz, the former Associate Deputy Director of the Office of Refugee Resettlement ("ORR") testified on May 24, 2022 that she took handwritten notes during meetings. *See* Ex. B, Swartz 5/24/2022 Dep. Tr. at 15:9–22. Since Plaintiffs did not have those notes, Plaintiffs issued an RFP "seeking handwritten notes from former and current HHS employees 'whose ESI documents were produced in this matter' (which included Mr. Lloyd)." Opp. at 3–4. The fact that Plaintiffs believed it would be more efficient to serve an RFP to obtain the notes rather than raise a MIDP dispute with the Court at that time does not negate the fact that the notes should have been produced two years earlier during the MIDP process. Nor can Defendant now assert that, by serving RFPs, Plaintiffs agreed that Defendant was not obligated to produce relevant documents via MIDP.

Notably, Defendant did not produce Mr. Lloyd's notes in response to MIDP or in response to the RFP. Instead, Defendant produced the notes in February 2023, well after the end of fact discovery. *See* Opp. at 2. While Defendant contends that the notes were recently found in a "folder marked for a non-relevant subject matter," *id.*, the late production of Mr. Lloyd's notes is not an isolated incident, but is rather the most recent of a series of late productions that have prejudiced Plaintiffs.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' request for relief as stated in Plaintiffs' Motion for Sanctions (*C.M.* Dkt. No. 333; *A.P.F.* Dkt. No. 328) and Supplement to Plaintiffs' Motion for Sanctions (*C.M.* Dkt. No. 367; *A.P.F.* Dkt. No. 359).

RESPECTFULLY SUBMITTED this 24th day of March, 2023.

By */s/ Travis C. Hunt*

OSBORN MALEDON, P.A.
David B. Rosenbaum (009819)
Travis C. Hunt (035491)
BriAnne N. Illich Meeds (036094)

ARNOLD & PORTER KAYE SCHOLER LLP
Diana Reiter*
Erik Walsh*
Lucy McMillan*
Harry Fidler*
Kaitlyn Schaeffer*
Brian Auricchio*
Julia Kindlon*
Anna Kaul*
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
diana.reiter@arnoldporter.com
erik.walsh@arnoldporter.com
lucy.mcmillan@arnoldporter.com
harry.fidler@arnoldporter.com
kaitlyn.schaeffer@arnoldporter.com
brian.auricchio@arnoldporter.com
julia.kindlon@arnoldporter.com
anna.kaul@arnoldporter.com

ARNOLD & PORTER KAYE SCHOLER LLP

| | |
|---|---|
| 1 | R. Stanton Jones* |
| | David Hibey* |
| 2 | Emily Reeder-Ricchetti* |
| | 601 Massachusetts Avenue, NW |
| 3 | Washington, DC 20001 |
| | Telephone: (202) 942-5000 |
| 4 | stanton.jones@arnoldporter.com |
| | david.hibey@arnoldporter.com |
| 5 | emily.reeder-ricchetti@arnoldporter.com |
| 6 | ARNOLD & PORTER KAYE SCHOLER LLP |
| | Sean Morris* |
| 7 | 777 South Figueroa Street |
| | Los Angeles, CA 90017-5844 |
| 8 | sean.morris@arnoldporter.com |
| 9 | KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP |
| | Jonathan H. Feinberg* |
| 10 | The Cast Iron Building |
| | 718 Arch Street, Suite 501 South |
| 11 | Philadelphia, PA 19106 |
| | Telephone: (215) 925-4400 |
| 12 | jfeinberg@krlawphila.com |
| 13 | NATIONAL IMMIGRANT JUSTICE CENTER |
| | Mark Fleming* |
| 14 | Mark Feldman* |
| | 224 S. Michigan Ave., Suite 600 |
| 15 | Chicago, IL 60604 |
| | Telephone: (312) 660-1370 |
| 16 | mfleming@heartlandalliance.org |
| | mfeldman@heartlandalliance.org |
| 17 | |
| | NATIONAL IMMIGRATION LITIGATION ALLIANCE |
| 18 | Trina Realmuto* |
| | Mary Kenney* |
| 19 | 10 Griggs Terrace |
| | Brookline, MA 02446 |
| 20 | Telephone: (617) 819-4447 |
| | trina@immigrationlitigation.org |
| 21 | mary@immigrationlitigation.org |
| 22 | AMERICAN IMMIGRATION COUNCIL |
| | Katherine Melloy Goettel* |
| 23 | Emma Winger* |
| | Gianna Borroto* |
| 24 | 1331 G Street NW, Suite 200 |
| | Washington, DC 20005 |
| 25 | Telephone: (202) 507-7512 |
| | Telephone: (202) 742-5619 |
| 26 | kgoettel@immcouncil.org |
| | ewinger@immcouncil.org |
| 27 | gborroto@immcouncil.org |
| 28 | *Attorneys for Plaintiffs C.M. et al.* |
| | *\* Admitted pro hac vice* |

By */s/ Keith Beauchamp*
COPPERSMITH BROCKELMAN PLC
Keith Beauchamp
D. Andrew Gaona

COVINGTON & BURLING LLP
Matthew J. Schlesinger*
Jason A. Carey*
Jennifer L. Saulino*
Terra White Fulham*
Teresa S. Park*
Kathleen E. Paley*
Kavita R. Pillai*
Emily R. Woods*
Kristin M. Cobb*
Shadman Zaman*
Stephen Rees*†
Paulina Slagter*
Samuel Greeley*
Joshua Silver*
Patrick Lee*
One City Center, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5581
mschlesinger@cov.com
jcarey@cov.com
jsaulino@cov.com
tfulham@cov.com
tpark@cov.com
kpaley@cov.com
kpillai@cov.com
rwoods@cov.com
kcobb@cov.com
szaman@cov.com
srees@cov.com
pslagter@cov.com
sgreeley@cov.com
jsilver@cov.com
plee@cov.com

SOUTHERN POVERTY LAW CENTER
Norma Ventura*
James Knoepp*
Sharada Jambulapati*
150 E. Ponce de Leon, Suite 340
Decatur, GA 30030
Telephone: (404) 521-6700
norma.ventura@splcenter.org
jim.knoepp@splcenter.org

| | |
|---|---|
| 1 | sharada.jambulapati@splcenter.org |
| 2 | SOUTHERN POVERTY LAW CENTER |
| 3 | Paul R. Chavez* |
| | 2 S. Biscayne Boulevard, Suite 3750 |
| 4 | Miami, FL 33137 |
| | Telephone: (786) 347-2056 |
| 5 | paul.chavez@splcenter.org |
| 6 | *Attorneys for Plaintiffs A.P.F. et al.* |
| | *\* Admitted pro hac vice* |
| 7 | *† Admitted only in Illinois, not admitted* |
| | *in the District of Columbia, and* |
| 8 | *supervised by principals of the firm.* |