BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch
PHILIP D. MACWILLIAMS
D.C. Bar No. 482883
Trial Attorney
ASHLEY R. GARMAN
Trial Attorney
N.Y. Bar No. 4904009
SARAH E. KLEIN
Trial Attorney
Florida Bar No. 119533
E-mail: Sarah.E.Klein@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
175 N Street, NE
Washington, DC 20530
Telephone: (202) 616-4233
Facsimile: (202) 616-5200

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M. on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own half and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | Case No. CV-19-05217-PHX-SRB <br><br> **NOTICE OF DEPOSITION OF ANNIE G. STEINBERG, M.D.** |

## NOTICE OF DEPOSITION

**TO:** All Interested Parties

**PLACE OF DEPOSITION:** Kairys, Rudovsky, Messing, Feinberg & Lin LLP
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106

**DATE AND TIME OF DEPOSITION:** May 8, 2023, at 9:00 a.m. Eastern Time

**WITNESS TO BE DEPOSED:** Annie G. Steinberg, M.D.

Pursuant to Fed. R. Civ. P. 30(b), please take notice that defendant United States of America will take the deposition of Annie G. Steinberg, M.D. on May 8, 2023, at 9:00 a.m. Eastern Time. The deposition will be taken before a certified court reporter authorized to administer oaths and certified by law to take depositions. The deposition will be recorded by stenographic and audiovisual means. Should the deposition not be completed within the day, it will continue from day to day, not including weekends and holidays, until completed.

Dated: March 31, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General,
Civil Division
JAMES G. TOUHEY, JR.
Director, Torts Branch

*s/ Sarah E. Klein*
SARAH E. KLEIN
Trial Attorney
FL Bar No. 119533
E-mail: Sarah.e.klein@usdoj.gov
U.S. Department of Justice
Civil Division, Torts Branch
Benjamin Franklin Station, P.O. Box 888
Washington, DC 20044
Telephone: (202) 616-4233

*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, the undersigned electronically filed the foregoing *Notice of Deposition of Annie G. Steinberg, M.D.* with the clerk of the court by using CM/ECF system which will send a notice of electronic filing to all counsel of record, and also emailed a copy of this Notice to the following counsel of record for Plaintiffs:

David B. Rosenbaum
drosenbaum@omlaw.com

Sean Morris
Sean.morris@arnoldporter.com

Mary Kenney
mary@immigrationlitigation.org

Mark Michael Fleming
mfleming@heartlandalliance.org

Robert Stanton Jones
Stanton.jones@arnoldporter.com

Emily Anne Reeder-Ricchetti
Emily.reeder-ricchetti@arnoldporter.com

Lucy Sarah McMillan
Lucy.McMillan@arnoldporter.com

Diana E. Reiter
Diana.reiter@arnoldporter.com

Erik Christopher Walsh
Erik.walsh@arnoldporter.com

Kaitlyn Schaeffer
Kaitlyn.schaeffer@arnoldporter.com

Jonathan Howard Feinberg
jfeinberg@krlawphilia.com

Katherine Melloy Goettel
kgoettel@immcouncil.org

Trina Realmuto
trina@immigrationlitigation.org

Emma Curtis Winger
ewinger@immcouncil.org

Travis Charles Hunt
thunt@omlaw.com

Harry K. Fidler
Harry.fidler@arnoldporter.com

BriAnne Nichole Illich Meeds
billichmeeds@omlaw.com

Mark Feldman
mfeldman@heartlandalliance.org

Gianna Borroto
gborroto@immcouncil.org

David Hibey
dhibey@arnoldporter.com

Julia Kindlon
Julia.kindlon@arnoldporter.com

Brian Auricchio
Brain.auricchio@arnoldporter.com

Anna Kaul
Anna.kaul@arnoldporter.com

s/ *Sarah E. Klein*
SARAH E. KLEIN
*Counsel for Defendant United States*

4