United States Opposition Exhibit D (Deposition of Kevin McAleenan pg. 331-344)

DOCUMENT SUBMITTED UNDER SEAL