UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.<br><br>Plaintiffs,<br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.<br><br>Plaintiffs,<br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB<br><br>**ORDER** |

IT IS ORDERED setting oral argument on **Tuesday, June 13, 2023 at 10:00 a.m.** for the following pending motions:

   CV19-05217 - Defendant's Motion for Summary Judgment (Doc. 371)
   CV19-05217 - Plaintiffs' Motion for Partial Summary Judgment (Doc. 378)
   CV20-00065 - Plaintiffs' Motion for Partial Summary Judgment (Doc. 362)
   CV20-00065 - Defendant's Motion for Summary Judgment (Doc. 363)

Dated this 25th day of April, 2023.

_____
Susan R. Bolton
United States District Judge