## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br><br><br>**ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:20-cv-00065-SRB |

1    Pursuant to Plaintiffs' Motion to Seal their Supplement to Plaintiffs' Motion for
2 Sanctions (*C.M. Doc. 369*; *A.P.F. Doc. 361*), and good cause appearing:
3    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal their Supplement to
4 Plaintiffs' Motion for Sanctions is **GRANTED**.  The Clerk of the Court is directed to file
5 under seal the lodged Supplement to Plaintiffs' Motion for Sanctions, as well as Exhibits
6 A and D thereto.

   Dated this 3rd day of May, 2023.

_____
Susan R. Bolton
United States District Judge