IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 19-cv-05217-PHX-SRB <br><br> **ORDER** |

Pursuant to the United States' Motion to Seal (*C.M. Doc. 376*) (lodged at *C.M. Doc. 374*):

IT IS HEREBY ORDERED that the Motion to Seal is granted. The Clerk of the Court is directed to file under seal the lodged Statement of Facts in Support of its Motion for Summary Judgment and Exhibit C, D, E, F, G, and H.

Dated this 3rd day of May, 2023.

Susan R. Bolton
United States District Judge