IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br><br><br><br>**ORDER** |

Pursuant to the United States' Motion to Seal Plaintiffs' Lodged Motion for Partial Summary Judgment, Statement of Facts and Exhibits (Doc. 380) (lodged at Docs. 374, 375, and 377), and for the reasons stated therein:

IT IS HEREBY ORDERED that the United States' Motion to Seal is granted. The Clerk of the Court is directed to file the lodged filings under seal.

Dated this 3rd day of May, 2023.

Susan R. Bolton
United States District Judge