# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br><br> **ORDER** |

The Court has reviewed Plaintiffs' Motion for Leave to Seal Doc. 379-2. (Doc. 384.) It appears that Doc. 384 is a duplicate of Doc. 382. which the Court granted on May 3, 2023.

IT IS ORDERED denying as moot Plaintiffs' Motion for Leave to Seal Doc. 379-2. (Doc. 384)

Dated this 3rd day of May, 2023.

Susan R. Bolton
United States District Judge