# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br><br><br><br> **ORDER** |

Upon consideration of Plaintiffs' Motion for Leave to Seal Exhibits and Unredacted Opposition to Summary Judgment and Unredacted Response to Defendant's Rule 56.1 Statement ("Motion to Seal"),

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is GRANTED and the Court Orders the Clerk to file under seal:

    1. The unredacted Opposition to Summary Judgment (Attachment A to the Motion to Seal);

2. The unredacted Response to Defendant's Rule 56.1 Statement (Attachment B to the Motion to Seal); and

3. The unredacted Exhibits lodged under the Motion to Seal.

Dated this 4th day of May, 2023.

_____
Susan R. Bolton
United States District Judge