# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br><br> **ORDER** |

The Court has reviewed Plaintiffs' Motion for Leave to Seal Exhibits and Unredacted Motion for Summary Judgment and Unredacted Rule 56.1 Statement (Doc. 373). In light of the Court granting Defendant's Motion to Seal Plaintiffs' Lodged Motion for Partial Summary Judgment, Statement of Facts, and Exhibits (Doc. 380);

IT IS ORDERED denying as moot Plaintiffs' Motion for Leave to Seal Exhibits and Unredacted Motion for Summary Judgment and Unredacted Rule 56.1 Statement. (Doc. 373).

Dated this 4th day of May, 2023.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge