**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br><br> **ORDER** |

　　The Court has reviewed Defendant's Motion to Seal the United States' Motion for Summary Judgment and Plaintiffs' Opposition.  No reply was filed.

　　IT IS ORDERED denying the request to seal Exhibit D and the references to that testimony in the Statement of Facts. The Court agrees with Plaintiffs that compelling reasons have not been shown nor have any "law enforcement concern" been identified. (Doc. 400)

. . .

. . .

IT IS FURTHER ORDERED granting the unopposed portions of the Motion to Seal.

Dated this 11th day of May, 2023.

_____
Susan R. Bolton
United States District Judge