**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br>Plaintiffs, <br><br>v. <br><br>United States of America, <br><br>Defendant. | No. 2:19-cv-05217-SRB <br><br><br><br><br><br>**ORDER** |

    Upon consideration of Plaintiffs' Motion for Leave to Seal Supplements to Exhibits and Unredacted Plaintiffs' Reply in Further Support of Their Motion for Partial Summary Judgment,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is GRANTED and the Court Orders the Clerk to file under seal:

    1. The unredacted Plaintiffs' Reply in Further Support of Their Motion for Partial Summary Judgment (Attachment A to the Motion to Seal); and

2. The Supplements to Exhibits (Attachments C, D, and E to the Motion to Seal).

Dated this 30th day of May, 2023.

_____
Susan R. Bolton
United States District Judge