**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br><br><br><br><br> **ORDER** |

    Upon consideration of Plaintiffs' Motion for Leave to Seal Supplements to Exhibits and Unredacted Plaintiffs' Reply in Support of Their Motion for Partial Summary Judgment ("Motion to Seal"),

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Seal is GRANTED and the Court Orders the Clerk to file on the public docket Attachments D and E currently lodged under Plaintiffs' Motion to Seal.

    Dated this 20th day of June, 2023.

_Susan R. Bolton_
Susan R. Bolton
United States District Judge