IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-19-05217-PHX-SRB <br><br> **ORDER** |
| A.P.F. on his own behalf and on behalf of his minor child, O.B.; J.V.S. on his own behalf and on behalf of his minor child, H.Y.; J.D.G. on his own behalf and on behalf of his minor child, M.G.; H.P.M. on his own behalf and on behalf of his minor child, A.D.; M.C.L. on his own behalf and on behalf of his minor child, A.J.; and R.Z.G. on his own behalf and on behalf of his minor child, B.P., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. CV-20-00065-PHX-SRB |

1   The Court has reviewed the Joint Request for a Scheduling Conference. (CV19-05217 Doc. 435 and CV20-00065 Doc. 444)

IT IS ORDERED setting a Scheduling Conference on Thursday, **December 14, 2023 at 10:30 a.m.** The Scheduling Conference will be conducted in person and/or via Zoom. Counsel shall advise the Court by email at bolton_chambers@azd.uscourts.gov no later than **12:00 p.m., December 12, 2023** if they will be appearing via Zoom or appearing in person. This Court's staff will provide counsel with the Zoom link for said hearing.

Dated this 2nd day of November, 2023.

_____
Susan R. Bolton
United States District Judge