DISTRICT JUDGE'S CIVIL MINUTES
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| U.S. District Judge: **Susan R. Bolton** | **Date: February 27, 2024** |
|---|---|
| **Case Number: CV-19-05217-PHX-SRB** | |
| **C.M. et al v. United States of America** | |

| APPEARANCES: | **Plaintiffs Counsel (all appearing via Zoom)** | **Defendant Counsel (all appearing via Zoom)** |
|---|---|---|
| | **Gianna Borroto** | **Walter Edward Parker** |
| | **Emma Curtis Winger** | **Caitlin Shirer Palacios** |
| | **David B. Rosenbaum** | **Ari Nazarov** |
| | **Diana E. Reiter** | **Irina Maya Majumdar** |
| | **Trina Realmuto** | **Philip Davis MacWilliams** |
| | **Sean Morris** | **Ashley Rebecca Garman** |
| | **Lucy Sarah McMillan** | |
| | **Julia Kindlon** | |
| | **BriAnne Nichole Illich Meeds** | |
| | **Jonathan Howard Feinberg** | |

**INTERIM PRETRIAL CONFERENCE:**

10:07 a.m. This is the time set for an Interim Pretrial Conference.

At Plaintiffs' request, the scope of the April trial is discussed. The Court will not expand the scope of the trial. The trial commencing in April of this year will involve the issue of liability only. As certain witnesses, including the Plaintiffs, may have to testify in both phases of trial, accommodations will be made, to the extent possible, to make that as convenient and inexpensive as possible.  Trial logistics are discussed further.

Discussion is held as to Government witnesses who may fall outside of subpoena power. The Government will cooperate in this regard; however, the Government does not have an obligation to compel witnesses that the Plaintiffs want to call who are not witnesses the Government intends to call at trial. Defense counsel has avowed on the record today that he will speak to those witnesses and ascertain if they will be willing to appear voluntarily either in person or by Zoom.

Discussion is briefly held as to the pending Motion to Reopen Discovery filed by Plaintiffs (Doc. 447). The Court will await full briefing on the motion before ruling.

**IT IS ORDERED** affirming the following deadlines and hearings in this case:

- The parties' proposed Joint Pretrial Order is due by **Tuesday, April 9, 2024**;
- The Final Pretrial Conference is set for **April 16, 2024 at 10:00 a.m.**; and

**CV-19-05217-PHX-SRB**                                    **February 27, 2024**

**C.M. et al v. United States of America**                              Page 2 of 2

- The Bench Trial in this matter on liability only will commence on **<u>Tuesday, April 23, 2024 at 9:00 a.m.</u>**

Counsel confirm that settlement discussions are ongoing.

10:48 a.m. Matter concludes.

Deputy Clerk: Kathy Ballard                              **41 minutes**
Court Reporter: Cathy Taylor                              **Start:  10:07 AM**
                                                         **Stop:   10:48 AM**