**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; *et al.* | No. 2:19-cv-05217-SRB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; *et al.*, | No. 2:20-cv-00065-SRB |
| Plaintiffs, | |
| v. | |
| United States of America, | |
| Defendant. | |

Pursuant to Plaintiffs' Unopposed Motion to File Under Seal Exhibit 1 to the Second Declaration of Lucy McMillan In Support of Plaintiffs' Motion to Reopen Discovery for the Limited Purpose of Compelling the Production of Deposition Transcripts and Exhibits, and good cause appearing:

. . .

. . .

. . .

IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to File Under Seal (CV19-05217 - Doc. 456 and CV20-00065- 461) is granted. The Clerk of Court is directed to file under seal the lodged document, Exhibit 1.

Dated this 7th day of March, 2024.

_____
Susan R. Bolton
United States District Judge