IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br>**ORDER** |
| A.P.F., on his own behalf and on behalf of his minor child, O.B.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-20-00065-PHX-SRB |

Upon consideration of the Plaintiffs' Motion to Enlarge Page Limits for Trial Memoranda,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. Accordingly, it is hereby ordered that the page limits for Plaintiffs' Trial Memorandum will be **25 pages.**

Dated this 8th day of April, 2024.

_____
Susan R. Bolton
United States District Judge