1

David B. Rosenbaum, 009819
Travis C. Hunt, 035491

2

BriAnne N. Illich Meeds, 036094

3

OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor

4

Phoenix, Arizona 85012-2793

5

(602) 640-9000
drosenbaum@omlaw.com

6

thunt@omlaw.com

7

billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

8

*(Additional counsel for Plaintiffs listed on the signature page)*

9

10

**UNITED STATES DISTRICT COURT**

11

**DISTRICT OF ARIZONA**

12

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., | No. 2:19-cv-05217-SRB |

13

14

15

16

17

18

Plaintiffs,

19

v.

20

21

United States of America,

22

Defendant.

**JOINT NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION TO STAY LITIGATION DEADLINES**

23

24

25

26

27

28

1    Plaintiffs and Defendant ("Parties"), by and through undersigned counsel, hereby

2  notify the Court that the Parties have reached conditional settlements in this action under

3  the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq.  The Parties stipulate and request

4  that all deadlines in the Court's Order dated December 14, 2023 (ECF No. 439) be vacated

5  and the action be stayed based on the following:

6    1.    The Parties have reached conditional settlements of all claims in this

7  litigation, subject to finalizing written settlement agreements and obtaining court

8  approval of the settlements of the minors' claims, to be followed by the approval of the

9  proposed settlements by the Attorney General's designee.

10    2.    Plaintiffs intend to file a motion for approval of the settlements of the

11  minors' claims as soon as possible after the written settlement agreements are finalized.

12    3.    Absent a stay pending finalization of the settlements, litigation burden and

13  expense will be incurred that are to be made unnecessary by the pending settlements.

14    4.    The Parties stipulate to file a joint status report every 60 days during the

15  stay to keep the Court apprised of the progress of finalizing the pending settlements.  It is

16  anticipated that, once the settlements are finalized, the Parties will file a stipulation for

17  dismissal of all claims.

18    Therefore, in the interest of judicial economy and efficiency, and to preserve the

19  benefit of the pending settlements, the Parties request that the Court enter the attached

20  order vacating all deadlines in the Court's Order dated December 14, 2023 (ECF No. 439)

21  and staying this action pending further stipulation or motion of the Parties or Order of the

22  Court.

23    Respectfully submitted this 10th day of April, 2024.

24    OSBORN MALEDON, P.A.

25

26    By  /s/  *BriAnne Illich Meeds*
        David B. Rosenbaum
27        Travis C. Hunt
        BriAnne N. Illich Meeds
28        2929 North Central Avenue, 21st Floor

1

1

Phoenix, Arizona  85012-2793

2

ARNOLD & PORTER KAYE SCHOLER LLP
    Diana Reiter*

3
    Erik Walsh*
    Lucy McMillan*

4
    Harry Fidler*
    Kaitlyn Schaeffer*

5
    Julia Kindlon*
    250 West 55th Street

6
    New York, NY 10019-9710

7

ARNOLD & PORTER KAYE SCHOLER LLP
    R. Stanton Jones*

8
    David Hibey*
    Emily Reeder-Ricchetti*

9
    601 Massachusetts Avenue, NW
    Washington, DC 20001

10

11

ARNOLD & PORTER KAYE SCHOLER LLP
    Sean Morris*

12
    777 South Figueroa Street
    Los Angeles, CA 90017-5844

13

KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN LLP

14
    Jonathan H. Feinberg*

15
    The Cast Iron Building
    718 Arch Street, Suite 501 South

16
    Philadelphia, PA 19106

17

NATIONAL IMMIGRANT JUSTICE CENTER
    Mark Fleming*

18
    Mark Feldman*
    224 S. Michigan Ave., Suite 600

19
    Chicago, IL 60604

20

NATIONAL IMMIGRATION LITIGATION
ALLIANCE

21
    Trina Realmuto*

22
    Mary Kenney*
    10 Griggs Terrace
    Brookline, MA 02446

23

24

AMERICAN IMMIGRATION COUNCIL
    Katherine Melloy Goettel*

25
    Emma Winger*
    Gianna Borroto*

26
    1331 G Street NW, Suite 200
    Washington, DC 20005

27

**Attorneys for Plaintiffs C.M. et al.**
**\* Admitted *pro hac vice***

28

2

1

2   BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General

3
    JAMES G. TOUHEY, JR.
4   Director, Torts Branch

5   /s/ Phil MacWilliams
    _____
6   PHILIP D. MACWILLIAMS
    Trial Attorney
7   D.C. Bar No. 482883
    E-mail: phil.macwilliams@usdoj.gov
8   U.S. Department of Justice
9   Civil Division, Torts Branch
    Benjamin Franklin Station, P.O. Box 888
10  Washington, DC 20044
11  Telephone: (202) 616-4285
    Attorneys for the United States of America
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3