# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br><br><br><br><br>**ORDER** |

The Court having considered the Parties' Joint Notice of Conditional Settlement and Stipulation to Stay Litigation Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is Granted.

IT IS FURTHER ORDERED vacating the pretrial deadlines, the Final Pretrial Conference and the Trial date, in this case only, and this action only is stayed pending further stipulation or motion of the Parties or Order of the Court.

. . .

. . .

. . .

IT IS FURTHER ORDERED that the Parties shall provide a joint status report every 60 days to keep the Court appraised of the progress of the pending settlement.

Dated this 10th day of April, 2024.

_____
Susan R. Bolton
United States District Judge