David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

*(Additional counsel for Plaintiffs listed on the signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. 2:19-cv-05217-SRB<br><br>**JOINT STATUS REPORT** |

1     On April 10, 2024, Plaintiffs and Defendant ("Parties") filed a Joint Notice of Conditional Settlement and Stipulation To Stay Litigation Deadlines (ECF No. 465).

    On April 10, 2024, the Court issued an order (ECF No. 466) ("Order") staying the litigation and vacating all deadlines, and ordering the Parties to provide a joint status report every sixty (60) days to keep the Court appraised of the progress of the settlements.

    Pursuant to the Court's April 10, 2024 Order the Parties, by and through undersigned counsel, submit this Joint Status Report to "keep the Court appraised of the progress of the pending settlement[s]."

    On April 12, 2024, counsel for the United States provided counsel for Plaintiffs with settlement stipulations for review and signature by counsel for Plaintiffs and by the adult Plaintiffs.

    Since the date of the Order, Plaintiffs have been investigating various trusts and other options to hold minor Plaintiffs' settlement funds. Based on that investigation, Plaintiffs have decided that, subject to this Court's approval, minor Plaintiffs' settlement funds will be placed in pooled minors' trusts administered by Legacy Enhancement Trust. Having now selected Legacy Enhancement Trust, Plaintiffs are working diligently to finalize the settlement agreements and prepare their motion for court approval of settlements of the minors' claims, which they intend to file no later than July 2, 2024. To the extent these matters are not fully resolved by August 6, 2024, the Parties will file another status report as required by the Court's Order.

    Respectfully submitted this 7th day of June, 2024.

OSBORN MALEDON, P.A.

By /s/ *Travis C. Hunt*
    David B. Rosenbaum
    Travis C. Hunt
    BriAnne N. Illich Meeds
    2929 North Central Avenue, 21st Floor
    Phoenix, Arizona  85012-2793

ARNOLD & PORTER KAYE SCHOLER LLP
   Diana Reiter*
   Erik Walsh*
   Lucy McMillan*
   Harry Fidler*
   Kaitlyn Schaeffer*
   Julia Kindlon*
   250 West 55th Street
   New York, NY 10019-9710

ARNOLD & PORTER KAYE SCHOLER LLP
   R. Stanton Jones*
   David Hibey*
   Emily Reeder-Ricchetti*
   601 Massachusetts Avenue, NW
   Washington, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
   Sean Morris*
   777 South Figueroa Street
   Los Angeles, CA 90017-5844

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
   Jonathan H. Feinberg*
   The Cast Iron Building
   718 Arch Street, Suite 501 South
   Philadelphia, PA 19106

NATIONAL IMMIGRANT JUSTICE CENTER
   Mark Fleming*
   Mark Feldman*
   224 S. Michigan Ave., Suite 600
   Chicago, IL 60604

NATIONAL IMMIGRATION LITIGATION ALLIANCE
   Trina Realmuto*
   Mary Kenney*
   10 Griggs Terrace
   Brookline, MA 02446

AMERICAN IMMIGRATION COUNCIL
   Emma Winger*
   Gianna Borroto*
   1331 G Street NW, Suite 200
   Washington, DC 20005

**Attorneys for Plaintiffs C.M. et al.**

**\* Admitted *pro hac vice***

```
 1  BRIAN M. BOYNTON
    Principal Deputy Assistant Attorney General
 2
 3  JAMES G. TOUHEY, JR.
    Director, Torts Branch
 4
 5  /s/ Phil MacWilliams
    PHILIP D. MACWILLIAMS
 6  Trial Attorney
    D.C. Bar No. 482883
 7  E-mail: phil.macwilliams@usdoj.gov
 8  U.S. Department of Justice
    Civil Division, Torts Branch
 9  Benjamin Franklin Station, P.O. Box 888
10  Washington, DC 20044
    Telephone: (202) 616-4285
11  Attorneys for the United States of America
12
13
...
28
```