# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | No. CV-19-05217-PHX-SRB<br><br><br><br>**ORDER APPROVING SETTLEMENTS OF MINORS' CLAIMS** |

The Court has reviewed Plaintiffs' Unopposed Motion for Court Approval of Settlements of Minors' Claims. Defendant United States of America does not oppose the relief sought in Plaintiffs' motion. Upon consideration, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Court approves the Settlements of the claims of minor Plaintiffs B.M., B.G., L.A., and G.A. in this Lawsuit.
2. The Court approves the allocation of the Settlement proceeds as follows:

    a. Plaintiff C.M. and minor Plaintiff B.M. each receiving $189,500, for a total Settlement Amount of $379,000;

    b. Plaintiff L.G. and minor Plaintiff B.G. each receiving $108,000, for a total Settlement Amount of $216,000;

    c. Plaintiff O.A. and minor Plaintiff L.A. each receiving $189,500, for a total Settlement Amount of $379,000;

    d. Plaintiff V.C. and minor Plaintiff G.A. each receiving $189,500, for a total Settlement Amount of $379,000.

3. The Court approves placement of B.M., B.G., L.A., and G.A.'s portions of the Settlements into pooled minors' trusts operated by Legacy Enhancement until they reach the age of 18, 21, or 25.

4. Plaintiffs' counsel shall coordinate with C.M., L.G., O.A., and V.C. and Legacy Enhancement Trust for the execution of all necessary paperwork and funding of the pooled minors' trusts on behalf of B.M., B.G., L.A., and G.A.'s and shall report back to the Court once funding is completed.

Dated this 2nd day of July, 2024.

_____
Susan R. Bolton
United States District Judge