David B. Rosenbaum, 009819
Travis C. Hunt, 035491
BriAnne N. Illich Meeds, 036094
OSBORN MALEDON, P.A.
2929 North Central Avenue, 20th Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
drosenbaum@omlaw.com
thunt@omlaw.com
billichmeeds@omlaw.com
*Counsel for C.M. Plaintiffs*

*(Additional counsel for Plaintiffs listed on the signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | No. 2:19-cv-05217-SRB <br><br> **JOINT STATUS REPORT** |

1.  On April 10, 2024, Plaintiffs and Defendant ("Parties") filed a Joint Notice of Conditional Settlement and Stipulation To Stay Litigation Deadlines (ECF No. 465).

2.  On April 10, 2024, the Court issued an order (ECF No. 466) staying the litigation and vacating all deadlines, and ordering the Parties to provide a joint status report every sixty (60) days to keep the Court appraised of the progress of the settlements.

3.  On April 12, 2024, counsel for the United States provided counsel for Plaintiffs with settlement stipulations for review and signature by counsel for Plaintiffs and by the adult Plaintiffs.

4.  The Parties provided a Joint Status Report to the Court on June 7, 2024 (ECF No. 468).

5.  On June 25, 2024 and June 26, 2024, Plaintiffs submitted signed settlement stipulations for Plaintiffs to counsel for the United States.

6.  On July 1, 2024, Plaintiffs submitted an Unopposed Motion for Court Approval of Settlements of Minors' Claims (ECF No. 469).

7.  On July 2, 2024, the Court issued an order (ECF No. 470) granting Plaintiffs' Unopposed Motion for Court Approval of Settlements of Minors' Claims.

8.  On July 26, 2024, Counsel for the United States informed Plaintiffs that the process for seeking approval of the settlements from the Attorney General's designee is underway and that the process typically takes a few weeks to complete.

9.  To the extent these matters are not fully resolved by October 7, 2024, the Parties will file another status report as required by the Court's April 10, 2024 order (ECF No. 466).

Respectfully submitted this 6th day of August, 2024.

OSBORN MALEDON, P.A.

By /s/ *Travis C. Hunt*
    David B. Rosenbaum
    Travis C. Hunt
    BriAnne N. Illich Meeds
    2929 North Central Avenue, 21st Floor

1

Phoenix, Arizona 85012-2793

ARNOLD & PORTER KAYE SCHOLER LLP
  Diana Reiter*
  Erik Walsh*
  Lucy McMillan*
  Harry Fidler*
  Kaitlyn Schaeffer*
  Julia Kindlon*
  250 West 55th Street
  New York, NY 10019-9710

ARNOLD & PORTER KAYE SCHOLER LLP
  R. Stanton Jones*
  David Hibey*
  Emily Reeder-Ricchetti*
  601 Massachusetts Avenue, NW
  Washington, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
  Sean Morris*
  777 South Figueroa Street
  Los Angeles, CA 90017-5844

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN LLP
  Jonathan H. Feinberg*
  The Cast Iron Building
  718 Arch Street, Suite 501 South
  Philadelphia, PA 19106

NATIONAL IMMIGRANT JUSTICE CENTER
  Mark Fleming*
  Mark Feldman*
  224 S. Michigan Ave., Suite 600
  Chicago, IL 60604

NATIONAL IMMIGRATION LITIGATION ALLIANCE
  Trina Realmuto*
  Mary Kenney*
  10 Griggs Terrace
  Brookline, MA 02446

AMERICAN IMMIGRATION COUNCIL
  Emma Winger*
  1331 G Street NW, Suite 200
  Washington, DC 20005

**Attorneys for Plaintiffs C.M. et al.**

\* Admitted *pro hac vice*

2

| | |
|---|---|
| 1 | |
| 2 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 3 | |
| 4 | JAMES G. TOUHEY, JR.<br>Director, Torts Branch |
| 5 | |
| 6 | */s/Phil MacWilliams*<br>PHILIP D. MACWILLIAMS |
| 7 | Trial Attorney<br>D.C. Bar No. 482883 |
| 8 | E-mail: phil.macwilliams@usdoj.gov<br>U.S. Department of Justice |
| 9 | Civil Division, Torts Branch |
| 10 | Benjamin Franklin Station, P.O. Box 888<br>Washington, DC 20044 |
| 11 | Telephone: (202) 616-4285<br>Attorneys for the United States of America |
| 12 | |