**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| C.M., on her own behalf and on behalf of her minor child, B.M.; L.G., on her own behalf and on behalf of her minor child, B.G.; M.R., on her own behalf and on behalf of her minor child, J.R.; O.A., on her own behalf and on behalf of her minor child, L.A.; and V.C., on her own behalf and on behalf of her minor child, G.A.<br><br>        Plaintiffs,<br><br>      v.<br><br>United States of America,<br><br>        Defendant. | No. 2:19-cv-05217-SRB<br><br><br><br><br>**ORDER OF DISMISSAL** |

The Court has considered the parties' Stipulated Motion to Dismiss (ECF No. 474) and good cause appearing,

**IT IS ORDERED** that this matter is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs incurred herein.

Dated this 22nd day of October, 2024.

_____
Susan R. Bolton
United States District Judge